UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,                                  :

      Plaintiff,                        :

v.                                         : CASE NO.

MAMSI LIFE AND HEALTH                      :
INSURANCE COMPANY, et al.,
                                                                 :

      Defendants.

## MOTION TO FILE UNDER A PSEUDONYM

Plaintiff Jane Doe, by her undersigned counsel, THOMPSON O'DONNELL, LLP, herewith respectfully moves this Court that she be permitted to file her Complaint and that all other papers filed herein use the pseudonym "JANE DOE" in place of plaintiff's actual name. As grounds therefore, plaintiff refers the Court to the accompanying Memorandum of Points and Authorities and form of Order.

                                                Respectfully submitted,

                                                THOMPSON O'DONNELL, LLP

                                                _____
                                                J. Michael Hannon #352536
                                                James F. Bromley #1438
                                                1212 New York Avenue, N.W.
                                                Suite 1000
                                                Washington, D.C. 20005
                                                (202) 289-1133
                                                (202) 289-0275 (facsimile)

                                                Attorneys for Plaintiff