UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,                           :

        Plaintiff,              :

        v.                      : CASE NO.

MAMSI LIFE AND HEALTH               :
INSURANCE COMPANY, et al.,
                                :
        Defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION TO FILE UNDER A PSEUDONYM

Plaintiff Jane Doe, by her undersigned counsel, THOMPSON O'DONNELL, LLP, herewith submits this Memorandum of Points and Authorities in support of her Motion to File under a Pseudonym.

By her Complaint, plaintiff seeks recovery of health care benefits for hospital services she received for bulimia nervosa, an eating disorder that is a form of mental illness. The facts that she suffers from bulimia nervosa and received hospital care for treating it are of a private nature for which she would be highly embarrassed, distraught, and disadvantaged should these facts be unnecessarily revealed in papers filed herein that are placed of public record.

Federal law provides a "Bill of Rights" for mental health patients that includes "The right to confidentiality of such person's records". Mental Health Systems Act, 42 U.S.C. § 9501(1)(H); Restatement of Bill of Rights for Mental Health Patients, 42 U.S.C. § 10841(1)(H). The District of Columbia Mental Health Information Act, D.C. Code, 7-1201.01(9)(A), protects from disclosure mental health information that "indicates the identity of the client". Section 7-1204.05 of the Act allows use of a pseudonym. That section reads:

A client, client representative or any other party in a civil, criminal or administrative action, in which mental health information has been or will be disclosed, shall have the right to move the court to denominate, style or caption the names of all parties as "John Doe" or otherwise protect the anonymity of all of the parties.

Wherefore, allowance for plaintiff to file by use of the pseudonym "Jane Doe" to protect the privacy of her status as a mental health patient is warranted in this proceeding. She therefore prays that the Court may grant her this protection in the form of Order that accompanies this Motion.

        Respectfully submitted,

        THOMPSON O'DONNELL, LLP

        */s/ Michael Hannon*

        J. Michael Hannon #352536
        James F. Bromley #1438
        1212 New York Avenue, N.W.
        Suite 1000
        Washington, D.C. 20005
        (202) 289-1133
        (202) 289-0275 (facsimile)

        Attorneys for Plaintiff