**FILED**

DEC 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, :

      Plaintiff,

v.

MAMSI LIFE AND HEALTH
INSURANCE COMPANY, et al.

      Defendants.

CASE NUMBER   1:05CV02450

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employme[nt])

DATE STAMP: 12/20/2005

## ORDER

Upon consideration of plaintiff's "Motion to File under a Pseudonym", and the Memorandum of Points of Authorities in support of the Motion, and the Court being duly advised in the premises, it is, by the Court, this _20th_ day of _December_, 2005,

**ORDERED:** That the said Motion be, and the same hereby is, granted and the plaintiff be, and hereby is, allowed to file her Complaint and all further pleadings and papers in this proceeding shall be filed bearing the "Jane Doe" pseudonym in place of plaintiff's actual name, _at this time_.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

J. Michael Hannon, Esquire
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005