# EXHIBIT A

# MAMSI LIFE AND HEALTH INSURANCE COMPANY

CONTRA

Rep. No: 1899
Group No/Policy No: M14106

# MAMSI LIFE AND HEALTH INSURANCE COMPANY
## GROUP HOSPITAL AND INSURANCE POLICY CONTRACT

## FACE SHEET

THIS CONTRACT is made this 12th day of January, 2004 by and between MAMSI Life and Health Insurance Company (hereinafter referred to as "MLH") and REDACTED (hereinafter referred to as "employer" or "group" or "policyholder").

IN CONSIDERATION of timely payment of the periodic Premium by Employer, MLH agrees to provide and/or arrange for hospital and medical services to Enrollees of the Group in accordance with the terms, provisions, exclusions and limitations of this Contract and the applicable terms of the MLH Group Certificate and any endorsements or riders attached hereto and made a part hereof (hereinafter collectively referred to as the "Contract").

Premium Payment Method: Payment to be made to MAMSI LIFE AND HEALTH INSURANCE CO.

IT IS AGREED:

A. This Contract shall be effective on 01/01/04 and will remain in effect for an initial contract year of 12 consecutive months, ending 12/31/04 (hereinafter referred to as the "Anniversary Date"). Thereafter, the Contract shall be renewed automatically from year to year for additional twelve (12) month periods at the then current Premium rate, unless terminated by either party as provided herein.

B. Coverage shall begin for new hires: DATE OF HIRE

C. Monthly Premiums shall be:

| | Employer Group Rates | Federally Mandated Continuation (if applicable) |
|---|---|---|
| Employee Only | $698.96 | $698.96 |
| Employee and Spouse | $1488.78 | $1488.78 |
| Employee and Child | $1286.09 | $1286.09 |
| Employee and Children | $1978.06 | $1978.06 |
| Employee and Spouse and Child(ren) | $1978.06 | $1978.06 |

The premium rates set forth above are subject to change depending on the final actual enrollment demographics of the Group. The final premium rates will be determined at the expiration of the first thirty (30) days of the term of this Agreement, and will be as set forth on the third (3rd) invoice you receive from MLH. The Group agrees to pay the adjusted premium for the term of this Agreement.

D. Benefits; which mean the following Group Certificate and any endorsements or riders: DC07P00*LGhC

E. Open Enrollment Period: DEC 2004

F. Student Dependent Limiting Age (if different from Section 2.2): 19/23

G. Employer Contribution: Employer Contribution: Employer Contribution: Employer represents that Employer shall contribute at least twenty-five percent (25%) of the cost of "Employee Only" coverage as shown on the Face Sheet of this Contract towards the cost of each Insured Person's coverage. Employer shall notify MLH in the event that Employer fails to meet the aforementioned contribution minimum.

H.  **Employer Participation:** Employer represents that Employer shall maintain a minimum participation level of at least seventy five percent (75%) of the Eligible Employees as defined in the Group Certificate during the entire term of this Contract, in the health benefit plans offered under this Contract by MLH, and by affiliate companies of MLH. Employer shall notify MLH in the event that Employer fails to meet the aforementioned minimum participation standard.

## ARTICLE 1: ENTIRE CONTRACT AND CHANGES

1.1 The Group Policy booklet, the Group Specification Summary, any master application, any individual application, identification cards, any riders, endorsements, and any amendments, including any Certificate, rider, endorsement, or amendment issued after the Contract Effective Date constitute the entire contract. All statements made by the Policyholder or by the persons insured will be considered representations and not warranties. No written statement made by a person insured may be used in a contest unless a copy of the statement is furnished to the person insured or his or her beneficiary or personal representative.

1.2 The Contract may be changed at any time by written agreement between the Policyholder and the Company. Only the President of the Company, or his designee, can authorize a change of the Contract or its benefits. Insurance provided by the Group Policy may be changed or canceled without the consent of or prior notice to any Insured Person.

## ARTICLE 2: ELIGIBILITY

2.1 Employees of Employer and their Dependents who are eligible for the health benefits program established by Employer, and who comply with any probationary or other requirements established by Employer as set forth on the Face Sheet appended hereto and with the terms and provisions of this Contract, are eligible to be enrolled hereunder so long as they enroll within thirty (30) days from the date of their eligibility.

2.2 Eligible Dependents of eligible Insured Persons are as outlined in the Group Certificate. Any exceptions to the criteria for such other Dependents as outlined in the Group Certificate, if any, shall be described on the Face Sheet of this Contract.

2.3 No change in the Employer's eligibility or participation requirements shall be permitted to affect eligibility or enrollment under this Contract unless such change is agreed to in writing by MLH.

## ARTICLE 3: ENROLLMENT

3.1 Eligible Employees and their Eligible Dependents may enroll during the Open Enrollment Period by submitting completed application forms provided by MLH. New employees and their Dependents must enroll or be enrolled within thirty (30) days from the date of eligibility. If a person is not enrolled within thirty (30) days of first becoming eligible, he or she cannot enroll until the next Open Enrollment Period.

3.2 There shall be an annual Open Enrollment Period, as specified on the Face Sheet, during which all Eligible Employees are offered a choice to become covered under this Contract.

3.3 There shall be a Special Enrollment Period for Employees and their Eligible Dependents as follows:
  A. If the Eligible Employee (or Eligible Dependent) fails to enroll within thirty (30) days of becoming eligible, the employee (or Eligible Dependent provided the employee is enrolled) may enroll during the Special Enrollment Period. The Special Enrollment Period is the thirty day period following termination of employee's (or Eligible Dependent's) other health coverage provided:
    1. The employee or Dependent was covered under a group health plan or had health insurance coverage at the time coverage was previously offered;
    2. The employee's (or Eligible Dependent's) coverage described in 1. above was:
       (i) under a COBRA continuation and the coverage under such provision was exhausted; or
       (ii) was not under such a provision and either the coverage was terminated as a result of loss of eligibility for the coverage (including as a result of legal separation, divorce, death, termination of employment, or reduction in the number of hours of employment) or employer contributions toward such coverage were terminated; and
    3. the employee requests such enrollment for himself or herself (and the Eligible Dependent) not later than thirty (30) days after the date of exhaustion of coverage.

B. If an employee acquires a Dependent through marriage, birth or adoption, or placement for adoption, (when the employee is not enrolled and the employee has met any waiting period applicable to becoming a participant under the health insurance coverage and is eligible to be enrolled for insurance coverage but for failure to enroll during a previous enrollment period) the newly acquired Dependent may be enrolled as a Dependent of the employee provided the employee also becomes enrolled. In the case of the birth or adoption of a child, the spouse of the employee may also be enrolled as a Dependent of the employee if such spouse is otherwise eligible for coverage. Such enrollment shall be made during the Special Enrollment Period which shall be a period of thirty days beginning on later of (i) the date of the marriage, birth, adoption or placement for adoption or, if health coverage is not available, (ii) the date the Dependent coverage is made available.

3.4 The Employer agrees that each employee shall receive pertinent Open Enrollment information which shall include literature supplied by MLH.

## ARTICLE 4: EFFECTIVE DATE OF COVERAGE

4.1 Subject to receipt by MLH of the applicable monthly Premiums and completed enrollment applications for each employee and their Eligible Dependents, coverage will become effective on the date stated on the Face Sheet or after complying with any probationary or other requirements established by Employer, whichever is later. For those enrolling during the Special Enrollment Periods, see Article 4.2. For any newly acquired Dependent of a Insured Person (placement of a child for the purpose of adoption, birth or marriage), MLH must be notified within thirty-one (31) days of such an addition in order for coverage to become effective. Coverage of newborn Dependents will be effective from the date of birth provided: 1) at least one other family member, other than the Insured Person, is covered under the contract; 2) the newborn is added to the Insured Person's coverage within thirty-one (31) days from the date of birth; and 3) any applicable Premium is paid for the addition of a Dependent. Insured Persons with "Employee Only" coverage must enroll the newborn Dependent during the thirty-one (31) day period following the birth and make arrangements to convert their contract to the appropriate level of coverage, for coverage to be effective from the date of birth. For an Eligible Employee, or Eligible Dependent applying for enrollment during the Group's Open Enrollment Period, the Coverage Effective Date will be the Anniversary Date.

4.2 Subject to receipt by MLH of the applicable monthly Premiums and completed enrollment applications for each employee and the employee's Eligible Dependents enrolled during the Special Enrollment Period, coverage will become effective on:
  a) The date of written application for employees or Dependents enrolled pursuant to Article 3.3 A of this Contract.
  b) For an employee or Dependent enrolled pursuant to article 3.3 B of this Contract, the coverage Effective Date shall be as follows:
    1. In the case of marriage, on the first day of the first month beginning after the date written application is received;
    2. In the case of Dependents birth, the date of birth; or
    3. In the case of adoption or placement for adoption, the date of adoption or placement.

## ARTICLE 5: MONTHLY PAYMENTS

5.1 The Employer shall pay to MLH on behalf of each Insured Person and Dependent the monthly Premium specified on the Face Sheet of this Contract. The first Premium due date is the Contract Effective Date. Subsequent Premiums are due and payable on each succeeding Premium Due Date. If a Member's enrollment status changes during the course of the year, Employer's Premium on behalf of such Member shall change accordingly.

5.2 The Premium is due monthly beginning with the date stated on the Face Sheet. If such Premium payment is not made in full by Group on or prior to the Premium due date, a thirty-one (31) day grace period shall be granted to Group for payment. If payment is not received by the expiration of the grace period, then this Contract may be terminated by MLH and MLH shall have no liability for benefits as of the effective date of termination of the Contract. The Employer shall be liable to MLH for the payment of a pro rata Premium for the time the certificate was in force during the grace period. All amounts due MLH outstanding subsequent to the grace period shall be subject to a late penalty charge of 1.50% of the total amount due calculated for each thirty-one (31) day period, or portion thereof, the amount due remains outstanding. Furthermore, in the event of termination of this Contract, Group agrees to reimburse MLH for expenses related to collection of amounts due, including attorney's fees (25% of the amount declared due and owing MLH subsequent to the last day for which Premiums were paid).

MANSI LIFE AND HEALTH INSURANCE COMPANY

CONTRA(

5.3 Employer shall pay the required total monthly Premium for additions and terminations of Members during any month as follows:

   (a) If a Member's coverage is effective within the first fifteen (15) days of the billing period (the period beginning with the date stated on the Face Sheet for which Premiums are due on a monthly basis), the full month's Premium will be due for such Member. If a Member's coverage is effective after the fifteenth (15th) day of the billing period, no Premium payment will be due for such Member for that month.

   (b) If a Member's coverage terminates within the first fifteen (15) days of the billing period, no monthly Premium payment shall be due for such Member for that month. If the Member's coverage terminates effective after the fifteenth (15th) day of the billing period, the total monthly Premium for such Member shall be due.

5.4 MLH may change the monthly Premium rate schedule by giving forty (40) days prior written notice to Employer. The monthly Premium rate schedule shall not be revised more often than once in any contract year. However, notwithstanding the above, if a change in this Contract is required by statute or regulation which increases MLH's risk under this Contract, MLH may change the monthly Premium rate schedule upon forty (40) days prior written notice to Employer.

5.5 All accounts are considered final and the accuracy of the MLH statement to the Employer is presumed correct unless the Employer notifies MLH in writing within sixty (60) days from the date that MLH sends by prepaid mail or other reasonable means such statement to Employer.

5.6 Notwithstanding anything to the contrary, the Employer agrees to notify MLH upon termination of the eligibility for coverage of any employee or any of the employee's Dependents within thirty (30) days of such termination. Failure to notify MLH shall make Employer liable to reimburse MLH for any claims paid after one hundred eighty (180) days from the termination of eligibility for coverage.

5.7 Any fees charged to MLH due to the Group having insufficient funds in the collection of the Premium payment, shall be payable by the Group to MLH as presented.

## ARTICLE 6: LIMITATIONS

6.1 To the extent that a national disaster, riot, civil insurrection, epidemic or any other emergency or similar event not within MLH's control results in the MLH facilities, personnel, or resources being unavailable to provide or arrange for the care and services it has agreed to provide in this Contract, MLH is required only to make a good faith effort to provide or arrange for such care and services, taking into account the impact of the event. In such event, MLH will be liable for reimbursement of the expenses necessarily incurred in the procurement of such care and services as an MLH Participating Provider determines were Medically Necessary and covered under this Contract to the extent prescribed by the Insurance Commission of the state in which this Contract was issued. For the purposes of this section, an event is not within MLH's control if MLH cannot exercise influence or dominion over its occurrence.

## ARTICLE 7: TERMINATION

7.1 This Contract shall be effective through the Anniversary Date and from year to year thereafter at the then current Premium rates. Not withstanding the above, Employer may terminate this Contract on the Anniversary Date if and only if written notice is given at least sixty (60) days prior to the Anniversary Date. Coverage shall terminate on the sixty-first (61st) day from the date that the Employer sends by prepaid mail or other reasonable means, such notice to MLH.

7.2 MLH may terminate this Contract upon ten (10) days notice to Employer if any payment required to be made by Employer is not received timely. Such termination shall be no earlier than thirty-one (31) days from date for which the last Premium payment was made. Coverage may be canceled after the thirty-first (31st) day and the Employer shall be liable for the pro rata premiums due prior to the effective date of termination. In the event of such termination, Members will be provided an opportunity to convert to non-Group coverage as described in this Contract.

7.3 In the event of a material breach of any of the terms and provisions of this Contract, this Contract may be terminated by the non-breaching party, upon thirty (30) days prior written notice to the other party. Coverage shall terminate on the thirty-first (31st) day from the date the non-breaching party sends, by prepaid mail or other reasonable means, such notice to the other party.

MAMSI LIFE AND HEALTH INSURANCE COMPANY

CONTRA

7.4  MLH may terminate this Contract upon thirty (30) days notice if the Group fails to comply with the contribution and participation requirements defined by MLH and provided herein in sections G and H. Coverage shall terminate on the thirty-first (31st) day from the date that MLH sends, by prepaid mail or other reasonable means, such notice to the Employer.

7.5  MLH may terminate this Contract, in accordance with law of the District of Columbia and upon ninety (90) days notice to the Employer, if MLH ceases to offer group health insurance coverage in the area in which the Employer is located. Coverage shall terminate on the ninety-first (91st) day from the date that MLH sends, by prepaid mail or other reasonable means, such notice to the Employer.

7.6  MLH may terminate this Contract upon thirty (30) days notice to the Employer for failure to comply with insurance provisions that have been approved by the Commissioner of Insurance. Coverage shall terminate on the thirty-first (31st) day from the date that MLH sends, by prepaid mail or other reasonable means, such notice to the Employer.

7.7  MLH may void this contract for fraud and misrepresentation by the Member, with respect to such Members coverage.

7.8  If, immediately prior to the effective date of this Contract, a Contract between MLH and Employer concerning hospital and medical services was in effect, this Contract shall constitute an amendment and restatement of such prior Contract.

7.9  With respect to any rate change made pursuant to Section 5.4, if the Group wishes to terminate the Contract because of such rate change, the Group must notify MLH in writing of the Groups intention to terminate as a result of the increase. MLH must receive such termination notice at least twenty (20) days prior to the Effective Date of the rate change.

## ARTICLE 8: NOTICE

8.1  Any notice hereunder to be given to Employer shall be addressed to:

REDACTED

8.2  Any notice hereunder to be given to MLH shall be addressed to:
MAMSI LIFE AND HEALTH INSURANCE COMPANY
5110 RIDGEFIELD ROAD
SUITE 410
BETHESDA, MD. 20816

## ARTICLE 9: MISCELLANEOUS

9.1  This Contract shall be subject to amendment, modification or termination in accordance with any provisions hereof, or by mutual Contract between MLH and the Employer, without the consent of Enrollees.

9.2  Clerical error, by either MLH or Employer, in keeping any record pertaining to the coverage under this Contract, will not invalidate coverage otherwise validly in force or continue coverage otherwise validly terminated.

9.3  MLH may adopt reasonable policies, procedures, rules and interpretations to promote orderly and efficient administration of this Contract, and Employer agrees to cooperate with MLH in administering such rules and regulations.

9.4  No agent or other person, except the President of MLH, or his or her designee, has authority to waive any conditions or restrictions of this Contract, to extend the time for making a payment, or to bind MLH by making any promise or representation or by giving or receiving any information. No change in this Contract shall be valid unless evidenced by an endorsement on it signed by the President of MLH, or his or her designee.

9.5  Employer must furnish MLH with any data required by MLH for coverage of Eligible Employees and their Dependents under this Contract. In addition, Employer must provide timely notification as noted herein, to MLH of any changes in membership, such as: family status, a child ceasing to be a Dependent, a divorce, or a death.

9.6  At the time of renewal, MLH may modify the product offered under this group insurance coverage if such modification is consistent with the law of the District of Columbia.

9.7  MLH may void this Contract for fraud or misrepresentation by the Employer with respect to the Group's Coverage.

*Mailed original to MAMSI Group Contracts PO Box 944 Frederi[ck]*

9.8 Employer agrees to indemnify and hold harmless MLH against any claims or liabilities for which Employer is solely responsible under the terms of this Contract. MLH agrees to indemnify and hold harmless Employer against any claims or liabilities for which MLH is solely responsible under the terms of this Contract.

9.9 It is understood that the Group, if applicable, has certain responsibilities under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), the Employee Retirement Income Security Act of 1974 (ERISA), and any state continuation notification requirements including but not limited to notification related to qualifying events. In the event that the Employer fails to comply with COBRA, ERISA or state requirements in such areas as notifying an individual of their COBRA and/or continuation rights, Employer agrees to indemnify and hold harmless MLH for any costs, expenses or damages including legal fees which may be incurred by MLH which are caused by the Employer's failure to perform.

9.10 This Contract is not in lieu of workers' compensation. It does not relieve any employer of any need to provide such coverage.

9.11 Employer agrees to provide reasonable good faith effort to assist MLH with the collection of data concerning disability benefits information and claims submitted under the Group's Workers Compensation plan.

9.12 Sections G and H, and Article 5 of this Contract, shall survive the termination of this Contract.

9.13 By signing below, the Employer acknowledges receiving the forms described on the Face Sheet.

9.14 Employer agrees that all action or proceedings instituted my MLH hereunder, shall, at MLH's option, be brought in a court of competent jurisdiction in the state and county in which is located the chief executive office of MLH. Whereby, the place of exclusive jurisdiction, venue, discovery, and controlling law for resolution of disputes is Montgomery County, Maryland.

This Contract is executed on the date of issue to become effective on the date stated on the Face Sheet of this Contract.

**EMPLOYER**

REDACTED
_____
(Signed and dated)

_____
(Name and title printed)

**MAMSI Life and Health Insurance Company**

*Thomas P Barbera*   01/12/2004
_____
(Signed and dated)

Thomas P. Barbera, President
_____
(Name and title printed)