UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MAMSI LIFE AND HEALTH<br>INSURANCE COMPANY, et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 1:05CV02450 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

Defendant MAMSI Life and Health Insurance Company ("MLH"), by and through counsel, King Pagano Harrison, respectfully submits the following stipulation for purposes of this action only.

MLH stipulates that the allegations in Plaintiff's Complaint against MLH are governed by the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001 et seq.; therefore, Plaintiff is dismissing her common law claims against MAMSI.

Respectfully submitted,

_____
Christopher Flynn, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006

Counsel for Defendant MAMSI Life and Health Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of February 2006, the foregoing STIPULATION was delivered via facsimile and first class mail to the following:

J. Michael Hannon, Esq.
James F. Bromley, Esq.
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133

Counsel for Plaintiff

Constance Wilkinson, Esq.
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037-1156
(202) 861-0900

Counsel for Defendant IPRO

_____
Jessica L. Aho