UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:05CV02450 (ESH) |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| Defendants. | : |

## STIPULATION

Plaintiff Jane Doe, by her undersigned counsel, THOMPSON O'DONNELL, LLP, in consideration of the Stipulation by Defendant MAMSI that the allegations in Plaintiff's Complaint are governed by ERISA, 29 U.S.C. §§ 1001 et seq., hereby dismisses her common law claims against MAMSI of Counts II and III without prejudice.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

_____
J. Michael Hannon #352536
James F. Bromley #1438
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing STIPULATION was sent via electronic service and facsimile this 3rd day of February, 2006, to:

Christopher Flynn
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006
Counsel for Defendant MAMSI

Constance Wilkinson
EPSTEIN BECKER GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037-1156
Counsel for Defendant IPRO

_____
J. Michael Hannon