UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>MAMSI LIFE AND HEALTH<br>INSURANCE COMPANY,<br>4 Taft Court<br>Rockville MD  20850<br><br>   And<br><br>IPRO NATIONAL MEDICAL<br>REVIEW, LTD.<br>1979 Marcus Avenue<br>Lake Success NY  11042<br><br>   Defendants. | CASE NO. 1:05CV02450 (ESH) |

**ORDER**

Upon consideration of the Motion to Dismiss of Defendant IPRO, any Opposition thereto, and in consideration of the entire record herein, it is by the Court this _____ day of _____, 2006 hereby ordered:

1. That the Motion of Defendant IPRO be and the same is hereby **GRANTED, AND IS FURTHER ORDERED**;

2. That the Plaintiff's claims against IPRO be **DISMISSED WITH / WITHOUT PREJUDICE.**

_____
Ellen Segal Huvelle
United States District Judge