## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HEALTH



Office of the General Counsel

March 11, 2005

J. Michael Hannon, Esquire
Thompson O'Donnell, LLP
Representative for Mary G. Calomiris
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005

Appeal of: Mary G. Calomiris
Appeal No. 0526 (ID No.: M004429*04/DC)

Dear Mr. Hannon:

This is to notify you that your appeal from the decision of MAMSI denying coverage for inpatient treatment from October 13, 2004 through November 8, 2004 has been accepted by the Director for external review. Your appeal will be reviewed by IPRO, Inc.

If you wish a hearing on this matter or have additional information which you would like IPRO to considered in rendering its recommendation (s) to the Director you should contact the person listed below on or before March 21, 2005, otherwise your appeal will be decided based on the record.

> Ms. Terese Giorgio
> Director of Corporate Programs and External Review
> IPRO, Inc.
> 1979 Marcus Avenue
> Lake Success, NY 11042
> Telephone: (516) 326-7767, Ext. 223
> Fax: (516) 326-1034

If this Office can be of further assistance to you please contact us at (202) 442-5979.

Sincerely,

Patrick E. Kelly, Sr., AIE
Appeals & Grievance Coordinator

Cc:   Ms. Tamar Thorne (MAMSI)

---