# AWARD/CONTRACT

Exhibit B

| | |
|---|---|
| 1. Reserved for later use | Page of Pages: 1 / 41 |
| 2. Contract Number: POHC-2004-C-0001 | 3. Effective Date: See Block 20C |
| 4. Requisition/Purchase Request/Project No.: RFQ No. POHC-2004-Q-0001 | |

**5. Issued By** Code
OFFICE OF CONTRACTING AND PROCUREMENT
DEPARTMENT OF HEALTH
441 - 4th Street, N.W., Suite 700 South
WASHINGTON, DC 20001

**6. Administered By (If other than line 5)**
DEPARTMENT OF HEALTH
OFFICE OF THE GENERAL COUNSEL
825 NORTH CAPITOL STREET, N.E., 4TH FLOOR
WASHINGTON, D.C. 20002
Grievance and Appeals Coordinator - (202) 442-5979

**7. Name and Address of Contractor** (No. Street, city, country, state and ZIP Code)
IPRO
1979 MARCUS AVENUE
LAKE SUCCESS, NY 11042-1002
Theodore D. Will
(516) 326-7767
Code _____  Facility _____

**8. Delivery**: [X] FOB Origin  [ ] Other (See Schedule Section F)

**9. Discount for prompt payment**

**10. Submit Invoices to the Address shown in** (2 copies unless otherwise specified) → Item G.2.1

**11. Ship to/Mark For** Code _____

**12. Payment will be made by** Code _____
See G.1

**13. Reserved for future use**

| 15A. Item | 15B. Supplies/Services | 15C. Qty | 15D. Unit | 15E. Unit Price | 15F. Amount |
|---|---|---|---|---|---|
| | Independent Review Organizations Services | | | | |
| | | | | Total Amount of Contract | $0.00 |

### 16. Table of Contents

| (X) | Section | Description | Pages | (X) | Section | Description | Pages |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 26 |
| X | B | Supplies or Services and Price/Cost | 2 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | Description/Specifications/Work Statement | 3 | X | J | List of Attachments | 33 |
| X | D | Packaging and Marking | 9 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | Inspection and Acceptance | 10 | X | K | Representations, Certifications and Other Statements of Offerors | 34 |
| X | F | Deliveries or Performance | 11 | | | | |
| X | G | Contract Administration Data | 14 | | L | Instructions, conditions & notices to offerors | |
| X | H | Special Contract Requirements | 17 | | M | Evaluation factors for award | |

Contracting Officer will Complete Item 17 or 18 as Applicable

**17** [X] **CONTRACTOR'S NEGOTIATED AGREEMENT** (Contractor is required to sign this document and return 2 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

**18** [ ] **AWARD** (Contractor is not required to sign this document.) Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

**19A. Name and Title of Signer** (Type or print)
Theodore O. Will, Chief Executive Officer

**19B. Name of Contractor** (Signature of person authorized to sign)

**19C. Date Signed**: 2/10/04

**20A. Name of Contracting Officer**: LORENZO BROWN

**20B. District of Columbia** (Signature of Contracting Officer)

**20C. Date Signed**: 2/18/04

★★★ Government of the District of Columbia    ocp Office of Contracting & Procurement    DC OCP 201 (7-99)

RFQ No. POHC-2004-Q-0001
Independent Review Organizations

# SECTION C

# DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

**C.1  SCOPE**

The District of Columbia Government, Department of Health (DOH) requires the services of qualified firms to provide external reviews of insurers' adverse decisions for approximately 25 appeals annually. This is only an estimate.

**C.1.1  APPLICABLE DOCUMENTS**

| Item No. | Title |
| --- | --- |
| 1 | District of Columbia Law 12-274 (D.C. Code 44-301) |
| 2 | Title 22, Chapter 60 District of Columbia Municipal Regulations |

**C.2  BACKGROUND**

C.2.1  The Department of Health, pursuant to District of Columbia Law 12 - 274, Health Benefits Plan Members Bill of Rights Act of 1998, is interested in entering into an agreement with impartial, certified health Independent Review Organizations to review adverse grievance decisions by an insurer including their decision to deny, terminate, or limit covered health care services.

C.2.2  D.C. Law 12-274, Health Benefits Plan Members Bill of Rights Act of 1998, effective April 27, 1999, provides that a member or a member representative on behalf of the member entitled to health care services under a health benefits plan may appeal to the Director, Department of Health, an adverse decision rendered by the insurer. Subsequent to exhausting the internal grievance process of the insurer a member may file a request to review the decision with the Director for an external review of the insurer's grievance decision. A member may also file a request directly with the Director without exhausting the insurer's internal grievance process for a compelling reason. For a request filed with the Director under D.C. Law 12-274, the Director may assign the matter to an independent review organization (IRO) for their professional recommendation.

**C.3  REQUIREMENTS**

C.3.1  The scope of work to be performed by the IRO's shall include the review of an appeal regarding an adverse decision by an insurer. The IRO shall be assigned the appeal by the Director, Department of Health and the IRO shall be responsible for performing an external review and rendering a written determination advising the

3

RFQ No. POHC-2004-Q-0001
Independent Review Organizations

> Director on the appeal within the time frame established by the Director when the appeal is initially assigned to the IRO. The determination of an appeal by the IRO shall be rendered within 30 business days regarding a pending health care service; and within 72 hours regarding an emergency case. The IRO shall have the authority and power as delegated by the District for assigning the appeal to the appropriate expert reviewer, performing conflicts checks which meet the requirements of Sec. 108(c) and (f)(1) of the law, and obtaining all information relative to the appeal from the insurer, the providers and the member.

C.3.1.1 In conducting its external review of an insurer's adverse decision, the reviewer shall after reviewing all relevant medical and contractual information advise the Director by a written determination as to whether the service was or was not medically necessary. The written determination shall state the specific factual bases for the expert reviewer's determination including the clinical basis for the determination and the source of the criteria or interpretive guidelines utilized. In addition, the written determination shall include a description of the qualifications of the expert reviewer, and a certification by the IRO that the IRO and the expert reviewer have no material conflicts of interest pursuant to Section 108(c) and (f)(1) of the law. The expert reviewer must also be available to testify as an expert witness, if necessary.

### C.3.2    Minimum Requirements

C.3.2.1 Meeting each of the requirements presented in this section and the way the requirements shall be met as address below.

1. Compliance with Section 107 of the law and Sections 6010, 6011 and 6012 of the Rules (Attachment J.4);

2. Sufficient full-time staff (excluding expert reviewers) to perform the administrative duties associated with the law and rules, the request for quotation and contract, without subcontracting to independent contractors, including:

   A. Assigning external reviews to expert reviewers;

   B. Performing conflict of interest checks on the IRO and the expert reviewers in accordance with the law and rules;

   C. The management of reviews;

   D. Drafting, reviewing, or revising the IRO written recommendation; and

   E. Maintaining the confidentiality of medical records, commercial and personal information as required by the law and the rules.

RFQ No. POHC-2004-Q-0001
Independent Review Organizations

3. The capacity to render a determination on an emergency grievance within 72 hours from the assignment by the Director.

4. The offeror shall supply a written statement indicating the nature of the hardware and software to be used and a certification that the hardware and software is sufficient to perform the required services.

5. The offeror shall furnish the latest annual report including financial statements. At a minimum the financial report must include a balance sheet prepared in accordance with generally acceptable accounting principles and audited by a certified public accountant. The audit report must state an opinion as to whether the financial statements fairly represent the financial condition of the offeror. A disclaimer of opinion will not satisfy the requirements of this section.

6. The offeror shall furnish a flow chart depicting the process by which external review of adverse decisions of insurers will proceed from the time of assignment to the IRO of an appeal to the IRO's written recommendation including maximum time required. This shall address a pending health care services appeal and emergency appeal.

7. The offeror shall submit its location headquarters and addresses of all offices, and include a copy of the Certificate of Incorporation or other organizing documents if not a corporation.

8. The offeror must provide the information set forth in section 44-301.8(e) of the law (Attachment J.5).

9. The offeror shall describe the means by which it will provide licensed expert reviewers who possess the appropriate training and qualification for the area in which they will be conducting the review. The proposal shall include the criteria to be used for the selection or rejection of expert reviewers.

10. The offeror shall describe how it will ensure the availability of appropriate personnel and expert reviewers as needed for timely and efficient external review of an adverse decision of an insurer. This description shall include the method by which the offeror shall obtain an expert reviewer in the event that the appeal necessitates an expert reviewer not currently under contract with the offeror.

11. The offeror shall provide how it will ensure the neutrality and objectivity of all expert reviewers conducting external review and provide affirmative evidence that no conflict of interest exists.

RFQ No. POHC-2004-Q-0001
Independent Review Organizations

**C.3.3**     **Technical Requirements**

The offeror's proposal shall describe how the offeror meets the following technical requirements:

1. Processes to be employed in reviewing an adverse decision from the Director's assignment of the appeal to the offeror, to the offeror's written recommendation. This explanation shall include a description of the range of services and the systems and methods used to review appeals, including:

    a. method of providing a decision in the mandated amount of time;

    b. method of selecting and assigning expert reviewers to assigned reviews including the recruitment, credentialing and assignment of appropriate specialists to appeals. This shall include the method by which the offeror will obtain an expert reviewer in the event that the appeal necessitates an expert reviewer not currently under contract with the offeror. In addition, the offeror shall describe its method of checking conflicts of interest.

    c. method of retaining confidentiality of medical records, personal information and commercial information;

    d. method of communication with parties involved in the appeals process; and

    e. system and method of rendering written decisions and the basis for the decision.

2. A description of the administration and operation of its organization;

3. An estimate of the number, types and functions of the personnel considered necessary to the administration and operation of the organization on a District wide basis with job descriptions detailing the roles of management employees who will be associated with performing services under this contract, such as a Medical Director;

4. A chart of the offeror's organization which shows the individuals responsible for the operation of the offeror including all members of the governing body, the officers, and directors if it is a corporation, and the partners or associates if it is a partnership or association and their level of responsibility within the organization. A resume or short background description for each individual meeting the description of this section should be included;

RFQ No. POHC-2004-Q-0001
Independent Review Organizations

    5. An explanation of the contractual and financial relationships between the IRO and the expert reviewers who will be responsible for external reviews or appeals;

    6. A list of expert reviewers who may be assigned to appeals. The list shall include for each reviewer: the name, professional license(s), board certifications, specialty, experience and any disciplinary sanctions imposed or pending against the reviewer(s);

    7. A list of all managed care organizations, health care centers, health care facilities and other healthcare providers with whom the IRO maintains any health related business arrangements. This list shall include a brief description of the nature of any such arrangement;

    8. A certification of the hours of operation including 24 hour availability, 7 days a week, for emergency complaints;

    9. Description of how the offeror shall comply with conducting external review of grievances and drafting an IRO written recommendation for an emergency grievance within 72 hours of assignment by the Director; and

    10. Documentation which clearly shows the offeror's experience in performing similar projects. The offeror shall describe its experience in independent review, including an explanation of the level(s) and scope of involvement in the independent review process. The offeror shall also provide a list of references including entities for which the offeror has performed independent review services.

### C.4 Cooperation in Fraud Investigations

C.4.1  The Contractor shall cooperate fully with the District of Columbia, Department of Health, and any other authorized local, District and Federal agencies or law enforcement authorities in the investigation, documentation and litigation of possible fraud and abuse cases or any other misconduct involving any of the duties and responsibilities performed by the Contractor under the Contract.

### C.4.2 Conformance with District and Federal Regulations

C.4.2.1 The Contractor agrees to comply with all District and Federal laws, regulations, rules and policies as they exist or as amended that are or may be applicable to this contract. In the event that the Contractor may, from time to time, request the Department of Health to make policy determinations or to issue operating guidelines required for proper performance of the contract, the Director, Department of Health, shall do so in a timely manner, and the Contractor shall be

RFQ No. POHC-2004-Q-0001
Independent Review Organizations

> entitled to rely upon an act in accordance with such policy determinations and operating guidelines and shall incur no liability in doing so unless the Contractor acts negligently, maliciously, fraudulently, or in bad faith.

Case 1:05-cv-02450-ESH    Document 6-4    Filed 02/06/2006    Page 7 of 7

RFQ No. POHC-2004-Q-0001
Independent Review Organizations