**Exhibit C**



Experts in Defining and Improving the Quality of Health Care

June 6, 2005

Patrick E. Kelly
Grievance and Appeals Coordinator
Government of the District of Columbia
825 North Capitol Street, N. E., Suite 4122
Washington, D.C. 20002

Dear Mr. Kelly:

This is in reference to the attached June 3, 2005 letter from J. Michael Hannon addressed to my attention.

On 5/18/05, IPRO had a teleconference with Mr. Hannon in regard to the above referenced case. As you know, we had great difficulty in arranging this conference call due to varying issues on Mr. Hannon's end. You had advised us that he could have the conference call, even though it was past the due date of the case.

During the conference call, Mr. Hannon alluded to his forwarding additional records to be reviewed in regard to this matter. We advised him that he could send the records along, but we would need to speak with you in regard to whether this late information could be accepted and also stated that if it were new information that MAMSI had not reviewed, that they would need to have it as well.

Subsequent to the hearing, we had phoned MAMSI in regard to a follow-up question that one of the reviewers had. This prompted MAMSI to call your office, where they spoke to Ms. Brown.

On 5/19/05, Ms. Brown, spoke to Nicole Goldfarb at IPRO and advised her that the patient/representative is beyond the timeframe for submission of additional documentation. The documentation should have been submitted at the time Mr. Hannon requested a hearing. Once done with the review following the teleconference, IPRO rendered its determination. Since the review was completed in compliance with the DC DOH regulations, of which Mr. Hannon should be aware, it did not occur to us that any additional follow-up with Mr. Hannon was necessary.

Please let me know if you have any questions in regard to this matter.

Sincerely,

Terese Giorgio
Terese Giorgio, BSN, MA, LNC
Senior Director, Corporate Programs

ISO
9001:2000
CERTIFIED