**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANE DOE,                                        :

    Plaintiff,                           :

                            CASE NO. 1:05cv02450 (ESH)

    v.                                   :

MAMSI LIFE AND HEALTH                            :
INSURANCE COMPANY, et al.,

                             :

    Defendants.

## ORDER

On consideration of the "Motion to Dismiss" filed by defendant IPRO National Medical

Review, Ltd., and of plaintiff's Opposition thereto, and the Court being duly advised in

the premises, it is, by the Court, this _____ day of _____, 2006,

**ORDERED:**

That the said Motion be, and the same hereby is, **DENIED.**

_____
THE HONORABLE ELLEN SEGAL HUVELLE

Copies to:

J. Michael Hannon, Esq.
Thompson O'Donnell, LLP
Suite 1000
1212 New York Avenue, N.W.
Washington, D.C. 20005

Daly D. E. Temchine, Esq.
Epstein Becker & Green, PC
1227 25th Street, N.W.
Washington, D.C. 20037

Christopher Flynn, Esq.
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006