UNITEDHEALTH GROUP INCORPORATED AND ITS AFFILIATED ENTITIES

ACN Group IPA of New York, Inc.

ACN Group of California, Inc.

ACN Group, Inc.

AIA United Healthcare Limited

AIG United HealthCare LLC

Active Transportation, LLC

Ad-Ventures, Inc.

Advana, Inc.

All Savers Insurance Company

Alliance PPO, LLC

Alliance Recovery Services, LLC

AmeriChoice Alliance, Inc.

AmeriChoice Behavioral Healthcare, Inc.

AmeriChoice Corporation

AmeriChoice Health Services, Inc.

AmeriChoice of New Jersey, Inc.

AmeriChoice of New York, Inc.

AmeriChoice of Pennsylvania, Inc.

Aperture Credentialing Holdings, Inc.

Aperture Credentialing, Inc.

Arizona Health Concepts, Inc.

Arizona Physicians IPA, Inc.

Aspire Global Support Services Private Limited

Behavioral Health Administrators

CT Management, Inc.

Charitable Organizations Services, Inc.

Charter Oak HealthCare Services, Inc.

ClinPharm International Limited (UK)
Commonwealth Physicians Services Corporation

Coordinated Vision Care, Inc.

DBP-KAI, INC.

DCG Holdings, Inc.

DCG OnLine, LLC

DCG Resource Options, LLC

Definity Health Corporation

Definity Health of New York, Inc.

Dental Benefit Providers of California, Inc.

Dental Benefit Providers of Illinois, Inc.

Dental Benefit Providers of Maryland, Inc.

Dental Benefit Providers of New Jersey, Inc.

Dental Benefit Providers, Inc.

Dental Insurance Company of America

Disability Consulting Group, LLC

Distance Learning Network, Inc.

Duncan Printing Services, LLC

Envision Care Alliance Inc.

EverCare of New York, IPA, Inc.

Evercare Collaborative Solutions, Inc.

Evercare Connections, Inc.

Evercare of Arizona, Inc.

Evercare of Texas, L.L.C.

Exante Bank, Inc.

Exante Financial Services, Inc.

Executive Systems, Inc.

Fidelity Benefit Administrators, Inc.

Fidelity Insurance Company
Fidelity Insurance Group, Inc.

2/14/2006

**UNITEDHEALTH GROUP INCORPORATED AND ITS AFFILIATED ENTITIES**

FirstCall, Inc.

GeoAccess, Inc.

Golden Rule Acquisition Corporation

Golden Rule Financial Corporation

Golden Rule Insurance Company

Great Lakes Health Plan, Inc.

Great Western Products Company, Inc.

Group Vision Associates, Inc.

H & W Indemnity, Ltd.

HealthAllies, Inc.

HomeCall Hospice Services Foundation, Inc.

HomeCall Hospice Services, Inc.

HomeCall Pharmaceutical Services, Inc.

HomeCall, Inc.

i3 Research Limited

Information Network Corporation

Ingenix Health Intelligence, Inc.

Ingenix International (Canada), Inc.

Ingenix International (Czech Republic) s.r.o.

Ingenix International (Finland) Oy

Ingenix International (Hong Kong) Limited

Ingenix International (Italy) S.r.l.

Ingenix International (Netherlands) BV

Ingenix International Magyarorszag Kft. (Hungary)

Ingenix Pharmaceutical Services (Australia) Pty. Limited

Ingenix Pharmaceutical Services (Deutschland) GmbH

Ingenix Pharmaceutical Services (France) SARL
Ingenix Pharmaceutical Services (RSA) (Proprietary) Limited

Ingenix Pharmaceutical Services (Spain) S.L.

Ingenix Pharmaceutical Services (Sweden) AB

Ingenix Pharmaceutical Services (UK) Limited

Ingenix Pharmaceutical Services d.o.o. [Croatia]

Ingenix Pharmaceutical Services de Argentina S.R.L.

Ingenix Pharmaceutical Services, Inc.

Ingenix Pharmaceutical Services, LLC

Ingenix Publishing, Inc.

Ingenix, Inc.

Investors Guaranty Life Insurance Company

Lemhi Corporation

Life Source Services, LLC

LifeEra, Inc.

Lifemark Corporation

MAMSI Insurance Agency of the Carolinas

MAMSI Insurance Resources, LLC

MAMSI Life and Health Insurance Company

MD-IPA Surgicenter, Inc.

MD-Individual Practice Association, Inc.

MLH Life Trust

Managed Physical Network, Inc.

MediExpress (Malaysia) Sdn. Bhd.

Mid Atlantic Medical Services, LLC

Midwest Security Administrators, Inc.

Midwest Security Care, Inc.

Midwest Security Holding, Inc.
Midwest Security Life Insurance Company

National Benefit Resources, Inc.

2/14/2006

**UNITEDHEALTH GROUP INCORPORATED AND ITS AFFILIATED ENTITIES**

Omega Insurance Advisors Private Limited

On-Call Medical Services, P.C.

Optimum Choice of the Carolinas, Inc.

Optimum Choice, Inc.

Optimum Choice, Inc. of Pennsylvania

Optum Group, LLC

Ovations Hospice, Inc.

Ovations, Inc.

Oxford Aviation, Inc.

Oxford Benefit Management, Inc.

Oxford Health Insurance, Inc.

Oxford Health Plans (CT), Inc.

Oxford Health Plans (NJ), Inc.

Oxford Health Plans (NY), Inc.

Oxford Health Plans, Inc. (CT) Committee For Quality Health Care, Inc.

Oxford Health Plans, Inc. (NY) Committee For Quality Health Care, Inc.

Oxford Health Plans, Inc. Committee For Quality Health Care, Inc.

Oxford Heath Plans LLC

Pharma Health Direct (Hong Kong) Limited

PhilamCare Health Systems, Inc.

Physician's Medical Group, Inc.

Physicians Heath Plan of Maryland, Inc.

Preferred Chiropractors of California

Reden & Anders, Ltd.

Revolution Health Systems, Inc.

Rooney Life Insurance Company

STATPROBE, Inc.

Sierra Chiropractic, Inc.

Sigma Insurance Advisors Private Limited

Special Risk International, Inc.

Specialized Care Services, Inc.

Specialty Resource Services, Inc.

Spectera Vision Services of California, Inc.

Spectera Vision, Inc.

Spectera of New York, IPA, Inc.

Spectera, Inc.

Symmetry Health Data Systems, Inc.

Triage Alliance Inc.

U.S. Behavioral Health Plan, California

UHC International Holdings, Inc.

UHC International Services, Inc.

UHCS 2000 Charitable Remainder Trust One

UHIC Holdings, Inc.

Unimerica Insurance Company

Unimerica Life Insurance Company of New York

Uniprise, Inc.

United Behavioral Health

United Behavioral Health of New York, I.P.A., Inc.

United Health Foundation

United HealthCare (Deutschland) GmbH

United HealthCare (Ireland) Limited

United HealthCare Insurance Company
United HealthCare Insurance Company of Illinois

United HealthCare Insurance Company of New York

United HealthCare Insurance Company of Ohio

United HealthCare Plans of Puerto Rico, Inc.

## UNITEDHEALTH GROUP INCORPORATED AND ITS AFFILIATED ENTITIES

United HealthCare Products, LLC

United HealthCare Service LLC

United HealthCare Services, Inc.

United HealthCare of Alabama, Inc.

United HealthCare of Arizona, Inc.

United HealthCare of Arkansas, Inc.

United HealthCare of Colorado, Inc.

United HealthCare of Florida, Inc.

United HealthCare of Georgia, Inc.

United HealthCare of Kentucky, Ltd.

United HealthCare of Louisiana, Inc.

United HealthCare of Mississippi, Inc.

United HealthCare of Ohio, Inc.

United HealthCare of Tennessee, Inc.

United HealthCare of Texas, Inc.

United HealthCare of Utah

United HealthCare of the Midlands, Inc.

United HealthCare of the Midwest, Inc.

United Healthcare International Mauritius Limited

United Resource Networks, Inc.

UnitedHealth Capital, LLC

UnitedHealth Cares

UnitedHealth Europe Limited

UnitedHealth Group Finance Company, Inc.

UnitedHealth Group Incorporated

UnitedHealth Group International, LLC

UnitedHealth Networks, Inc.

UnitedHealthcare Alliance LLC

UnitedHealthcare Asia Limited (the name amended to include Chinese translation)

UnitedHealthcare India Private Limited

UnitedHealthcare International Asia, LLC

UnitedHealthcare International Malaysia Sdn. Bhd.

UnitedHealthcare International, Inc.

UnitedHealthcare of Illinois, Inc.

UnitedHealthcare of New England, Inc.

UnitedHealthcare of New Jersey, Inc.

UnitedHealthcare of New York, Inc.

UnitedHealthcare of North Carolina, Inc.

UnitedHealthcare of Wisconsin, Inc.

UnitedHealthcare of the Mid-Atlantic, Inc.

UnitedHealthcare, Inc.

Validus II Executive Fund L.P.

Validus II L.P.

Validus L.P.

Validus Partners II L.L.C.

Validus Partners L.L.C.

Worldwide Clinical Trials, SL

2/14/2006