**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAMSI LIFE AND HEALTH | )    CASE NO. 1:05CV02450 (ESH) |
| INSURANCE COMPANY, | ) |
| 4 Taft Court | ) |
| Rockville MD 20850 | ) |
| | ) |
|     And | ) |
| | ) |
| IPRO NATIONAL MEDICAL | ) |
| REVIEW, LTD. | ) |
| 1979 Marcus Avenue | ) |
| Lake Success NY 11042 | ) |
| | ) |
|     Defendants. | ) |

**MOTION FOR THE *PRO HAC VICE* ADMISSION OF**
**JULIANNA S. GONEN**

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Defendant IPRO National Medical Review, Ltd. ("IPRO") and the undersigned attorney of record in this matter, a member in good standing of the Bar of this Court, hereby move this Court for an Order admitting, *pro hac vice*, **Julianna S. Gonen, Esq.,** an attorney at law who is admitted to practice law in the State of Virginia and the District of Columbia. Such Order shall permit her appearance and argument, in accordance with the Local Rules of this Court, for all purposes in the above-styled matter.

- 2 -

        **Respectfully submitted,**

        _____/s/_____
        Daly D.E. Temchine
        **EPSTEIN BECKER & GREEN, PC**
        1227 25th Street, NW
        Washington, D.C. 20037
        (202) 861-0900
        *Attorney for Defendant IPRO*

Dated: March 7, 2006

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAMSI LIFE AND HEALTH | )   CASE NO. 1:05CV02450 (ESH) |
| INSURANCE COMPANY, | ) |
| 4 Taft Court | ) |
| Rockville MD 20850 | ) |
| | ) |
| And | ) |
| | ) |
| IPRO NATIONAL MEDICAL | ) |
| REVIEW, LTD. | ) |
| 1979 Marcus Avenue | ) |
| Lake Success NY  11042 | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION FOR THE *PRO HAC VICE* ADMISSIONOF JULIANNA S. GONEN

Upon consideration of Defendant IPRO National Medical Review, Ltd. ("IPRO") and Daly D.E. Temchine's Motion for the *Pro Hac Vice* Admission of Julianna S. Gonen to appear for all purposes in the above-styled matter, in accordance with the Local Rules of this court, it is by the Court this _____ day of _____, 2006 hereby ordered:

That the Motion of Defendant IPRO and Daly D.E. Temchine be, and the same is hereby, **GRANTED**

_____
Ellen Segal Huvelle
United States District Judge

- 4 -

## CERTIFICATE OF SERVICE

  I hereby certify that I caused a copy of the foregoing Motion for *Pro Hac Vice* Admission of Julianna S. Gonen and Proposed Order to be served on this 7th day of March, 2006 by electronic transmission on:

J. Michael Hannon
James F. Bromley
1212 New York Avenue, NW
Suite 1000
Washington, DC  20005

Christopher Flynn
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC  20006

                /s/
                Daly D.E. Temchine
                **EPSTEIN BECKER & GREEN, PC**
                1227 25th Street, NW
                Washington, D.C. 20037
                (202) 861-0900
                *Attorney for Defendant IPRO*