UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
|        Plaintiff, | ) |
| v. | ) |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, <br> 4 Taft Court <br> Rockville MD  20850 | ) CASE NO. 1:05CV02450 (ESH) |
| And | ) |
| IPRO NATIONAL MEDICAL REVIEW, LTD. <br> 1979 Marcus Avenue <br> Lake Success NY  11042 | ) |
|        Defendants. | ) |

**DECLARATION IN SUPPORT OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF JULIANNA S. GONEN**

I, Julianna S. Gonen, make the following declarations in support of the Motion for *pro hac vice* admission filed by Daly D.E. Temchine, Esq., a member in good standing of the Bar of this Court:

1. My full name is Julianna Susan Gonen.

2. I am an associate in the law firm of Epstein Becker & Green, P.C., resident in its office located at 1227 25th Street, N.W., Suite 700, Washington, DC 20037, (202) 861-0900.

- 2 -

3.  I am a member in good standing of the Bars of the State of Virginia and the District of Columbia.

4.  I have not been disciplined by any Bar of which I am a member.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I am familiar with the Local Rules of the United States District Court for the district of Columbia.

Signed under the penalties of perjury this 7th day of March, 2006.

_____
Julianna S. Gonen
**EPSTEIN BECKER & GREEN, PC**
1227 25th Street, NW
Washington, D.C. 20037
(202) 861-0900