UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV02450 (ESH) |
| ) | |
| MAMSI LIFE AND HEALTH ) | |
| INSURANCE COMPANY, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Defendant MAMSI Life and Health Insurance Company ("MLH"), by and through counsel, respectfully notifies this Court that William C. Silvis, Esq., of King Pagano Harrison, will serve as co-counsel for MLH in this case.

Respectfully submitted,

Dated: March 8, 2006

_____/s/_____
Christopher Flynn, Bar No. 446235
William C. Silvis, Bar No. 485572
**KING PAGANO HARRISON**
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

Counsel for Defendant MAMSI Life and Health Insurance Company