UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2450 (ESH) |
| ) | |
| MAMSI LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Based on the status conference held this date, it is hereby

**ORDERED** that defendant IPRO's Motion to Dismiss [#6] is granted in part, and Counts IV and V are dismissed with prejudice. The Court reserves ruling on Count VI. By agreement of the parties, Counts II and III are dismissed. IPRO, Inc. will be substituted as the defendant in place of IPRO National Medical Review, Ltd.

Pursuant to the Court's suggestion, IPRO will undertake to review the materials previously proffered by plaintiff's counsel and, if necessary, will revise its recommendation. A new initial scheduling conference is set for June 6, 2006 at 10:15 a.m.

                                                                 s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date:  March 21, 2006