# EXHIBIT B

A validated or suspected diagnosis of Anorexia Nervosa or Bulimia Nervosa is implicit when using the criteria

| Admission Criteria Dimensions that must be met | Acute Inpatient | Partial Hospitalization | Intensive Outpatient | Outpatient |
|---|---|---|---|---|
| I. Weight Issues | Any one of 2-4, or 1 and any one of 5-8. | Any one of 1-4 and all of 5-8 (8 is not applicable if there is no previous treatment) | All of 1-8 (8 is not applicable if there is no previous treatment) | All of 1-8 (8 is not applicable if there is no previous treatment) |
| | Through determined food avoidance in the absence of any physical or mental illness, a refusal to maintain weight = or >75% of optimal body weight or approaching a weight at which physiologic instability occurred in the past. For child/adol, may also be refusal to maintain bmi >15 or body weight <85% of optimal body weight during a period of rapid growth. (There are no particular weight indicators re: bulimia nervosa). | Through determined food avoidance in the absence of any physical or mental illness, a refusal to maintain weight = or >75% of optimal body weight or approaching a weight at which physiologic instability occurred in the past. For child/adol, may also be refusal to maintain bmi >15 or body weight <85% of optimal body weight during a period of rapid growth. (There are no particular weight indicators re: bulimia nervosa). | Difficulties maintaining weight = or >75% of optimal body weight. (There are no particular weight indicators re: bulimia nervosa). | Difficulties maintaining weight = or >75% of optimal body weight. (There are no particular weight indicators re: bulimia nervosa). |
| II. Medical Complications related to Eating Disorder | There are medical complications that require 24 hour skilled nursing care, included but not limited to: Hrt Rate: Adults <40, C/A <50 Blood Pressure: Adults <90/60, C/A <80/50 Temp: <97 Severe Orthostatic changes (approx. >20 bpm or a drop in bp of >10-20 mm Hg/minute from supine to standing) Q-TC Prolongation Severe Hypokalemia (approx. plus/minus 1 from normal range of 3.5 -5.3 mmol/L) Severe Hyponatremia (approx plus/minus 10 from normal range of 135-146 mmol/L) Esophageal rupture Other significantly abnormal test results (hypophosphatemia, hepatic, renal, or cardiovascular compromise, hypoglycemia) | Medical complications, require some monitoring and intervention to prevent exacerbation, but do not require intervention and/or 24 hour observation by skilled nursing team. | No medical complications or medical complications are stabile and are adequately monitored in a medical outpatient setting. | No medical complications or medical complications are stabile and are adequately monitored in a medical outpatient setting. |
| III. Comorbid Biomedical issues | Diabetes, Pregnancy, Cardiovascular Disease, or any chronic medical illness that is worsening due to the patient's inability to manage eating disorder symptoms. Severity requires 24 hour monitoring by skilled | Comorbid biomedical conditions require some monitoring and intervention to prevent exacerbation, but do not require intervention and/or 24 hour observation by skilled nursing | No biomedical issues or biomedical conditions are stable and effectively managed in an outpatient setting. | No biomedical issues or biomedical conditions are stable and effectively managed in an outpatient setting. |

**MAMSI 0022**

A validated or suspected diagnosis of Anorexia Nervosa or Bulimia Nervosa is implicit when using the criteria

| Admission Criteria | Acute Inpatient | Partial Hospitalization | Intensive Outpatient | Outpatient |
|---|---|---|---|---|
| | nursing team. | | | team. |
| IV. Comorbid Psychiatric/Substance Abuse Issues | Psychiatric issues that meet inpatient acute psychiatric criteria. (where is this criteria?) Substance Abuse Issues that meet inpatient rehab. ASAM criteria. | Psychiatric/Substance Abuse comorbidities do not require interventions and/or 24 observation by skilled nursing team. However, symptoms and/or required interventions to address comorbidity do complicate treatment. | Psychiatric/substance abuse comorbidities are stable and do not complicate treatment of the eating disorder. However, the presence of the comorbidity interferes with achieving optimal level of functioning. | Psychiatric/substance abuse comorbidities are stable and do not significantly interfere with activities of daily living. However, patient experiences subjective distress on an ongoing basis due to the eating disorder and comorbid psychiatric/ substance abuse diagnosis. |
| V. Readiness to Change/Engagement in Treatment | Resistant to acceptance of illness and treatment recommendations, or verbally agrees to participate, but requires 24 hour skilled nursing supervision to resist urges to engage in eating disorder behaviors. | Agrees to participate and has some insight, but may demonstrate ambivalence towards treatment due to the presence of cognitive/ perceptual distortions and poor judgment. | Agrees and is motivated to participate. Cognitive distortions are minimal and insight/acceptance of illness is adequate. However, judgment is questionable at times. | Agrees and motivated to participate. Good insight, judgment, knowledge of illness. |
| VI. Need for structure | Inability or unwillingness to comply with refeeding program and restricted exercise without 24 hour skilled nursing supervision due to severe cognitive distortions, intensive fears, denial of serious of illness. | Because symptoms are severe and disabling, a structured therapeutic milieu is required to comply with treatment plan, prevent increase in eating disordered behaviors, maintain safety, and improve functioning. | A supportive milieu and a formally coordinated multidisciplinary treatment plan is required to address moderate symptoms, improve insight, judgment, and level of functioning. | Patient is relatively high functioning and requires little structure. |
| VII. Recovery Environment | Family conflicts/dysfunction contribute to the perpetuation of the eating disorder due to family's lack of insight, knowledge, and coping skills. Patient is isolated from peers and community resources due to illness. | Family conflicts are present and impact treatment, but the family demonstrates willingness to actively learn skills necessary to support the eating disorder patient. Other community or social resources are available. The patient possesses the capacity to use supports. | Family conflicts are present, and may impact treatment, but the family has insight and willingness to actively learn skills necessary to support the eating disorder patient. Other community or social resources are available and familiar to the patient. The patient possesses the skills to use these supports. | Family conflicts are present and may impact treatment, but the family has insight and skills necessary to support the eating disorder patient. The patient has some friends/peers/community supports and has shown ability to use and benefit from them. |

Approved 09/03/03

Page 2 of 3

C:\DOCUME~1\tthome\LOCALS~1\Temp\notes65A7E9\~2199850.doc

MAMSI 0023

A validated or suspected diagnosis of Anorexia Nervosa or Bulimia Nervosa is implicit when using the criteria

| Admission Criteria | Acute Inpatient | Partial Hospitalization | Intensive Outpatient | Outpatient |
|---|---|---|---|---|
| VIII. Response to adequate treatment at lower levels of care | At lower level of care, demonstrated inability to reverse weight loss or sustain weight gain, even with some supervision. Inability to control compulsive behaviors including exercise and binge/purge cycle, even with some supervision. Noncompliant with treatment. | At lower level of care, demonstrated inability to engage in normal eating behaviors and sustain weight expectations independently. Inability to control compulsive behaviors including exercise and binge/purge cycle independently. Noncompliant with treatment. | At lower level of care, demonstrated inability to remain free from pattern of eating disordered behaviors for significant periods of time. Evidence of increase or potential for increase in frequency/ intensity of eating disordered behaviors. Noncompliant with treatment. | n/a |

Program Requirements:

See program requirements for each level of care in the psychiatric level of care criteria.

Continued Stay Criteria:

Any one of the following:

1. The patient continues to present with symptoms that meet admission criteria.
2. New symptoms have been identified that meet admission criteria.
3. The patient is making progress, but there are unresolved issues that represent a potential for deterioration if the patient were to transitioned to a lower level of care.

Discharge criteria:

One of the following:

1. Symptoms which required this level of care have been resolved, and psychosocial/environmental issues that contributed to the need for this level of care (if any) no longer significantly interfere with treatment.
2. The patient has developed complications or new problems which require treatment at another level of care (higher level of eating disorder services, acute medical services, substance abuse rehab unit, etc.)
3. The patient has been unable to or lacks the capacity to resolve problems or benefit from this level of care.

sment/Treatment Appropriateness Criteria for Admission and Continued Stay
ssessment/Treatment Appropriateness Criteria in Psychiatric Level of Care Criteria.

Page 3 of 3

Approved 09/03/03

C:\DOCUME~1\tthome\LOCALS~1\Temp\notes65A7E9\~2199850.doc

**MAMSI 0024**