# EXHIBIT C

**MAMSI** Life and Health Insurance Company
A UnitedHealthcare Company

PPO
Group Certificate
Schedule 7J

Rockville, Maryland

0726157-0798DC

**MAMSI** Life and Health Insurance Company
A UnitedHealthcare Company
4 Taft Court
Rockville, Maryland 20850

CW    46 02 06 682    06/04

**MAMSI 0005**

**MAMSI LIFE AND HEALTH INSURANCE COMPANY**
4 Taft Court
Rockville, Maryland 20850

**ENDORSEMENT**
**38.922A**

Attach to Certificate issued under Policy No.0726157-0798DC.

1. Amendment to the SCHEDULE OF INSURANCE section
   Section 1.1
   The **Annual Deductibles** provision is amended by deleting the dollar amount references in their entirety and inserting in lieu thereof the following:

   For Preferred Providers
   $0 per Member
   $0 per Family each Contract Year

   For Non-Preferred Providers
   $0 per Member
   $0 per Family each Contract Year

   Section 1.2
   The **Maximum-Out-of-Pocket Expense** provision is amended by deleting the dollar amount references in their entirety and inserting in lieu thereof the following:

   $1,000 per Member but not more than
   $2,000 per Family each Contract Year

2. General Provisions
   Section 2.1
   The date upon which this Endorsement shall be effective is the date set forth below.

   Section 2.2
   This Endorsement shall terminate upon termination of the Group Certificate and under the same terms and conditions specified in the Group Certificate.

   Section 2.3
   Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the Group Certificate to which this Endorsement is attached, other than as above stated in this Endorsement.

**MAMSI LIFE AND HEALTH INSURANCE COMPANY**

By: _Thomas P Barberg_

Title: ___President___

Effective Date: ___10/98___

**MAMSI 0006**

0738922-1098DC

46 02 09 598 10/98

## INTRODUCTION

### MAMSI LIFE AND HEALTH INSURANCE PPO PLAN GROUP CERTIFICATE

Welcome to MAMSI Life and Health Insurance Company (MLH). We appreciate Your participation with MLH, and look forward to providing You with comprehensive, coordinated health care.

This Group Certificate was designed to provide You with a detailed explanation of the health care coverage provided through MLH for You and the members of Your family.

To understand exactly what Your participation entails, please read this Group Certificate carefully and jot down any points You may not understand or want to have verified.

*Thomas P Barbera*

Thomas Barbera
President

MAMSI 0007

# INDEX

Case Management ................................................. 55
Claim Provisions
   Assignment ..................................................... 12
   Claims Review Procedures ...................................... 12
   Discharge ...................................................... 13
   Facility of Payment ............................................ 13
   Forms .......................................................... 12
   Legal Actions .................................................. 12
   Minor or Incompetency .......................................... 13
   Proofs of Loss ................................................. 12
   Time Limitations ............................................... 12
   Time of Payment of Claims ...................................... 13
                                                      12
Continuation Rights ............................................... 50
   Federally Mandated ............................................. 50
Conversion Privilege
   Conversion Coverage ............................................ 52
   Conversion Period .............................................. 52
                                                      52
Coordination of Benefits
   Coordinating Benefits with Medicare ............................ 21
   Definitions .................................................... 25
   Effect on Benefits ............................................. 22
   Facility of Payment ............................................ 22
   Medicare's Payment and this Plan ............................... 25
   Right of Recovery .............................................. 26
   Right to Receive and Release Necessary Information ............. 25
                                                     25
Definitions ........................................................ 1
Eligibility, Effective Date, and Termination Date
   Effective Date of an Eligible Employee's Insurance ............. 14
   Effective Date of Dependent's Insurance ........................ 14
   Eligibility for Dependents ..................................... 17
   Eligibility for Employees ...................................... 16
   Grace Period ................................................... 14
   Special Enrollment Period for Dependents ....................... 15
   Special Enrollment Period for Employees ........................ 16
   Termination of an Insured Dependent's Insurance ................ 14
   Termination of an Insured Person's Insurance ................... 19
                                                     15
...sions ......................................................... 46
...eral Provisions
   Deductible ..................................................... 10
   Exam and Autopsy ............................................... 10
   Incontestability ............................................... 11
   Lifetime Maximum Benefit ....................................... 10
                                                     10

# DEFINITIONS

The following terms have special meaning throughout the Group Certificate. Other parts of the Group Certificate contain definitions specific to those provisions.

**ADULT:** A Member who is nineteen (19) years of age or older.

**ADMISSION:** The formal acceptance by a Hospital of a patient who is to be provided with room, board and nursing services in an area of the Hospital where patients generally stay at least overnight. In the event that a newborn remains in the Hospital longer than its mother, this will be considered a separate inpatient Admission.

**ALCOHOL ABUSE:** A disease that is characterized by a pattern of pathological use of alcohol with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

**ANNUAL DEDUCTIBLE(S):** The first given number of dollars of Covered Expense which are to be paid by the Member and which shall not be paid by the Company. The dollar amount of deductibles relates only to Covered Expenses.

**BIRTH CENTER:** An outpatient facility which: 1) complies with licensing and other legal requirements in the jurisdiction where it is located; 2) is engaged mainly in providing a comprehensive Birth Services program to pregnant individuals who are considered normal low risk patients; 3) has organized facilities for Birth Services on its premises; and 4) has 24-hour-a-day Registered Nurse services.

**BIRTH SERVICES:** Antepartum (before labor); intrapartum (during labor); and postpartum (after birth) care. This care is given with respect to: 1) uncomplicated pregnancy and labor, and 2) spontaneous vaginal delivery.

**BODY ORGAN (TRANSPLANTS):** 1) Kidney; 2) liver (limited to Children with biliary atresia); 3) Medically Necessary non-Experimental bone marrow, or 4) cornea.

**CASE MANAGER:** A person who performs case management activities on behalf of the Company/Health Plan.

**CHILD OR ADOLESCENT:** Any Member who is under the age of nineteen (19) years.

**COINSURANCE:** The percentage of a Requested Charge, Maximum Allowable Charge, or Usual, Customary, and Reasonable Charge which the Company is required to pay in connection with receiving certain services. A summary of the applicable Coinsurance percentages is contained in the Health, Services, Limits and Percentages Payable Section and any adopted endorsements accompanying this Group Certificate.

**COMPANY:** MAMSI Life and Health Insurance Company.

**CONGENITAL ANOMALY:** A defective development, abnormality, or malformation of a part of the body which is determined by a Physician to have been present at the

MAMSI 0008

3. A Dependent Child: including natural Children, grandchildren who are in the court-ordered custody of the Insured Person (legal documentation will be required), step-Children, lawfully adopted Children or any Child whether a member of the Insured Person's household or not, for whom the Insured Person has been court or administratively ordered to provide health care coverage (legal documentation will be required).

4. A Dependent age nineteen (19) years old or older, who is incapable of self-support by reason of mental or physical incapacity, either of which commenced while a Covered Dependent of the Insured Person. For Children who have coverage with the Company due to the Insured Person having been court or administratively ordered to provide health care coverage, maintenance of legal residence with the Insured Person is not required. Proof of incapacity dependency must be furnished to the Company within thirty (30) days of the Dependent's attainment of his or her 19th birthday and each birthday thereafter.

**DIRECTORY:** The booklet which contains the list of Preferred Providers and Physicians. The Directory of Preferred Providers may be subject to change from time to time with respect to individual Health Care Practitioners or Institutions and, accordingly, the Company neither warrants nor guarantees the length of service of any Preferred Provider.

**DURABLE MEDICAL EQUIPMENT:** The least costly appropriate type of medical apparatus which is: 1) prescribed by a Physician as essential in the treatment of an Injury or Sickness; and 2) able to withstand repeated use (other than consumable supplies); and 3) not useful generally to an individual in the absence of an Injury or Sickness; and 4) primarily designated for medical purposes (not personal comfort or convenience); and 5) appropriate for home use.

**DRUG ABUSE:** A disease that is characterized by a pattern of pathological use of a drug with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

**ELIGIBLE DEPENDENT:** An Insured Person's Dependent.

**ELIGIBLE EMPLOYEE:** An employee who meets the eligibility requirements of this Group Certificate.

**EMERGENCY SERVICES:** Services provided in a Hospital Emergency Room upon the onset of a Medical Emergency.

**EMERGENCY ROOM:** The area of a Hospital which routinely treats Medical Emergency conditions.

**MEDICAL EMERGENCY:** The sudden onset of a medical condition that manifests itself by symptoms of sufficient severity, including severe pain, that the absence of immediate medical attention could reasonably be expected by a prudent layperson, who possesses an average knowledge of health and medicine, to result in:

1. placing the patient's health in serious jeopardy;
2. serious impairment of bodily functions;

3

## PREADMISSION AUTHORIZATION

**NOTE:** Preadmission Authorization will not result in payment of benefits which would not otherwise be payable.

All non-emergency Hospital or Institutional Confinements must receive Preadmission Authorization from the Company for appropriateness of setting and Admission approval. Unless the Member seeks and receives Preadmission Authorization for certain health services as noted in the Health Services, Limits, and Percentages Payable section, the Company will have no liability and will not pay for services regardless of whether the treatment or service is deemed Medically Necessary. If an Institutional Confinement or other care or service is extended without authorization beyond the number of days first authorized, benefits for the extra days or services will not be covered under this Group Certificate.

To obtain Preadmission Authorization, contact the Company or the agency as shown on the Group Specification Summary.

**PROCEDURES FOR PREADMISSION AUTHORIZATION:**

1. Before being admitted to a Hospital or other Institution for non-emergency services as noted in the Health Services, Limits, and Percentages Payable section, the Member, the Member's attending Physician on the Member's behalf or any other person acting on behalf of the Member, must contact the Company for Preadmission Authorization. Emergencies will be reviewed by the Company retroactively.

2. The Company in its sole judgment will make its determination and: a) advise the Member that the treatment or service and setting is appropriate and authorized for a specified number of days where applicable; or, b) deny authorization and advise the Member as to the alternative treatment, service, or setting that would be appropriate and authorized; or, c) deny authorization entirely. The Company's determination will be sent in writing to the Member, the attending Physician, and the Hospital within 5 days after the Company has received the necessary notification.

3. The Member or his or her attending Physician may at any time ask the Company to: 1) reevaluate its decision; or 2) extend the number of days of Hospital or Institutional Confinement deemed to be Medically Necessary for the treatment of the Member's condition.

**MAMSI 0009**

54

a terminally ill patient is any patient whose life expectancy, as determined by a Physician, is not greater than six (6) months.

**HOSPITAL**: An acute care facility licensed, certified or otherwise authorized pursuant to the law of jurisdiction which: a) is primarily engaged in providing, for compensation from or on behalf of its patients, diagnostic, rehabilitation, and surgical services for the care and treatment of injured or sick persons on an inpatient basis by, or under the supervision of a staff of Physicians; b) has 24-hour nursing services; c) provides immediate Emergency and post stabilization care; d) is accredited by the Joint Commission on Accreditation of Healthcare Organizations. A Hospital is not primarily a place for rest, Custodial Care of the aged, and is not a nursing home, convalescent home or similar facility.

**HOSPITAL CONFINEMENT OR CONFINED**: Being registered as a bed patient in a Hospital upon the recommendation and under the care of a Physician.

**IMMEDIATE FAMILY**: The parents, spouse, Children or siblings of a Member, and any person residing with a Member.

**INJURY**: Accidental bodily injury, including all related conditions and recurrent symptoms.

**INSTITUTION**: A Hospital, Skilled Nursing Facility, Extended Care Facility, Free-Standing Surgical Facility, Rehabilitation Facility, Urgent Care Center, Birthing Center, or Treatment Facility.

**INSTITUTIONAL SERVICES**: Services performed in an Institution.

**INSURING PARENT**: A parent who is required under a court or administrative order to provide health insurance coverage or who otherwise provides health insurance coverage for a Child.

**INSURED PERSON**: An Eligible Employee who is properly enrolled under this Group Certificate as the Insured.

**INTENSIVE CARE UNIT**: A section, ward or wing within the Hospital which: 1) is separated from other Hospital facilities; 2) is operated exclusively for the purpose of providing professional care and treatment for critically ill patients; 3) has special supplies and equipment necessary for such care and treatment available on a standby basis for immediate use; 4) provides Room and Board; and 5) provides constant observation and care by Registered Nurses or other specially trained Hospital personnel.

**LATE ENROLLEE**: An Eligible Employee or Dependent who requests enrollment in MLH following the initial enrollment period provided under the terms of the Group Agreement. An Eligible Employee or Dependent may not be considered a Late Enrollee if:

1. the individual requests enrollment within thirty (30) days of becoming an Eligible Employee;

## CONVERSION PRIVILEGE

A Member may convert his or her Group Coverage to an individual conversion contract if the Member's group coverage terminates, and subject to the conditions set forth below. The member must apply and pay the required premium for the conversion coverage within the thirty-one (31) day conversion period.

1. Conversion rights will be extended to the Insured Person and Insured Person's covered Dependents under the following conditions:
   a. for the Insured Person and Insured Person's covered Dependents, upon termination of the Insured Person's employment with the Group,
   b. for the Insured Person and Insured Person's covered Dependents, upon termination of the Contract,
   c. for the Insured Person's covered Dependent Children, upon attainment of maximum age,
   d. for the Insured Person's covered Dependent Children, upon marriage before attainment of maximum age,
   e. for the Insured Person's covered Dependent spouse, upon divorce,
   f. for the Insured Person's covered Dependents, upon the death of the Insured Person.

2. Conversion Coverage shall not be made available for Members whose Group coverage terminates for any of the following reasons:
   a. nonpayment of Copayments or Coinsurance, or
   b. fraud or material misrepresentation.

3. Conversion coverage shall not be made available for Members when:
   a. the Member is eligible for Medicare coverage, or
   b. the Member is eligible for or is covered under another group plan with benefits substantially equal to those of the conversion coverage, or
   c. the Member was not continuously enrolled in the Company during the three (3) month period immediately preceding the termination of the Member's Group coverage.

**Conversion Period**
The conversion period is the period of 31 days that follows the date the Group coverage terminates for a covered person.

If notice of the Conversion Privilege is not given on the date insurance terminates, or within 60 days before that date, an additional period will be given in which to apply. This additional period will be the period of 31 days that follows the date such notice was given, but will in no case expire more than 90 days after the termination of insurance. Notice in writing that is mailed to the Insured Person's last known address or given by the Group will constitute notice for the purposes of this conversion privilege.

**Conversion Coverage.**
As used here, "conversion coverage" means one of the insurance plans used by the Company for the purpose of this provision. The conversion coverage may not provide the same type or level of benefits as the insurance under this Group

MAMSI 0010

52                                                                                                    5

**MEMBER:** Either an Insured Person or Covered Dependent, but applies only while coverage of such person under this Group Certificate is in effect.

**MENTAL ILLNESS:** A condition which is classified as neurosis, psychoneurosis, psychopathy, psychosis of mental or emotional disorders.

**NON-INSURING PARENT:** A parent other than an Insuring Parent

**NON-PREFERRED PHYSICIAN OR PROVIDER:** A Physician or Provider who is not a Preferred Physician or Provider.

**OPEN ENROLLMENT PERIOD:** An annual period of not less than thirty (30) days during which the employer gives Eligible Employees the opportunity to elect coverage.

**PARTIAL HOSPITALIZATION:** The provision of medically directed intensive or intermediate short-term treatment for Mental Illness, emotional disorders, Drug Abuse or Alcohol Abuse for a period of more than 4 hours but less than 24 hours in a day for a Member in a licensed or certified Treatment Facility or program.

**PER CONDITION:** Each injury and each sickness diagnosis. If the Member has been free of treatment for a condition for at least 6 months, any further treatment for the same condition shall be considered due to a new and separate condition.

**PHYSICIAN:** A practitioner of the healing arts who is duly licensed in the state in which the treatment is received. He or she must be practicing within the scope of that license. Note: For purposes of this Group Certificate, a duly licensed dentist, chiropractor, optometrist, optician, professional counselor, psychologist, clinical social worker, podiatrist, chiropodist, physical therapist, clinical nurse specialist who renders mental health services, audiologist, speech pathologist, certified nurse midwife or other practitioner acting within the scope of their licenses will be considered on the same basis as a Physician to the extent that services are covered under this Group Certificate.

**PREADMISSION AUTHORIZATION:** The prior approval a Member must seek and receive from the Company before Admission to a Hospital or Institution which is required for non-emergency health services as noted in the Health Services, Limits, and Percentages Payable section.

**PRECERTIFICATION:** The prior approval a Member must seek and receive from the Company before receiving certain non-Emergency outpatient Health Services as noted in the Health Service, Limits, and Percentages Payable section.

**PREFERRED PHYSICIAN OR PROVIDER:** A Physician or Provider who has directly or indirectly contracted with the Company to provide medical services to persons insured by the Company under the terms and for consideration specified in the contract between the Company and the Provider.

**PREMIUM:** The amount of money prepaid to the Company by a Group, including the Insured Person's contributions, if any, on behalf of Members enrolled through that Group.

## CONTINUATION RIGHTS

**Federally Mandated**

A. If you are a member of an employer group with twenty (20) or more employees, you are entitled to elect continuation of coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). The Member, as an alternative to, and not as an extension of, any other continuation coverage described in or attached to the Group Certificate, shall be eligible for continuation of such coverage under the Group Certificate as is in effect on the date of the Member's "qualifying event" as defined in COBRA. Qualifying events include (if such event would ordinarily result in loss of coverage under the Group Certificate) termination of the covered employee's employment (other than by reason of employee's gross misconduct) or reduction of hours of the covered employee's employment, death of the covered employee, the divorce or legal separation of the covered employee from the employee's spouse, the covered employee becoming entitled to benefits under Title XVIII of the Social Security Act (Medicare), a Dependent Child ceasing to be a Dependent Child under the requirements of the Group Certificate or, where the Insured Person is an Eligible Retiree, commencement of a bankruptcy proceeding with respect to the Group. With respect to such Eligible Retiree Insured Persons of Groups in bankruptcy proceedings and their Dependents, the term "loss of coverage" above shall include a substantial elimination of coverage within one (1) year before or after commencement of the bankruptcy proceeding.

B. Such coverage shall be available to the Member only if election of coverage is made within the election period set by the Group. The "election period" established by the Group shall be of at least sixty (60) days duration, shall begin not later than the date on which coverage under the Group Certificate would ordinarily terminate after the occurrence of a qualifying event, and shall end not earlier than sixty (60) days after the later of: (1) the date the Insured Person notifies the plan administrator or receives notice from the plan administrator of a qualifying event; or (2) the date coverage under the Group Certificate would ordinarily terminate after a qualifying event. Such continuation coverage shall be made available at the Premium specified in the Group Agreement, which in no event shall exceed one hundred and two percent (102%) of the total Premium charged for such period of coverage for similarly situated Members to whom a qualifying event has not occurred. The Insured Person and/or Dependent(s) must pay to the Group, on a monthly basis, the amount of contribution required, in order that benefits may be continued.

C. The maximum period of continuation of coverage for Insured Persons and their Dependents whose qualifying events are termination of employment or reduction of hours or commencement of the Group's bankruptcy proceeding shall be eighteen (18) months. For all other members eligible for such coverage, the maximum period of coverage shall be thirty-six (36) months. Notwithstanding the foregoing, if a qualifying event (other than commencement of a bankruptcy proceeding) occurs within eighteen (18) months after an event warranting an eighteen (18) month maximum period, the applicable maximum period shall then be thirty-six (36) months from the initial qualifying event. Also, for an eligible

must be the result of or related to distortion, misalignment or subluxation of or in the vertebral column.

**TERMINAL ILLNESS:** A disease or condition for which the Member has a terminal prognosis of six (6) months or less to live as certified by a Physician.

**TOTAL DISABILITY:** The inability by reason of injury or sickness to perform each and every duty pertaining to the Insured Person's occupation during the first 52 weeks of the disability. After the first 52 weeks, it shall mean the inability to perform each and every duty of any business or occupation for which the Insured Person is reasonably fitted by education, training and experience. In the case of a Covered Dependent, it shall mean the inability to perform the normal duties and usual activities of a person of the same age and sex in reasonably good health.

**TREATMENT FACILITY:** A residential or non-residential facility or program licensed, certified or otherwise authorized pursuant to the law of jurisdiction for treatment of Mental Illness, emotional disorders, Drug Abuse or Alcohol Abuse.

**URGENT CARE CENTER:** A free-standing facility, center or other entity that operates primarily to provide specialty medical treatment of an unforeseen, unexpected illness or injury on an urgently needed or prompt basis.

**URGENT CARE SITUATION:** An unforeseen illness or Injury which requires timely medical care to prevent health deterioration as determined by the Company.

**USUAL, CUSTOMARY, AND REASONABLE (UCR):** The lesser of the Requested Charge of a provider or the usual charge made by a Provider or other supplier of services, medicines, or supplies. The charge cannot exceed the general level of charges made by other suppliers within an area in which the charge is incurred for Injury or Sickness comparable in severity and nature to the Injury or Sickness being treated, as determined by the Company. Area as it would apply to any particular service, medicine or supply means a city or such greater geographic area as is necessary to obtain a representative cross section of level of charges. For providers under contract with Alliance PPO Inc., the charge cannot exceed the fee maximums, discounts, or other terms established in the contract. Providers under contract with Alliance PPO Inc., have agreed to accept the Company's payment plus Your Deductible, Copayment, or Coinsurance as full payment for the claim.

**YOU or YOUR:** The Insured Person or Member.

33. Incidental surgery performed through the course of a Medically Necessary surgery.

34. Duplicate testing or handling fee for laboratory tests.

35. All organ transplants, except as otherwise listed as covered.

36. Sex transformation; sterilization reversals; or surgery or treatment related to sexual dysfunction.

37. Private room and board charges.

38. Experimental Services.

39. Abortions which are not defined as documented fetal abnormalities and/or endangerment of the life of the mother if the pregnancy were completed.

40. Physical, chiropractic, occupational or speech therapy determined no longer to be Medically Necessary or appropriate.

41. Abdominoplasty.

42. Panniculexetomy.

43. Infertility services after reversal of voluntary sterilization.

44. Gamete Intrafallopian Transfer (GIFT), Zygote Intrafallopian Transfer (ZIFT), in vitro fertilization, genetic alteration, gene therapy, collection or storage of sperm, infertility services for a non-covered spouse, infertility services which the Company determines is not likely to result in conception, drugs whose primary purpose is the treatment of infertility, except for clomiphene or serophene, harvesting of ovum or ova, embryo transfers, costs associated with eggs and the storage of eggs, sex selection services, reversal of voluntary sterilizations, costs associated with donor sperm or the storage of sperm used for artificial insemination.

45. Medication management for non-covered infertility drugs.

46. Transportation other than local ambulance service listed as covered, and air ambulance not deemed Medically Necessary.

47. Special education, counseling, therapy or care for learning deficiencies or behavioral problems. This applies whether associated with manifest mental illness or other disturbances.

48. Confinement, treatment, services or supplies related to learning disabilities, mental retardation and/or mental deficiency.

49. Educational assessments and vocational training.

50. Inpatient or day treatment programs for pain management, unless deemed appropriate by the Company.

51. Treatment for organic mental disorder when the disorder is due to permanent brain dysfunction.

**MAMSI 0012**

48

with a copy of the statement given to the Insured Person, his or her beneficiary or personal representative, can be used in a contest.

**MISSTATEMENT OF AGE:** If the age of any person insured under the Contract has been misstated: 1) premiums shall be adjusted to correspond to his or her true age; and 2) if benefits are affected by a change in age, benefits will be corrected accordingly (in which case the premium adjustment will take the correction into account).

**EXAM AND AUTOPSY:** When reasonably necessary, the Company, at its own expense, may require medical exams of the Member for whom claim is made or perform an autopsy if not forbidden by law.

**MONEY PAYABLE:** All sums payable by or to the Company must be paid in the lawful currency of the United States.

## EXCLUSIONS

This Group Certificate does not cover the following expenses:

1. Services that are not Medically Necessary. This does not refer to any preventive services listed as covered.

2. Confinement, treatment, services or supplies not recommended, approved, and received while under the care of a Physician.

3. Confinement, treatment, services or supplies that are required: a) only by a court of law, or b) only for insurance, travel, employment, school or camp purposes.

4. Confinement, treatment, services or supplies that are payable by Workers' Compensation, Medicare or any other government program.

5. Confinement, treatment, services or supplies that are required as a result of Injury or Sickness contracted while on duty with any military, naval, or air force of any country or international organization.

6. Confinement, treatment, services or supplies resulting from accidental bodily injuries arising out of a motor vehicle accident, to the extent such benefits are payable under any medical expense payment provision (by whatever terminology used-including such benefits mandated by law) of any automobile insurance policy, unless otherwise prohibited by applicable law.

7. Confinement, treatment, services or supplies rendered outside the scope of a provider's license or provided by the Member or his or her spouse, a Child, sibling or parent of the Member or a person who resides in the patient's home.

8. Confinement, treatment, services or supplies which are required for conditions for which state or local law require treatment in a public facility. However, reimbursement will be made to the Member for the costs of any covered benefits delivered at such public facility.

9. Immunizations related to foreign travel.

10. Confinement, treatment, services or supplies received before the Member's effective date.

11. Confinement, treatment, services or supplies received after the Member's termination date, except as provided in any extension of benefits provision.

12. Outpatient prescription drugs and medicines, except as provided in a supplemental pharmacy benefit rider.

13. Over the counter medical supplies and drugs.

14. Personal comfort items such as, but not limited to, telephone, radio, television or barber services.

15. Weekend Admission charges for non-emergency services. This applies only to Friday through Saturday inclusive.

**MAMSI 0013**

pathologists, neonatologists and the like, *may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

Body Organ transplant services, provided by a Health Care Practitioner received at the Provider's office or Hospital, are covered when deemed Medically Necessary by the Company for:

1. Liver transplants in Children under the age of eighteen (18) with biliary atresia;
2. Kidney transplants;
3. Cornea transplants; and,
4. All non-experimental bone marrow transplants.

All services related to covered transplants must be approved by the Company. If the Member does not meet the basic screening criteria for a facility (e.g., age, weight) or if the transplant service is not covered, the Company will not cover any charges related to the transplant evaluation. Organ transplants and related services not described in the Health Services, Limits, and Percentages Payable section, are not a covered benefit.

1. Physician and Hospital charges associated with covered organ transplants, and any related complications, will be covered only as follows:
   a. Services for, or related to, the transplantation of an organ into a Member of the Company including pre-transplantation and post-transplantation services approved by the Company are covered for the Member.
   b. Services for, or related to, the removal of an organ from a Member for the purposes of transplantation into another person are covered when the following conditions apply:
      i) transplant recipient is covered by the Company;
      ii) transplant recipient is undergoing a covered transplant; and
      iii) the services are not payable by another plan.
   c. Services for, or related to, the removal of an organ from a non-Member for the purposes of transplantation into a covered Member of the Company when such Member is undergoing a covered transplant, and the services are not payable by another plan.
   d. The cost of services related to the screening of organ donors will be covered for the actual organ donor only.

2. The following services for, or related to, the transplantation of an organ are not covered for:
   a. Charges associated with complications resulting from the removal of an organ from a non-Member.
   b. Services for, or related to, the removal of an organ from a Member for the purposes of transplantation into a non-Member.
   c. Any services related to or associated with any non-covered transplant.
   d. Any services associated with complications resulting from a non-covered transplant

All expenses in connection with a covered transplant require Preadmission Authorization and Precertification.

**DISCHARGE:** Any payment by the Company in accordance with these provisions will discharge the Company from all further liability to the extent of the payment made.

**LEGAL ACTIONS:** No action at law or in equity may be brought to recover under the Group Certificate prior to the expiration of sixty (60) days after proof of loss has been filed as required by the Group Certificate. Also, no action may be brought after three (3) years from the expiration of the time within which proof of loss is required by the Group Certificate.

**CLAIMS REVIEW PROCEDURES:** If a claim is denied, in whole or in part, the claimant will be notified in writing and given an opportunity for review. The written denial will give the specific reason or reasons for the denial.

If a claim is denied, in whole or in part, or is not acted on within thirty (30) days of receipt of Proof of Loss, the claimant, or a duly authorized representative: 1) may request a review upon written application to the Company; 2) may review pertinent documents at the Company's office; and 3) may submit issues and comments in writing. Any such requests for a review must be mailed to the Company: 1) within sixty (60) days after the receipt by the claimant of a written notification of denial of a claim; or 2) within thirty (30) days from the date the claim was made and not acted on.

A decision on the claim will be made by the Company not later than thirty (30) days after receipt of a request for review from the claimant. However special circumstances (such as a decision by the Company that a hearing should be held on the matter) require an extension of time for processing. In this case a decision will be rendered as soon as possible but not later than thirty (30) days after receipt by the Company of the request for review. The decision on review will be in writing. It will include: 1) specific reasons for the decision; and 2) specific references to the pertinent Group Certificate provisions on which the decision is based.

**TIME LIMITATIONS:** If any time limitation provided in the Group Certificate for giving notice of claims, for furnishing proof of loss, or for bringing any action at law or in equity is less than that permitted by the applicable law, the time limitation provided in the Group Certificate is extended to agree with the minimum permitted by the applicable law.

13

MAMSI 0014

the Eligibility for Employees section above, or during the Special Enrollment Period, the insurance will not become effective until the date of return to Active Service. The Eligible Employee was in Active Service on his or her last scheduled working day before the nonworking day.

**TERMINATION OF AN INSURED PERSON'S INSURANCE:** Except as provided in the Continuation of Benefits provision, the Insured Person's insurance will terminate effective on the earliest of the following dates:

1. the date ending the period for which contribution is made, if a required Premium contribution is not made when due.
2. the date of termination of Active Service. In the event the Insured Person is absent on account of Injury or Sickness, Active Service will terminate for purposes of this insurance on such later date as the Certificateholder may determine.
3. the date the Insured Person enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of: a) scheduled drills; or b) other training not exceeding one month in any calendar year.
4. the date the Insured Person ceases to be eligible for insurance (the Company will not require continued insurability).
5. the date of termination of the Group Certificate.
6. if a Member knowingly furnished to MLH false, incorrect or incomplete information which is material to the acceptance of his or her application, MLH may void the Member's coverage as if it had never been in effect upon written notice.

A specific benefit under the Group Certificate terminates on the date that benefit is no longer provided under the Group Certificate.

**GRACE PERIOD:** The Certificateholder is entitled to a Grace Period of thirty-one (31) days for payment of any Premium due except the first Premium which must have been received by MLH in order for coverage under this Group Certificate to have become effective. During this Grace Period, the coverage shall continue in force unless the Certificateholder has given the Company written notice of discontinuance in accordance with the terms of this Group Certificate and in advance of the date of discontinuance. The Certificateholder shall be liable to the Company for the payment of a pro rata Premium for the time the Certificate was in force during the Grace Period. Notwithstanding the above, if payment is not received by the expiration of the grace period, then the coverage under this Group Certificate may be terminated by MLH. Coverage will terminate effective on the last day for which Premium payments were made and MLH shall have no liability for benefits as of the effective date of termination.

Under applicable state and federal laws, a Member may have the right to elect to remain covered under the Group Certificate, provided such election is timely and an appropriate provision is made for the applicable Premium payment. See the Continuation provisions of the Group Certificate. In addition, Members have the right to convert to an individual accident and sickness insurance conversion policy. See the Conversion provisions of the Group Certificate.

Limits: The maximum amount payable by the Company is forty-five (45) days per Member per Contract Year.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

b. Outpatient Treatment:
Treatment services including diagnostic evaluation, medical psychiatric and psychological care, and psychotherapy for mental, emotional or nervous disorders provided by a Physician or other licensed and qualified health care practitioner, rendered in a Hospital, alcohol or drug rehabilitation facility or Mental Health Treatment Center or Provider's office provided the services are Medically Necessary and, in the professional judgement of practitioners, acute mental health illness is subject to significant improvement through short-term therapy. Subject to the Annual Deductible.

Limits: Services are limited to one (1) visit per Member per day.

Percentage Payable for the first forty (40) visits in a Contract Year:
When received from a Preferred Provider, the lesser of:
75% of Requested Charges or 75% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
75% of Requested Charges or 75% of Usual, Customary, and Reasonable Charges.

Percentage Payable for any additional visits in a Contract Year:
When received from a Preferred Provider, the lesser of:
60% of Requested Charges or 60% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
60% of Requested Charges or 60% of Usual, Customary, and Reasonable Charges.

2. Treatment of Alcohol and Substance Abuse:
Inpatient substance abuse and rehabilitation treatment services and supplies provided by a Physician, psychologist, or social worker in a Hospital or Treatment Facility, provided the services are Medically Necessary, including semi-private room and board. Subject to the Annual Deductible. Requires Preadmission Authorization.

    2. in the case of Dependents birth, the date of birth; or
    3. in the case of adoption or placement for adoption, the date of adoption or placement.

**FULL-TIME STUDENT** means a person who is enrolled in and attending a recognized course of study or training on a full-time basis (not less than 12 credit hours a semester) at:

1. an accredited high school or vocational school,
2. an accredited college or university, or
3. a licensed technical school, beautician school, automotive school or other institution of similar training.

A person continues to be a Full-time Student during periods of vacation established by the institution. A person ceases to be a Full-time Student at the end of the month during which the person graduates or otherwise ceases to be enrolled and in attendance at the institution on a full-time basis.

**EFFECTIVE DATE OF DEPENDENTS' INSURANCE:** The effective date of insurance for an Eligible Dependent will be one of the following dates, provided any required Premium contribution is made and all the eligibility conditions are met:

1. the date the Insured Person becomes eligible for insurance, if the Insured Person makes written application to Company for the Eligible Dependent within thirty days after that date; if the Insured Person does not request enrollment to the Company for the Eligible Dependent within thirty (30) days of eligibility, the Eligible Dependent will be considered a Late Enrollee and will be required to wait until the Open Enrollment Period to enroll.
2. the date the Eligible Dependent is acquired, provided at least one other Eligible Dependent of the Insured Person is insured under the Group Certificate on that date and the Company is provided timely notice.
3. For Insured Persons with "Employee and Spouse and Children" coverage, provided MLH is notified within thirty-one (31) days:
    a. the moment of birth for a newborn;
    b. the date of placement for grandchildren placed in the court-ordered custody of the Insured Person; or,
    c. the date of adoption.
4. For Insured Persons without "Employee and Spouse and Children" coverage:
    a. the moment of birth for a newborn provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the birth of the newborn;
    b. the date of placement for a Dependent placed in the court-ordered custody of the Insured Person provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the placement.; or,
    c. the date of adoption, provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the adoption.
5. Where the Insured Person is covered by this Group Certificate but does not enroll the Dependent in the policy, the non-covered parent, the Child support enforcement agency, or the Department of Health and Mental Hygiene may apply

17

---

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. Pregnancy prevention services provided by a Physician or Health Care Practitioner received in a Provider's office or Institution are covered including: family planning services including examinations, Norplant implants and, when Medically Necessary, genetic counseling. Also, abortions for Medical Necessity, which is defined as documented fetal abnormalities and/or endangerment of the life of the mother if the pregnancy were completed, are covered. Subject to the Annual Deductible.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Bilateral vasectomy and tubal ligation sterilization services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office, or Institution are covered, in accordance with established medical practice. Subject to the Annual Deductible.

Percentage Payable for bilateral vasectomy services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for tubal ligation services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Dependent consistent with the employer's plan relating to post-employment medical coverage for Dependent's.

8. the date of termination of the Group Certificate.

**INCREASES AND DECREASES:** An increase in the benefits or the amount of insurance for an Insured Person or his or her Covered Dependent will become effective on:

1. the date of such increase, if the Insured Person is on Active Service on that date.
2. the date of return to Active Service, if the Insured Person is not in Active Service on the date of the increase.
3. the nonworking day, other than a sick day, on which the increase would otherwise become effective, if the Insured Person was in Active Service on his or her last scheduled working day before the nonworking day.

A decrease in the amount of insurance will become effective on the date of the decrease.

**TERMINATION OF AN INSURED DEPENDENT'S INSURANCE:** Except as provided in the Continuation of Benefits and Eligibility for Dependents provisions, a Covered Dependent's insurance will terminate on the earliest of the following dates:

1. The date the Insured Person's insurance is terminated.
2. At the end of the grace period for which Premium payments have not been made by the Group.
3. The end of the month the Covered Dependent Child ceases to be a Full-Time Student (applies only to Dependent Children over the age of nineteen (19).
4. The end of the month in which the Covered Dependent Child attains the maximum age for coverage.
5. The date the Covered Dependent is no longer eligible because of a change in marital status.
6. The date the Covered Dependent is no longer eligible as an Insured Person.
7. The date the Covered Dependent enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of scheduled drills or other training not exceeding one (1) month in any calendar year.
8. For a newborn or a Child or grandchild placed for adoption who was born or placed after the effective date of the Insured Person's insurance, the date after the thirty-one (31) days of insurance unless:
   a) all other Eligible Dependents of the Insured Person are insured under the Group Policy on that date, or
   b) the Company receives application within thirty-one (31) days after the date of birth or placement
9. For a Dependent for whom the Insured Person has been court or administratively ordered to provide health care coverage, eligibility for enrollment will cease upon receipt by the Company of written evidence that
   a) the court or administrative order is no longer in effect;
   b) the Dependent has been or will be enrolled under other health care coverage which will take effect no later than the effective date of the disenrollment;

---

Hospital, or Birth Center, arising from pregnancy or resulting Childbirth, miscarriage, or complications thereof, including: services of a midwife (covered only at accredited Birth Centers), and; ordinary nursing care of the newborn Covered Dependent and such other newborn care of the newborn Covered Dependent which is Medically Necessary are covered. Circumcision is a covered service. Pregnancy and maternity services are not covered for a Dependent Child. Requires Preadmission Authorization. Subject to the Annual Deductible.

Percentage Payable for inpatient Hospitalizations:
When Received from a Preferred Provider, the lesser of:
  100% of Requested Charges or 100% of Maximum Allowable Charges.
When Received from a non-Preferred Provider, the lesser of:
  80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
  100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.
When Received from a non-Preferred Provider, the lesser of:
  80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
  100% of Requested Charges or 100% of Maximum Allowable Charges.
When Received from a non-Preferred Provider, the lesser of:
  80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. The following infertility services are covered: in-vivo fertilization, and infertility studies, including: testing, medical advice, instruction, and artificial insemination. Medication management and diagnostic tests will not be covered for non-covered infertility drugs. Artificial insemination is covered for a maximum of six (6) cycles per lifetime. The Company follows the American College of Obstetricians and Gynecologists' criteria of one (1) year of infertility prior to covering infertility services.

Infertility services will not be covered after reversal of a voluntary sterilization. Sex-selection services are not covered. All surgical procedures and non-Emergency diagnostic testing procedures require Precertification. Subject to the Annual Deductible. Requires Preadmission Authorization or Precertification.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
  50% of Requested Charges or 50% of Maximum Allowable Charges.

**MAMSI 0017**

19

## COORDINATION OF BENEFITS

The Plan will not pay for benefits or services required as the result of occupational disease or injury for which medical benefits are payable under Worker's Compensation or by a similar agency under another Federal or State law. This provision also applies when a third party injury settlement or other similar proceeding provides medical benefits in regard to a claim (or potential claim) under Worker's Compensation or similar laws. If medical benefits provided under such laws are exhausted, medical benefits may be provided for services or supplies covered by this Plan. The Plan is entitled to be reimbursed for benefits paid by the Plan that were later found to be payable under Worker's Compensation or by a similar agency under another Federal or State law.

This coordination of benefits (double coverage) provision applies when a person covered by this Plan also has, or is entitled to benefits from any other group health coverage or is entitled to the payment of medical and Hospital costs under no-fault or other automobile insurance that pays benefits without regard to fault. Information about other coverage must be disclosed to this Health Plan.

When there is double coverage, one plan normally pays its benefits in full as the primary payer, and the other plan pays a reduced benefit as the secondary payer. When this Plan is the secondary payer, it will pay the lessor of (1) its benefits in full, or (2) a reduced amount that, when added to the benefits payable by the other coverage, will not exceed this Plan's reasonable and customary charges.

The determination of which health coverage is primary (pays its benefits first) is made according to guidelines provided by the National Association of Insurance Commissioners (NAIC). When benefits are payable under automobile insurance, including no-fault, the automobile insurer is primary (pays its benefits first) if it is legally obligated to provide benefits for health care expenses without regard to other health benefits coverage the Enrollee may have.

This provision applies whether a claim is filed under the other coverage. When applicable, authorization must be given to the Company to obtain information about benefits or services available from the other coverage, or to recover overpayments from other coverages.

For the purpose of coordination of benefits, the Company may release, claim or obtain any necessary information from any insurance company or other organization. In addition, any Member claiming benefits from the Company shall furnish the Company with information, as requested, necessary to administer this provision. If the Member refuses to cooperate with the Company to implement this provision, the Member must pay to the Company the Usual, Customary and Reasonable Fee for the services rendered.

A complete description of the Company's coordination of benefits (COB) rules are as follows:
a) Benefits Subject to COB
   All benefits provided under this Group Certificate are subject to this Section. Through this Group Certificate, the Group and Members agree to permit the

---

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable when received in an inpatient facility setting:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office or Institution, which are Medically Necessary for treatment of adjunctive dental care, which means: 1) dental care that is Medically Necessary in the treatment of a covered medical condition, is an integral part of the treatment of such medical condition, and is essential to the control of the primary medical condition; 2) non-dental oral surgical procedures that are Medically Necessary (refer to section **B.4., Professional Services** for a list of procedures); or, 3) accidental dental injury, i.e., treatment of a traumatic injury which results from an external blow to Sound Natural Teeth or the mouth and its surrounding supportive structures as it relates to the accident. Accidental dental injury treatment is limited to those services necessary to provide immediate emergency care. Subject to the Annual Deductible. Requires Precertification or Preadmission Authorization.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

4. Oral surgery is provided for surgical procedures by a Physician or other licensed and qualified health care practitioner received in a Provider's office or Institution, which are Medically Necessary for treatment of fractures of the jaw, excision of tumors, and for medically diagnosed congenital defects such as cleft lip and cleft palate. Treatment and rehabilitation for cleft palate and cleft lip shall include covered services for orthodontics, oral surgery, otological, audiological and speech/language treatment. Services shall be covered and subject to the applicable percentages payable of section **A. Hospital Services,** and section **B.2., Professional Services.** Dental services when Medically Necessary to provide immediate emergency care to promptly repair injury to Sound Natural Teeth as a result of an accidental injury are covered when treatment is requested within seventy-two (72) hours after the accident occurs. If the injury cannot be reasonably treated within seventy-two (72) hours, an extension may be requested and an extension

**MAMSI 0018**

21

except as provided in paragraph (3) of this subsection (c) shall not exceed the total of such Allowable Expenses. Benefits payable under another Health Plan include the benefits that would have been payable had claim been duly made therefore.

(3) If

(i) another Health Plan which is involved in paragraph (2) of the subsection (c) and which contains a provision coordinating its benefits with those of this Coverage would, according to its rules, determine its benefits after the benefits of this coverage have been determined, and

(ii) the rules set forth in paragraph (5) of this subsection (c) would require this Coverage to determine its benefits before such other Health Plan.

(iii) then the benefits of such other Health Plan shall be ignored for the purposes of determining the benefits under this coverage.

(4) If another Health Plan which is involved in paragraph (2) of this subsection (c) does not contain a provision coordinating its benefits with those of this coverage, then the benefits of such other Health Plan shall be determined before the benefits of this coverage.

(5)(a) Except when a Retirement Plan is involved, the benefits of a Health Plan which covers the person on whose Allowable Expenses claim is based other than as a dependent shall be determined before the benefits of a Health Plan which covered such person as a dependent

(b)(1) Except for cases of a person for whom claim is made as a Dependent Child whose parents are separated or divorced, the benefits of a Health Plan which covers the person on whose expenses claim is based as a Dependent of a person whose day of birth, excluding year of birth, occurs earlier in a calendar year, shall be determined before the benefits of a Health Plan which covers such person as a Dependent of a person whose day of birth, excluding year of birth, occurs later in a calendar year. If both parents have the same birthday, the Health Plan which covered the parent longer is primary. If the other Health plan does not have the provisions of this paragraph regarding Dependents, which results either in each Health Plan determining its benefits before the other or in each determining its benefits after the other, the provisions of the paragraph b.(1) shall not apply, and the rules set forth in the other Health Plan which does not have the provisions of this paragraph b.(1) shall determine the order of benefits.

(b)(2) In the case of a person for whom claim is made as a Dependent Child whose parents are separated or divorced and the parent with custody of the Child has not remarried, the benefits of the Health Plan which covers the Child as a Dependent of the parent with custody of the Child will be determined before the benefits of a Health Plan which covers the Child as a Dependent of the parent without custody.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

**B. Professional Services:**

*Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Services provided by a Physician or Health Care Practitioner received in a Provider's office, at the home of a patient, or Institution, which are Medically Necessary for treatment of an Injury or Sickness are covered, including: medical and surgical specialty services; diagnostic, treatment and X-ray services such as radiology, electrocardiography, electroencephalography, radiation therapy, and chemotherapy; Medication Management office visits; allergy consultations (including testing); and, podiatric services. Second surgical opinions on the need for surgery are covered in full if requested or required by the Company and if given by a Company-selected certified specialist a) whose specialty is appropriate to the surgical procedure being evaluated; b) who has personally examined the Member, and, c) who does not perform the surgery. Second opinions must be given: a) no later than six (6) months after the initial surgical opinion indicating the need for the same surgery; b) within two (2) months before the surgery; and, c) in writing. Subject to the Annual Deductible.

Percentage Payable for services received at a Hospital:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

MAMSI 0019

25

(2) When this provision operates to reduce the total amount of benefits otherwise payable as to a person covered under this Group Certificate during any Claim Determination Period, each benefit that would be payable in the absence of this provision shall be reduced proportionately, and such reduced amount shall be charged against any applicable benefit limit of this Group Certificate.

d) Right to Receive and Release Necessary Information
For the purposes of determining the applicability of implementing the terms of this provision of this Group Certificate or any provision of similar purpose of any other Health Plan, the Company may, without the consent of or notice to any person, release to or obtain from any other insurance company or other organization or person any information, with respect to any person which the Company deems to be necessary for such purposes. Any person claiming benefits under this Group Certificate shall furnish the Company such information as may be necessary to implement this provision.

e) Facility of Payment
Whenever payments which should have been made under this Group Certificate in accordance with this provision have been made under any other Health Plans, the Company shall have the right, exercisable alone and in its sole discretion, to pay over to any organizations making such other payments any amounts it shall determine to be warranted in order to satisfy the intent of this provision, and amounts so paid shall be deemed to be benefits paid under this Group Certificate and, to the extent of such payments, the Company shall be fully discharged from liability under this Group Certificate.

f) Right of Recovery
Whenever payments have been made by the Company with respect to Allowable Expenses in a total amount, at any time, in excess of the maximum amount of payment necessary at that time to satisfy the intent of this provision, the Company shall have the right to recover such payments, to the extent of such excess, from among one or more of the following, as the Company shall determine: any persons to or for or with respect to whom such payments were made, any other insurance companies (except with respect to non-group policies), or any other organizations.

### Coordinating Benefits with Medicare

The following information applies only to enrollees and covered family members entitled to benefits from both this Plan and Medicare Part A, or Parts A and B. You must disclose information about Medicare coverage, including your enrollment in a Medicare prepaid plan, to this Health Plan; this applies whether or not you file a claim under Medicare. You must also give this Health Plan authorization to obtain information about benefits or services denied or paid by Medicare when they request it. It is also important that you inform the Health Plan about other coverage you may have as this coverage may affect the primary/secondary status of this Plan and Medicare.

The following rules apply to enrollees and their family members who are entitled to benefits from both this Plan and Medicare:

---

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
   100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
   80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. Skilled nursing services and supplies and services related to skilled nursing, provided in a Skilled Nursing Facility, or Extended Care Facility, or Hospital, or other acute care setting, are covered provided such services are not Custodial Care, including: semi-private room and board, general nursing care; meals; special diets when Medically Necessary, and; miscellaneous services, supplies, medications, and dressings. Requires Preadmission Authorization. Subject to the Annual Deductible.

Limits: The maximum amount payable by the Company is sixty (60) days per Member per Contract Year. Skilled nursing services received in a Hospital or other acute care setting count toward the Limits.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
   100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
   80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Outpatient related services and supplies in a Hospital or Free-Standing Surgical Facility (excluding Emergency Room services) are covered, including: surgery; general nursing care; blood; blood products; blood derivatives; operating room charges, anesthesiologists; pathologists; x-ray and other diagnostic and treatment procedures, laboratory tests, medications and dressings. Subject to the Annual Deductible.

Percentage Payable for surgery and related services:
When Received from a Preferred Provider, the lesser of:
   100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
   100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
   80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Requested Charge and the Usual, Customary, and Reasonable Charge authorized by the Company and amounts paid for services received for the treatment of artificial insemination services. See each rider, endorsement, or amendment for its applicability toward Maximum Out-of-Pocket Expense.

Once the Out-of-Pocket Expense has been satisfied, the Company will pay 100% of the Maximum Allowable Charge to Preferred Providers for the Health Services provided in this Group Policy. For non-Preferred Providers, the Company will pay 100% of the Usual, Customary, and Reasonable Charges authorized by the Company. The Member will still be responsible for paying the difference between the non-Preferred Provider's Requested Charge and the amount paid by the Company.

**LIFETIME MAXIMUM BENEFIT:** $1,000,000.00 per Member. See "LIFETIME MAXIMUM BENEFIT" under the "GENERAL PROVISIONS" section of this Group Policy.

In most cases, when services are covered by both Medicare and this Plan, Medicare is the primary payer if you are an annuitant and this Plan is the primary payer if you are an employee. When Medicare is the primary payer, your claims should first be submitted to Medicare.

After Medicare has paid its benefits, the Health Plan will consider the balance of any covered expenses. To be sure your claims are processed by this Health Plan, you must submit the EOB form from Medicare and duplicates of all bills along with a completed claim form. The Health Plan will not process your claim without knowing whether you have Medicare and, if you do, without receiving the Medicare EOB.

**MAMSI 0021**