UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, *et al.*, | )    CASE NO. 05-2450 (ESH) |
| | ) |
|     Defendants. | ) |
| | ) |

**DEFENDANT IPRO'S MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE**

Pursuant to this Court's Order of March 21, 2006, IPRO has re-reviewed the Plaintiff's appeal from the decision of MAMSI denying coverage for inpatient treatment from October 13, 2004 through November 8, 2004. This re-review was based on all documents submitted to IPRO by Plaintiff's counsel, including those submitted on May 20, 2005 following the May 18, 2005 hearing that IPRO conducted in its role as an independent review organization under D.C. Stat. § 44-301.07. Following that re-review, IPRO has issued an updated recommendation that confirms its prior determination. The updated recommendation was submitted to Patrick Kelly of the District of Columbia Department of Health on April 20, 2006, with the understanding that, in accordance with the standard procedure, he will apprise the other parties to the matter of IPRO's findings.

- 2 -

Accordingly, IPRO now renews its Motion to Dismiss as to Count VI (Bad Faith).

**Respectfully submitted,**

_____/s/_____
Julianna S. Gonen
**EPSTEIN BECKER & GREEN, PC**
1227 25th Street, NW
Washington, D.C. 20037
(202) 861-0900
*Attorney for Defendant IPRO*

Dated: April 24, 2006

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Motion for Entry of Judgment of Dismissal With Prejudice to be served on this 24th day of April, 2006 by electronic transmission on:

J. Michael Hannon
1212 New York Avenue, N.W.
Suite 1000
Washington, DC  20005

Christopher Flynn
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC  20006

                                    /s/
                               Grace Balian