UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
| Plaintiff, | : |
| | CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | |

**PRAECIPE**

The Clerk of the Court shall please withdraw the appearance of James F. Bromley as counsel for Plaintiff and note the change of address and firm name for J. Michael Hannon, who shall continue as counsel for Plaintiff.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

*/s/ James F. Bromley*
James F. Bromley, #1438
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 (facsimile)

HANNON LAW GROUP, LLP

*/s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing Praecipe was sent via electronic filing this 28th day of April, 2006, to:

Daly D.E. Temchine, Esq.
Epstein Becker & Green, PC
1227 25th Street, N.W.
Washington, D.C. 20037

Christopher Flynn, Esq.
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006.

                                                                                        J. Michael Hannon