## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
|     Plaintiff, | : |
| |   CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
|     Defendants. | |

## ORDER

On consideration of Defendant IPRO's Motion for Entry of Judgment or Dismissal with Prejudice., and of Plaintiff's Opposition thereto, and the Court being duly advised in the premises, it is, by the Court, this _____ day of _____, 2006,

**ORDERED:**

That the said Motion be, and the same hereby is, **DENIED.**

 

_____
THE HONORABLE ELLEN SEGAL HUVELLE
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Julianna S. Gonen, Esq.
Daly D. E. Temchine, Esq.
Epstein Becker & Green, PC
1227 25th Street, N.W.
Washington, D.C. 20037

Christopher Flynn, Esq.
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006