UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
|     Plaintiff, | : |
| |   CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
|     Defendants. | |

**CONSENT MOTION TO RESCHEDULE THE**
**INITIAL SCHEDULING CONFERENCE**

Plaintiff Jane Doe, by and through her attorneys HANNON LAW GROUP, LLP, respectfully requests a continuance of the Initial Scheduling Conference currently set for June 6th, 2006 at 10:15 a.m. Counsel for the plaintiff has recently been notified that the United States Court of Appeals for the Ninth Circuit has scheduled oral argument in another case on June 7, 2006. Counsel intends to be preparing for argument in Pasadena, California, on June 5 & 6.

The undersigned is authorized to represent that counsel for the defendants consent to the granting of this motion and have provided alternative dates for rescheduling by the Court: June 12th in the afternoon or 14th, 15th or 16th.

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court enter the attached Order continuing the Initial Scheduling Conference to a one of the dates specified.

Respectfully submitted,

HANNON LAW GROUP, LLP


*//s// J. Michael Hannon //s//*_____
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing, along with a proposed order, was sent via electronic filing this 30th day of May, 2006, to:

Julianna S. Gonen, Esq.
Daly D. E. Temchine, Esq.
Epstein Becker & Green, PC
1227 25th Street, N.W.
Washington, D.C. 20037

Christopher Flynn, Esq.
1730 Pennsylvania Avenue, N.W.
Suite 900Washington, D.C. 20006

                                      *//s// J. Michael Hannon //s//*_____
                                      J. Michael Hannon