**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | : |
|    Plaintiff, | : |
| |   CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
|    Defendants. | |

**SECOND CONSENT MOTION TO**
**RESCHEDULE THE INITIAL SCHEDULING CONFERENCE**

Plaintiff Jane Doe, by and through her attorneys HANNON LAW GROUP, LLP, respectfully requests a continuance of the Initial Scheduling Conference currently set for June 12th, 2006 at 3:30 p.m. The Court, pursuant to a prior Consent Motion, moved the Initial Scheduling Conference to that date. Due to a miscommunication, however, the dates listed in the Consent Motion were not dates on which counsel had actually agreed. In fact, counsel for defendant IPRO, Inc. had a prior obligation and will be out of town on the currently scheduled date.

The undersigned is authorized to represent that counsel for the defendants consent to the granting of this motion and have provided alternative dates for rescheduling by the Court that all counsel have confirmed are available: June 15, June 16 (after 2:00 P.M.), and June 23 (after 1:00 P.M.).

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court enter the attached Order continuing the Initial Scheduling Conference to one of the dates specified.

2

       Respectfully submitted,

       HANNON LAW GROUP, LLP


       *//s// J. Michael Hannon //s//*_____
       J. Michael Hannon, #352526
       1901 18th Street, NW
       Washington, DC 20009
       (202) 232-1907
       Fax:  (202) 232-3704
       jhannon@hannonlawgroup.com

       *Counsel for Plaintiff Jane Doe*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing, along with a proposed order, was sent via electronic filing this 6th day of June, 2006, to:

Julianna S. Gonen, Esq.
Daly D. E. Temchine, Esq.
Epstein Becker & Green, PC
1227 25th Street, N.W.
Washington, D.C. 20037

Christopher Flynn, Esq.
William Silvis, Esq.
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

                                           *//s// J. Michael Hannon //s//*
                                           J. Michael Hannon