## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
|     Plaintiff, | : |
| |   CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
|     Defendants. | |

## **ORDER**

On consideration of Plaintiff's Second Consent Motion to Reschedule the Initial Scheduling Conference, and the Court being duly advised in the premises, it is, by the Court, this \_\_\_\_ day of _____, 2006,

**ORDERED:**

That the said Motion be, and the same hereby is, **GRANTED**, and the Initial Scheduling Conference is hereby rescheduled to _____, 2006 at _____.

_____
THE HONORABLE ELLEN SEGAL HUVELLE
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C.  20009

Julianna S. Gonen, Esq.
Daly D. E. Temchine, Esq.
Epstein Becker & Green, PC
1227 25th Street, N.W.
Washington, D.C. 20037

Christopher Flynn, Esq.
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006