## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MAMSI LIFE AND HEALTH<br>INSURANCE COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.:  1:05CV02450 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

**PLEASE TAKE NOTICE** that, by the direction of Judge Ellen Segal Huvelle given in court on June 26, 2006, the Defendant, MAMSI Life and Health Insurance Company ("MLH"), filed the Administrative Record in this matter, on the 24th day of July, 2006, with the Clerk of the Court of the United States District Court for the District of Columbia, a copy of which shall be served upon you.  To preserve the confidentiality of Plaintiff's identity and medical records and comply with this Court's December 20, 2005 Order of Anonymity, MAMSI filed the Administrative Record under seal with the Clerk of the Court.

Date:  July 24, 2006

Respectfully submitted,

Christopher Flynn, Esq.
William C. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Ph: 202-371-6800
Fax: 202-371-6770
cflynn@kph.co

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 24th day of July 2006, NOTICE OF

FILING OF ADMINISTRATIVE RECORD was served via hand delivery on the following:

J. Michael Hannon, Esq.
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW, Suite 1000
Washington, DC 20005
ph: (202) 289-1133
Fax: (202) 289-0275
*Counsel for Plaintiff*

All counsel of record, registered with the Court's ECF system, were served with NOTICE OF

FILING OF ADMINISTRATIVE RECORD via electronic transmission.

Respectfully submitted,

William C. Silvis, Bar No. 485572
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

*Counsel for Defendant MAMSI Life and Health Insurance Company*