UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAMSI LIFE AND HEALTH )<br>INSURANCE COMPANY, et al., )<br>)<br>Defendants. )<br>) | Case No.: 1:05CV02450 (ESH) |

### DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY TO THE ADMINISTRATIVE RECORD

Defendant, MAMSI Life and Health Insurance Company ("MLH"), by and through counsel, King Pagano Harrison, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 26(b)(2) and (c)(1), to enter a Protective Order quashing the Interrogatories, Requests for Production, Notice of Deposition *Duces Tecum* of IPRO, Inc. Pursuant to Rule 30(b)(6) and Notices of Deposition propounded upon MLH in this matter. MLH respectfully submits that the Court should limit the scope of discovery to the Administrative Record only, which MLH filed with this Court and served upon the Plaintiff on July 24, 2006. In support of its Motion, MLH incorporates by reference the arguments set forth and the exhibits attached in its Memorandum of Law in Support of its Motion For Protective Order.

Date: July 24, 2006                              Respectfully submitted,


                                        /s/ Christopher Flynn
                                 Christopher Flynn, Esq.
                                 William C. Silvis, Esq.
                                 KING PAGANO HARRISON
                                 1730 Pennsylvania Avenue, NW
                                 Suite 900
                                 Washington, DC 20006
                                 Ph: 202-371-6800
                                 Fax: 202-371-6770
                                 cflynn@kph.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 24th day of July 2006, a copy of DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY TO THE ADMINISTRATIVE RECORD, together with a form order, was sent via electronic filing to:

> J. Michael Hannon, Esq.
> THOMPSON, O'DONNELL, LLP
> 1212 New York Avenue NW, Suite 1000
> Washington, DC 20005
> ph: (202) 289-1133
> Fax: (202) 289-0275
> *Counsel for Plaintiff*

and all counsel of record, registered with the Court's ECF system.

> Respectfully submitted,
>
> _____/s/ William C. Silvis_____
> William C. Silvis, Bar No. 485572
> KING PAGANO HARRISON
> 1730 Pennsylvania Ave, N.W., Suite 900
> Washington, DC 20006
> (202) 371-6800
> (202) 371-6770 (fax)
>
> *Counsel for Defendant MAMSI Life and Health Insurance Company*

3