UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MAMSI LIFE AND HEALTH )<br>INSURANCE COMPANY, et al., )<br>)<br>Defendants. )<br>) | Case No.: 1:05CV02450 (ESH) |

### ORDER FOR PROTECTIVE ORDER

Upon consideration of MAMSI Life and Health Insurance Company's Motion For Protective Order Limiting Discovery to the Administrative Record and its supporting Memorandum of Law, it is this _____ day of _____ 2006,

**ORDERED**, that this Court shall enter a Protective Order to quash the Interrogatories, Requests for Production and Deposition Notices that the Plaintiff propounded upon the Defendant, MAMSI Life and Health Insurance Company, in this matter and that the scope of discovery shall be limited to the Administrative Record only.

The Honorable Ellen Segal Huvelle<br>
United States District Judge for the<br>
District of Columbia