# EXHIBIT

# A

MAMSI Life and Health
A UnitedHealthcare Company

4 Taft Court
Rockville, Maryland 20850

CW    46 02 06 682    08/04

072S157-07/98DC

MAMSI Life and Health
A UnitedHealthcare Company

PPO

Group Certificate
Schedule 7J

Rockville, Maryland

ADMIN-REC000000271

# INTRODUCTION

## MAMSI LIFE AND HEALTH INSURANCE PPO PLAN GROUP CERTIFICATE

Welcome to MAMSI Life and Health Insurance Company (MLH). We appreciate Your participation with MLH, and look forward to providing You with comprehensive, coordinated health care.

This Group Certificate was designed to provide You with a detailed explanation of the health care coverage provided through MLH for You and the members of Your family.

To understand exactly what Your participation entails, please read this Group Certificate carefully and jot down any points You may not understand or want to have verified.

*Thomas P Barbera*

Thomas Barbera
President

ADMIN-REC000000272

HSB-50-MD    ADMIN-REC000000273

# GROUP HOSPITAL AND MEDICAL SERVICE INSURANCE POLICY
## MAMSI LIFE AND HEALTH INSURANCE COMPANY

## TABLE OF CONTENTS

The Sections of the Group Certificate appear in the order set forth below:

DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

GENERAL PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . 10

CLAIM PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

ELIGIBILITY, EFFECTIVE DATE, AND TERMINATION DATE . . . 14

COORDINATION OF BENEFITS . . . . . . . . . . . . . . . . . . . . . 21

SCHEDULE OF INSURANCE . . . . . . . . . . . . . . . . . . . . . . . 29

HEALTH SERVICES, LIMITS AND PERCENTAGE PAYABLE . . . 31

EXCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

CONTINUATION RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . . 50

CONVERSION PRIVILEGE . . . . . . . . . . . . . . . . . . . . . . . . . 52

PREADMISSION AUTHORIZATION . . . . . . . . . . . . . . . . . . . 54

CASE MANAGEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

INDEX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Misstatement of Age . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Money Payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Semiprivate Room Rate . . . . . . . . . . . . . . . . . . . . . . . . 10
Time Effective . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Health Services, Limits, and Percentages Payable . . . . 31
Home Health Care Services . . . . . . . . . . . . . . . . . . . . . 41
Hospital Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Medical Equipment and Devices . . . . . . . . . . . . . . . . . 45
Mental Illness, Emotional Disorders, Drug Abuse and Alcohol Abuse . . . 43
Organ Transplant Services . . . . . . . . . . . . . . . . . . . . . 37
Pregnancy and Maternity Services . . . . . . . . . . . . . . . 39
Preventive Services . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Professional Services . . . . . . . . . . . . . . . . . . . . . . . . . 34

Preadmission Authorization . . . . . . . . . . . . . . . . . . . . . 54
Procedures for Preadmission Authorization . . . . . . . . . 54
Schedule of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . 29

# INDEX

Case Management ............................................. 55

Claim Provisions
   Assignment ................................................ 12
   Claims Review Procedures ................................. 13
   Discharge ................................................. 12
   Facility of Payment ....................................... 12
   Forms ..................................................... 13
   Legal Actions ............................................. 13
   Minor or Incompetency ..................................... 12
   Proofs of Loss ............................................ 13
   Time Limitations .......................................... 13
   Time of Payment of Claims ................................. 12

Continuation Rights
   Federally Mandated ........................................ 50

Conversion Privilege
   Conversion Coverage ....................................... 52
   Conversion Period ......................................... 52

Coordination of Benefits
   Coordinating Benefits with Medicare ....................... 21
   Definitions ............................................... 21
   Effect on Benefits ........................................ 22
   Facility of Payment ....................................... 25
   Medicare's Payment and this Plan .......................... 26
   Right of Recovery ......................................... 25
   Right to Receive and Release Necessary Information ........ 25

Definitions ................................................. 1

Eligibility, Effective Date, and Termination Date
   Effective Date of an Eligible Employee's Insurance ........ 14
   Effective Date of Dependent's Insurance ................... 17
   Eligibility for Dependents ................................ 14
   Eligibility for Employees ................................. 14
   Grace Period .............................................. 15
   Special Enrollment Period for Dependents .................. 16
   Special Enrollment Period for Employees ................... 19
   Termination of an Insured Dependent's Insurance ........... 15
   Termination of an Insured Person's Insurance .............. 15

Exclusions .................................................. 46

General Provisions
   Deductible ................................................ 10
   Exam and Autopsy .......................................... 11
   Incontestability .......................................... 10
   Lifetime Maximum Benefit .................................. 10

# DEFINITIONS

The following terms have special meaning throughout the Group Certificate. Other parts of the Group Certificate contain definitions specific to those provisions.

**ADULT: A Member** who is nineteen (19) years of age or older.

**ADMISSION:** The formal acceptance by a Hospital of a patient who is to be provided with room, board and nursing services in an area of the Hospital where patients generally stay at least overnight. In the event that a newborn remains in the Hospital longer than its mother, this will be considered a separate inpatient Admission.

**ALCOHOL ABUSE:** A disease that is characterized by a pattern of pathological use of alcohol with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

**ANNUAL DEDUCTIBLE(S):** The first given number of dollars of Covered Expense which are to be paid by the Member and which shall not be paid by the Company. The dollar amount of deductibles relates only to Covered Expenses.

**BIRTH CENTER:** An outpatient facility which: 1) complies with licensing and other legal requirements in the jurisdiction where it is located; 2) is engaged mainly in providing a comprehensive Birth Services program to pregnant individuals who are considered normal low risk patients; 3) has organized facilities for Birth Services on its premises; and 4) has 24-hour-a-day Registered Nurse services.

**BIRTH SERVICES:** Antepartum (before labor), Intrapartum (during labor); and postpartum (after birth) care. This care is given with respect to: 1) uncomplicated pregnancy and labor, and 2) spontaneous vaginal delivery.

**BODY ORGAN (TRANSPLANTS):** 1) kidney; 2) liver (limited to Children with biliary atresia); 3) Medically Necessary non-Experimental bone marrow; or 4) cornea.

**CASE MANAGER:** A person who performs case management activities on behalf of the Company/Health Plan.

**CHILD OR ADOLESCENT:** Any Member who is under the age of nineteen (19) years.

**COINSURANCE:** The percentage of a Requested Charge, Maximum Allowable Charge, or Usual, Customary, and Reasonable Charge which the Company is required to pay in connection with receiving certain services. A summary of the applicable Coinsurance percentages is contained in the Health, Services, Limits and Percentages Payable Section and any adopted endorsements accompanying this Group Certificate.

**COMPANY: MAMSI** Life and Health Insurance Company.

**CONGENITAL ANOMALY:** A defective development, abnormality, or malformation of a part of the body which is determined by a Physician to have been present at the

ADMIN-REC000000274

1

DoMJN-REC000000275

2

... of birth, including birth and birth power, abnormality in that contains refers to a medical condition which is contrary to the body's usual size, location, condition, or system and which prevents normal bodily function.

**CONTRACT:** The employer's group policy, the Group Specification Summary, any appropriate application, any individual application, any riders, endorsements, and any master application, any Certificate, rider, endorsement, or amendment issued amendments, including any Certificate, rider, endorsement, or amendment issued after the Group Policy Effective Date.

**CONTRACT YEAR:** A period of time: 1) beginning with the Contract effective date of any year, and 2) terminating on the same date of the succeeding year. If the effective date is February 29, such date will be considered to be February 28 in any year having no such date.

**COPAYMENT:** A sum of money which Members are required to pay in connection with receiving certain services. A summary of the services requiring Copayments is contained in the Health Services, and Percentages Payable Section and any adopted endorsements accompanying this Group Certificate, rider, or endorsement. Copayments are generally collected by the Provider at the time of service.

**COSMETIC:** A condition or procedure which serves merely in bodily appearance and not in bodily function as determined by the Company.

**COVERED DEPENDENT:** An Eligible Dependent whom the Insured Person has properly enrolled for coverage under this Group Certificate, but applies only while coverage is in effect.

**COVERED EXPENSE:** The portion of a Provider's charge authorized by the Company for a service listed in the Health Services, Limits and Percentages Payable section.

**CUSTODIAL CARE:** Medical or non-medical services (such as assistance in the activities of daily living): a) which are furnished mainly to assist a person in the activities of daily living; b) for which professional skills or training is not required; and c) which are not likely to result in the improvement of the Member's condition in his or her recovery.

**DEPENDENT:** A person who is:
An Insured Person's lawful spouse; or

An Insured Person's Dependent Child who is:

a)   a member of the Insured Person's household, with the exception of Children for whom the Insured Person has been court or administratively ordered to provide health care coverage;

b)   under nineteen (19) years of age;

c)   twenty-three (23); and
    is primarily supported by the Insured Person, with the exception of Children for whom the Insured Person has been court or administratively ordered to provide health care coverage.

# CASE MANAGEMENT

MLH has a Case Management Program that is a collaborative process which assesses, plans, implements, coordinates, monitors, and evaluates the medically appropriate options and Medically Necessary services required to meet selected Members' health needs, using communication and available resources to promote quality, cost-effective outcomes. The Case Manager helps identify appropriate providers and facilities throughout the continuum of services, while ensuring that available resources are being used in a timely and cost-effective manner in order to obtain optimum value for the Member.

If care and a course of treatment is Medically Necessary and expressly covered under this Group Policy, MLH may substitute a medically appropriate alternative course of treatment or care through the Case Management Program which is not otherwise covered if the alternative care is less costly or will avoid more costly care, and will continue to provide quality care with optimum outcomes for the Member. MLH may limit the scope and duration of the alternative care authorized.

Case Management may be implemented as part of a disease management program. The Physician remains in charge of all care, and no medically appropriate alternative course of treatment or care can be implemented without his or her cooperation.

55

# PREADMISSION AUTHORIZATION

NOTE: Preadmission Authorization will not result in payment of benefits which would not otherwise be payable.

A non-emergency Hospital or Institutional Confinement must receive Preadmission Authorization from the Company for appropriateness of setting and Admission approval. Unless the Member seeks and receives Preadmission Authorization for Certain health services as noted in the Health Services, Limits, and Percentages Payable section, the Company will have no liability and will not pay for services regardless of whether the treatment or service is deemed Medically Necessary. If an Institutional Confinement or other care or service is extended without authorization beyond the number of days first authorized, benefits for the extra days or services will not be covered under this Group Certificate.

To obtain Preadmission Authorization, contact the Company or the agency as shown at the Group Specification Summary.

## PROCEDURES FOR PREADMISSION AUTHORIZATION:

Before being admitted to a Hospital or other Institution for non-emergency services as noted in the Health Services, Limits, and Percentages Payable section, the Member, the Member's attending Physician on the Member's behalf, or any other person acting on behalf of the Member, must contact the Company for Preadmission Authorization. Emergencies will be reviewed by the Company retroactively.

The Company in its sole judgment will make its determination and: a) advise the Member that the treatment or service and setting is appropriate and authorized for a specified number of days where applicable; or, b) deny authorization and advise the Member as to the alternative treatment, service, or setting that would be appropriate and authorized; or, c) deny authorization entirely. The Company's determination will be sent in writing to the Member, the attending Physician, and the Hospital within 5 days after the Company has received the necessary notification.

The Member or his or her attending Physician may at any time ask the Company to: 1) reevaluate its decision; or 2) extend the number of days of Hospital or Institutional Confinement deemed to be Medically Necessary for the treatment of the Member's condition.

3. A Dependent Child: including natural Children, grandchildren who are in the court-ordered custody of the Insured Person (legal documentation will be required), step-Children, lawfully adopted Children (or any Child whether a member of the Insured Person's household or not, for whom the Insured Person has been court or administratively ordered to provide health care coverage (legal documentation will be required).

4. A Dependent age nineteen (19) years old or older, who is incapable of self-support by reason of mental or physical incapacity, either of which commenced while a Covered Dependent of the Insured Person. For Children who have coverage with a Company due to the Insured Person having been court or administratively ordered to provide health care coverage, maintenance of legal residence with the Insured Person is not required. Proof of incapacity dependency must be furnished to the Company within thirty (30) days of the Dependent's attainment of his or her 19th birthday and each birthday thereafter.

DIRECTORY: The booklet which contains the list of Preferred Providers and Physicians. The Directory of Preferred Providers may be subject to change from time to time with respect to individual Health Care Practitioners or Institutions and accordingly, the Company neither warrants nor guarantees the length of service of any Preferred Provider.

DURABLE MEDICAL EQUIPMENT: The least costly appropriate type of medical apparatus which is: 1) prescribed by a Physician as essential in the treatment of the Injury or Sickness; and 2) able to withstand repeated use (other than consumable supplies); and 3) not useful generally to an individual in the absence of an Injury or Sickness; and 4) primarily designated for medical purposes (not personal comfort or convenience); and 5) appropriate for home use.

DRUG ABUSE: A disease that is characterized by a pattern of pathological use of a drug with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

ELIGIBLE DEPENDENT: An Insured Person's Dependent.

ELIGIBLE EMPLOYEE: An employee who meets the eligibility requirements of this Group Certificate.

EMERGENCY SERVICES: Services provided in a Hospital Emergency Room upon the onset of a Medical Emergency.

EMERGENCY ROOM: The area of a Hospital which routinely treats Medical Emergency conditions.

MEDICAL EMERGENCY: The sudden onset of a medical condition that manifests itself by symptoms of sufficient severity (including severe pain), that the absence of immediate medical attention could reasonably be expected by a prudent layperson, who possesses an average knowledge of health and medicine, to result in:
1. placing the patient's health in serious jeopardy;
2. serious impairment of bodily functions;

000000277

3.  serious dysfunction of any bodily organ or part.
4.  in the case of a pregnant women, serious jeopardy to the health of the fetus.

**EXCLUSION:** An item or service which is not covered under this Certificate.

**EXPERIMENTAL:** A drug, device, treatment, or procedure is experimental or investigational if: 1) it is not recognized, in accordance with generally accepted medical standards as evidenced in authoritative medical and scientific publications, as being safe and effective for the condition for which it has been prescribed, whether it is permitted by law to be used in testing or other studies on human patients; or 2) it requires approval by a governmental authority (including the U.S. Food and Drug Administration) prior to use, but such approval has not been granted; or 3) it is the subject of a written protocol used by the treating facility for research, clinical trials, or other tests or studies to evaluate its safety, effectiveness, toxicity, or maximum tolerated dose, as evidenced in the protocol itself or in the written consent form used by the facility.

A drug will not be considered experimental if any of the following sources consider the drug appropriate for the particular indication: 1) the U.S. Food and Drug Administration; 2) the United States Pharmacopeia Drug Information; 3) the American Medical Association Drug Evaluations; 4) the American Hospital Association Formulary Service Drug Information; and 5) medical literature (scientific studies published in a peer-reviewed national professional medical journal).

**FREE-STANDING SURGICAL FACILITY:** A legally operated facility which: 1) has permanent operating rooms; 2) has at least one recovery room; 3) has all necessary equipment for use before, during and after surgery; 4) is supervised by an organized medical staff, including Registered Nurses available for care in an operating or recovery room; 5) has a contract with at least one nearby Hospital for acceptance of patients who require Hospital care following care in the Free-Standing Surgical Facility; 6) is other than: a) a private office or clinic of one or more Physicians; or b) part of a Hospital; and 7) requires that Admission and discharge take place on the same working day.

**GROUP:** The legal entity which has contracted with the Company, which offers this Group Certificate to the Group's employee's and their Dependents.

**GROUP CERTIFICATE:** This document, the group specification summary, and any riders, endorsements, and any amendments to this booklet.

**HEALTH CARE PRACTITIONER:** Any person that provides health care services and is licensed under the laws of the state in which the treatment is received.

**HEALTH SERVICES:** The services listed in the Health Services, Limits, and Percentages Payable section of the Group Certificate.

**HOSPICE:** A facility or program which is: a) engaged in providing palliative and supportive care of the terminally ill; and b) licensed, certified or otherwise authorized pursuant to the law of jurisdiction in which services are received. For purposes hereof,

---

Certificate. The conversion coverage will be provided under a separate individual policy.

The conversion coverage:
1.  must cover all dependents of an insured Person who are covered when the Insurance ends. The conversion coverage will not cover any dependents who are not covered when the Insurance ends, except as provided in the conversion coverage; and
2.  will become effective on the day following the date of termination of Member's Insurance provided the Member requests enrollment to the Company to convert coverage and makes the required Premium payment within the thirty one (31) day conversion period.

The required premium for the conversion coverage will be the Company's then customary rate applied to:
a.  the type and amount of the conversion coverage; and
b.  the age and class of risk of the Member.

The premium rates for the conversion coverage may later be increased or decreased in accordance with the terms of that contract.

# CONVERSION PRIVILEGE

A Member may convert his or her Group Coverage to an individual conversion contract if the Member's group coverage terminates, and subject to the conditions set forth below. The member must apply and pay the required premium for the conversion coverage within the thirty-one (31) day conversion period.

Conversion rights will be extended to the Insured Person and Insured Person's covered Dependents under the following conditions:

a. for the Insured Person and Insured Person's covered Dependents, upon termination of the Insured Person's employment with the Group;

b. for the Insured Person and Insured Person's covered Dependents, upon termination of the Contract;

c. for the Insured Person's covered Dependent Children, upon attainment of maximum age;

d. for the Insured Person's covered Dependent Children, upon marriage before attainment of maximum age;

e. for the Insured Person's covered Dependent spouse, upon divorce;

f. for the Insured Person's covered Dependents, upon the death of the Insured Person.

## 2.

Conversion Coverage shall not be made available for Members whose Group coverage terminates for any of the following reasons:

a. nonpayment of Copayments or Coinsurance, or

b. fraud or material misrepresentation.

## 3.

Conversion coverage shall not be made available for Members when:

a. the Member is eligible for Medicare coverage, or

b. the Member is eligible for or is covered under another group plan with benefits substantially equal to those of the conversion coverage, or

c. the Member was not continuously enrolled in the Company during the three (3) month period immediately preceding the termination of the Member's Group coverage.

## Conversion Period

The conversion period is the period of 31 days that follows the date the Group coverage terminates for a covered person.

If notice of the Conversion Privilege is not given on the date insurance terminates, or within 60 days before that date, an additional period will be given in which to apply. This additional period will be the period of 31 days that follows the date such notice was given, but will in no case expire more than 90 days after the termination of insurance. Notice in writing that is mailed to the Insured Person's last known address or given by the Group will constitute notice for the purposes of this conversion privilege.

## Conversion Coverage.

As used here, "conversion coverage" means one of the insurance plans used by the Company for the purpose of this provision. The conversion coverage may not provide the same type or level of benefits as the insurance under this Group

---

a terminally ill patient whose life expectancy, as determined by a Physician, is not greater than six (6) months.

HOSPITAL: An acute care facility licensed, certified or otherwise authorized pursuant to the law of jurisdiction which: a) is primarily engaged in providing, for compensation from or on behalf of its patients, diagnostic, rehabilitation, and surgical services for the care and treatment of injured or sick persons on an inpatient basis by, or under the supervision of a staff of Physicians; b) has 24-hour nursing services; c) provides immediate Emergency and post stabilization care, d) is accredited by the Joint Commission on Accreditation of Healthcare Organizations. A Hospital is not primarily a place to rest, Custodial Care of the aged, and is not a nursing home, convalescent home or similar facility.

HOSPITAL CONFINEMENT OR CONFINED: Being registered as a bed patient in a Hospital upon the recommendation and under the care of a Physician.

IMMEDIATE FAMILY: The parents, spouse, Children or siblings of a Member, and any person residing with a Member.

INJURY: Accidental bodily injury, including all related conditions and recurrent symptoms.

INSTITUTION: A Hospital, Skilled Nursing Facility, Extended Care Facility, Free-Standing Surgical Facility, Rehabilitation Facility, Urgent Care Center, Birthing Center, or Treatment Facility.

INSTITUTIONAL SERVICES: Services performed in an Institution.

INSURING PARENT: A parent who is required under a court or administrative order to provide health insurance coverage or who otherwise provides health insurance coverage for a Child.

INSURED PERSON: An Eligible Employee who is properly enrolled under this Group Certificate as the insured.

INTENSIVE CARE UNIT: A section, ward or wing within the Hospital which: 1) is separated from other Hospital facilities; 2) is operated exclusively for the purpose of providing professional care and treatment for critically ill patients; 3) has special supplies and equipment necessary for such care and treatment available on a standby basis for immediate use; 4) provides Room and Board; and 5) provides constant observation and care by Registered Nurses or other specially trained Hospital personnel.

LATE ENROLLEE: An Eligible Employee or Dependent who requests enrollment in MLH following the initial enrollment period provided under the terms of the Group Agreement. An Eligible Employee or Dependent may not be considered a Late Enrollee if:

1. the individual requests enrollment within thirty (30) days of becoming an Eligible Employee;

2. a court has ordered coverage to be provided for a spouse or minor Child under the Insured Person's health benefit plan;

3. a request for enrollment is made within thirty (30) days after the Insured Person's marriage thirty-one (31) days after the birth or adoption of a Child; or

4. the individual requests enrollment during the Special Enrollment Period for Employees or the Special Enrollment Period for Dependents.

**LICENSED PRACTICAL NURSE:** An individual who has received: 1) specialized nursing training; and 2) practical nursing experience. He or she is licensed to perform nursing service by the state in which he or she performs such service. This definition will include licensed vocational nurses with the above qualifications.

**MAMMOGRAM:** An X-ray examination of the breast using equipment dedicated specifically for mammography, including, but not limited to, the X-ray tube, filter, compression device, screens, film and cassettes, with an average radiation exposure of less than one rad mid-breast, two views of each breast.

**MAXIMUM ALLOWABLE CHARGES:** The maximum amount the Company would pay to its Preferred Providers for the service. For Physician and other services, the fee maximums are as established in the Service Agreement with Alliance PPO, Inc. If multiple procedures are performed during a surgery, the above described amount will be paid for the primary procedure. A reduced percentage will be paid for the remaining surgical procedures after the primary procedure, in accordance with industry standards.

**MAXIMUM OUT-OF-POCKET EXPENSE:** The maximum amount of Copayments, Deductibles, and Coinsurance that an Individual or Family is obligated to pay for covered services per year. The Maximum Out-of-Pocket Expense is set forth in the Schedule of Insurance section.

**MEDICALLY NECESSARY:** Health Services which are reasonably necessary and provided in the exercise of good medical practice in accordance with professional standards accepted and commonly available in the United States for treatment of Sickness or Injury as determined by the Company. The service must 1) be appropriate and necessary for the symptoms diagnosis, or treatment of the medical condition; 2) be provided for the diagnosis or direct care or treatment of the condition; 3) not be provided for convenience and 4) be performed or provided in the least costly setting or manner appropriate to diagnose or treat the Injury or Sickness. Cosmetic and Experimental services and procedures are not Medically Necessary. Note: The fact that a Physician may prescribe, recommend or approve a procedure or treatment does not, in itself, make that procedure or treatment Medically Necessary.

**MEDICARE:** Parts A and/or B of the United States Social Security Act, Title XVIII, including amendments.

**MEDICATION MANAGEMENT:** An office visit to a Physician or other health care provider solely for the purpose of prescribing and monitoring medication for the treatment of Mental Illness, emotional disorders or Drug Abuse or Alcohol Abuse.

Dependent whose qualifying event is commencement of the Group's bankruptcy proceeding, the maximum period of coverage shall continue for thirty-six (36 months after the death of the Insured Person if the Insured Person dies within thirty-six (36) months after the initial qualifying event. Coverage shall terminate prior to expiration of the maximum period upon the earliest of the following:

1. End of Plan - the date the Group ceases to provide any group health plan to any employee.

2. Failure to Pay Premium - The date on which coverage ceases under the Group Certificate by reason of a failure to make timely payment of any Premium required with respect to the Member. Payment, except for retroactive payment for coverage during the election period, shall be considered timely if made within thirty (30) days of the date due.

3. Group Health Plan Coverage or Medicare Eligibility - the date after the date of election on which the Member first becomes covered under any other group health plan, or entitled to benefits under Medicare (except for a member whose qualifying event is the Group's bankruptcy proceeding).

4. Other - Termination in accordance with the terms and conditions of the Group Certificate.

D. If the benefits or terms of coverage provided by MLH to the Group are modified for all Members, continuation coverage shall also be modified in the same manner.

E. Transfer of Continuation Coverage. Persons who were covered under a continuation provision of an employer's prior coverage plan, when the employer changes employers of its active employees to MLH are eligible to receive continuation coverage with MLH. Members will be covered without the imposition of any waiting period, although they will be subject to the same coverage limitations as active employees who join MLH.

F. Any Member who exercises the right to continue coverage of benefits hereunder shall, at the end of such coverage, if otherwise eligible, be able to elect conversion rights pursuant to the Group Certificate.

# CONTINUATION RIGHTS

**A. Federally Mandated**

If you are a member of an employer group with twenty (20) or more employees, you are entitled to elect continuation of coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). The Member, as an alternative to, and not as an extension of, any other continuation coverage described in or attached to the Group Certificate, shall be eligible for continuation of such coverage under the Group Certificate as is in effect on the date of the Member's qualifying event as defined in COBRA. Qualifying events include (if such event would ordinarily result in loss of coverage under the Group Certificate): termination of the covered employee's employment (other than by reason of such employee's gross misconduct) or reduction of hours of the covered employee's employment, death of the covered employee, the divorce or legal separation of the covered employee from the employee's spouse, the covered employee becoming entitled to benefits under Title XVIII of the Social Security Act (Medicare), a Dependent Child ceasing to be a Dependent Child under the requirements of the Group Certificate or, where the Insured Person is an Eligible Retiree, commencement of a bankruptcy proceeding with respect to the Group. With respect to such Eligible Retired Insured Persons of Groups in bankruptcy proceedings and their Dependents, the term "loss of coverage" above shall include a substantial elimination of coverage within one (1) year before or after commencement of the bankruptcy proceeding.

**B.** Such coverage shall be available to the Member only if election of coverage is made within the election period set by the Group. The "election period" established by the Group shall be of at least sixty (60) days duration, shall begin not later than the date on which coverage under the Group Certificate would ordinarily terminate after the occurrence of a qualifying event, and shall end not earlier than sixty (60) days after the later of: (1) the date the Insured Person notifies the plan administrator or receives notice from the plan administrator of a qualifying event, or (2) the date coverage under the Group Certificate would ordinarily terminate after a qualifying event. Such continuation coverage shall be made available at the Premium specified in the Group Agreement, which in no event shall exceed one hundred and two percent (102%) of the total Premium charged for such period of coverage for similarly situated Members to whom a qualifying event has not occurred. The Insured Person and/or Dependent(s) must pay to the Company, on a monthly basis, the amount of contribution required, in order that benefits may be continued.

**C.** The maximum period of continuation of coverage for Insured Persons and their Dependents whose qualifying events are termination of employment or reduction of hours or commencement of the Group's bankruptcy proceeding shall be eighteen (18) months. For all other members eligible for such coverage, the maximum period of coverage shall be thirty-six (36) months. Notwithstanding the foregoing, if a qualifying event (other than a commencement of a bankruptcy proceeding) occurs within eighteen (18) months after an event warranting an eighteen (18) month maximum period, the applicable maximum period shall then be thirty-six (36) months from the initial qualifying event. Also, for an eligible

---

**MEMBER:** Either an Insured Person or Covered Dependent, but applies only while coverage of such person under this Group Certificate is in effect.

**MENTAL ILLNESS:** A condition which is classified as neurosis, psychoneurosis, psychopathy, psychosis of mental or emotional disorders.

**NON-INSURING PARENT:** A parent other than an Insuring Parent.

**NON-PREFERRED PHYSICIAN OR PROVIDER:** A Physician or Provider who is not a Preferred Physician or Provider.

**OPEN ENROLLMENT PERIOD:** An annual period of not less than thirty (30) days during which the employer gives Eligible Employees the opportunity to elect coverage.

**PARTIAL HOSPITALIZATION:** The provision of medically directed intensive or intermediate short-term treatment for Mental Illness, emotional disorders, Drug Abuse or Alcohol Abuse for a period of more than 4 hours but less than 24 hours in a day for a Member in a licensed or certified Treatment Facility or program.

**PER CONDITION:** Each injury and each sickness diagnosis. If the Member has been free of treatment for a condition for at least 6 months, any further treatment for the same condition shall be considered due to a new and separate condition.

**PHYSICIAN:** A practitioner of the healing arts who is duly licensed in the state in which the treatment is received. He or she must be practicing within the scope of that license. Note: For purposes of this Group Certificate, a duly licensed dentist, chiropractor, optometrist, optician, professional counselor, psychologist, clinical social worker, podiatrist, chiropodist, physical therapist, clinical nurse specialist who renders mental health services, audiologist, speech pathologist, certified nurse midwife or other practitioner acting within the scope of their licenses will be considered on the same basis as a Physician to the extent that services are covered under this Group Certificate.

**PREADMISSION AUTHORIZATION:** The prior approval a Member must seek and receive from the Company before Admission to a Hospital or Institution which is required for non-emergency health services as noted in the Health Services, Limits, and Percentages Payable section.

**PRECERTIFICATION:** The prior approval a Member must seek and receive from the Company before receiving certain non-Emergency outpatient Health Services as noted in the Health Service, Limits, and Percentages Payable section.

**PREFERRED PHYSICIAN OR PROVIDER:** A Physician or Provider who has directly or indirectly contracted with the Company to provide medical services to persons insured by the Company under the terms and for consideration specified in the contract between the Company and the Provider.

**PREMIUM:** The amount of money prepaid to the Company by a Group, including the Insured Person's contributions, if any, on behalf of Members enrolled through that Group.

ADMIN-REC000000280

7

00000281

8

PRESCRIPTION DRUGS OR MEDICATION: A drug which has been determined to be safe and effective by the Food and Drug Administration and which can, under federal or state law, only be dispensed when ordered by a Physician who is duly, licensed to prescribe such medication. This definition includes Insulin.

PRIVATE DUTY NURSE: A Registered Nurse or Licensed Practical Nurse engaged in private duty nursing.

PROVIDER: A Physician, Institution, pharmacy or other health care Institution or Practitioner, licensed, certified or otherwise authorized pursuant to the law of jurisdiction in which care or treatment is received.

REGISTERED NURSE: A professional nurse who has the right to use the title Registered Nurse (R.N.) in the state in which services are provided.

REHABILITATION FACILITY: A facility or program licensed, certified or otherwise authorized pursuant to the law of jurisdiction for treatment of speech, occupational, and physical therapy.

REQUESTED CHARGES: The charge the Provider requests for service.

ROOM AND BOARD: All charges commonly made by an Institution on its own behalf for room and meals essential to the care of registered bed patients.

SICKNESS: A physical or mental illness. It also means: 1) pregnancy or complications thereof, and 2) cleft lip and cleft palate.

SKILLED NURSING FACILITY: An Institution, or a distinct part of an Institution, licensed in the state in which the treatment is received, which is:

(a) Primarily engaged in providing:
  (i) Skilled nursing care, and related services, for residents who require medical or nursing care, or
  (ii) Rehabilitation services for the rehabilitation of injured, disabled, or sick persons; or
(b) Certified by the Medicare Program as a Skilled Nursing Facility.

SOUND NATURAL TEETH: Teeth that are free of active clinical decay, have at least 50% bony support, are functional in the arch, and have not been excessively weakened by multiple dental procedures, are whole or properly restored, and not in immediate need of treatment except for the accidental injury.

SPECIAL ENROLLMENT PERIOD: A period of thirty (30) days during which the Eligible Employee and the Employee's Eligible Dependent may enroll in MLH following the loss of other coverage by the Employee or Eligible Dependent, or a period of thirty (30) days during which the Eligible Employee and the Employee's Eligible Dependent may enroll in MLH following the birth, placement for adoption, adoption of a Child, or marriage of the Eligible Employee.

SPINAL TREATMENT: Detection or correction (by manual or mechanical means) of subluxation(s) in the body to remove interference or its effects. The interference

52. Treatment related to autism and treatment of pervasive development disorder. The assessment for these disorders is covered.

53. Treatment for sexual addiction, gambling and codependency.

54. Sexual therapy.

55. Treatment of sexual offenders.

56. Treatment focused primarily on mental, Child support or custody proceedings.

57. Marriage counseling.

58. Psychotherapy and any other consultations done by telephone.

59. Psychoanalysis.

60. Treatment directed towards a professional certification or whose primary purpose is personal growth and development.

61. During Inpatient Hospitalizations for mental health or substance abuse treatment, services beyond one individual and one group session per day.

62. Two or more levels of care that occur simultaneously, including, but not limited to, Inpatient treatment and partial day Hospitalization or Inpatient treatment and outpatient treatment are not covered due to duplication of services.

63. Psychiatric Intermediate or residential care.

64. Court ordered examinations and care.

65. Non-Medically Necessary ancillary services such as half-way housing.

66. Reduction mammoplasty.

67. Therapy for the eyes and eye exercises.

68. Services not listed as covered or services that exceed any stated limitation.

69. Dietary supplements or replacements, vitamins or tube feedings.

70. Treatment for a circumstance or problem which may influence a Member's mental health status but is not a specific mental diagnosis or illness.

71. Elective Inpatient Admissions for which prior Preadmission Authorization was not obtained.

72. Confinement, treatment, services or supplies received outside the United States. This only applies if they are not the type and nature of medical confinement, treatment, services or supplies available in the United States.

73. Intoxicants and Narcotics: The Company shall not be liable for any loss sustained or contracted in the consequence of the Member's being intoxicated or under the influence of any narcotic unless administered on the advice of a Physician.

33. Incidental surgery performed through the course of a Medically Necessary surgery.

34. Duplicate testing or handling fee for laboratory tests.

35. All organ transplants, except as otherwise listed as covered.

36. Sex transformation; sterilization reversals; or surgery or treatment related to sexual dysfunction.

37. Private room and board charges.

38. Experimental Services.

39. Abortions which are not defined as documented fetal abnormalities and/or endangerment of the life of the mother if the pregnancy were completed.

40. Physical, chiropractic, occupational or speech therapy determined no longer to be Medically Necessary or appropriate.

41. Abdominoplasty.

42. Panniculectomy.

43. Infertility services after reversal of voluntary sterilization.

44. Gamete Intrafallopian Transfer (GIFT), Zygote Intrafallopian Transfer (ZIFT), in vitro fertilization, genetic alteration, gene therapy, collection or storage of sperm, infertility services for a non-covered spouse, infertility services which the Company determines is not likely to result in conception, drugs whose primary purpose is the treatment of infertility, except for clomiphene or serophene, harvesting of ovum or ova, embryo transfers, costs associated with eggs and the storage of eggs, sex selection services, reversal of voluntary sterilizations, costs associated with donor sperm or the storage of sperm used for artificial insemination.

45. Medication management for non-covered infertility drugs.

46. Transportation other than local ambulance service listed as covered, and air ambulance not deemed Medically Necessary.

47. Special education, counseling, therapy or care for learning deficiencies or behavioral problems. This applies whether associated with manifest mental illness or other disturbances.

48. Confinement, treatment, services or supplies related to learning disabilities, mental retardation and/or mental deficiency.

49. Educational assessments and vocational training.

50. Inpatient or day treatment programs for pain management, unless deemed appropriate by the Company.

51. Treatment for organic mental disorder when the disorder is due to permanent brain dysfunction.

---

must be the result of or related to distortion, misalignment or subluxation of or in the vertebral column.

**TERMINAL ILLNESS:** A disease or condition for which the Member has a terminal prognosis of six (6) months or less to live as certified by a Physician.

**TOTAL DISABILITY:** The inability by reason of injury or sickness to perform each and every duty pertaining to the Insured Person's occupation during the first 52 weeks of the disability. After the first 52 weeks, it shall mean the inability to perform each and every duty of any business or occupation, for which the Insured Person is reasonably fitted by education, training and experience. In the case of a Covered Dependent, shall mean the inability to perform the normal duties and usual activities of a person of the same age and sex in reasonably good health.

**TREATMENT FACILITY:** A residential or non-residential facility or program licensed, certified or otherwise authorized pursuant to the law of jurisdiction for treatment of Mental Illness, emotional disorders, Drug Abuse or Alcohol Abuse.

**URGENT CARE CENTER:** A free-standing facility, center or other entity that operates primarily to provide specialty medical treatment of an unforeseen, unexpected illness or injury on an urgently needed or prompt basis.

**URGENT CARE SITUATION:** An unforeseen illness or injury which requires timely medical care to prevent health deterioration as determined by the Company.

**USUAL, CUSTOMARY, AND REASONABLE (UCR):** The lesser of the Requested Charge of a provider or the usual charge made by a Provider or other supplier of services, medicines, or supplies. That charge cannot exceed the general level of charges made by other suppliers within an area in which the charge is incurred for injury or Sickness comparable in severity and nature to the injury or Sickness being treated, as determined by the Company. Area as it would apply to any particular service, medicine or supply means a city or such greater geographic area as is necessary to obtain a representative cross section of level of charges. For providers under contract with Alliance PPO Inc., the charge cannot exceed the fee maximums, discounts, or other terms established in the contract. Providers under contract with Alliance PPO Inc., have agreed to accept the Company's payment plus Your Deductible, Copayment, or Coinsurance as full payment for the claim.

**YOU or YOUR:** The Insured Person or Member.

ADMIN-REC000000282

8

10

# GENERAL PROVISIONS

**THE CONTRACT:** The Policy, the Group Contract, any Group application of the policy owner, and any individual applications of the persons insured shall constitute the entire contract. Upon timely payment of premium, the Contract will remain in effect for twelve (12) consecutive months from the effective date of the application unless terminated pursuant to the terms of the Contract. A copy of the application or the policy owner shall be attached to the policy when issued.

Any statements made by the Policyholder or the Insured shall be deemed representations and not warranties, and no written statement made by any Insured shall be used in any contest unless a copy of the statement is furnished to the Insured, his or her beneficiary or to the Insured's authorized personal representative.

**CERTIFICATES:** MLH will issue to each Insured, an individual Certificate. The Insured is the Certificateholder unless otherwise specified. The Individual Certificate will summarize the Insured's and Insured Dependents insurance coverage.

**CLAIMS EXPERIENCE:** Upon request, MLH shall provide the Policyholder, within sixty days of any amendment of the contractual terms of the policy or premiums, with a complete record of the Group's claims experience incurred under the Policy for the lesser of the period of time since the Policy was issued, or last renewed, issued or extended (if already in existence).

**SEMIPRIVATE ROOM RATE:** In the case of a Hospital which does not have semiprivate accommodations, the standard daily semiprivate room rate will, for purposes of this benefit, be at the rate approved by the Health Services Cost Review Commission.

**DEDUCTIBLE:** All Deductibles applicable to the Covered Expenses incurred by the Member each Contract Year are shown in the Schedule of Insurance. Applicable Deductibles must be satisfied by the Member before benefits can be paid.

**LIFETIME MAXIMUM BENEFIT:** The Company will pay benefits limited to the Lifetime Maximum Benefit shown in the Schedule of Insurance. This applies individually to the Insured Person and each Covered Dependent. When benefits in ...ch amount have been paid or are payable under this benefit for the Insured Person or Covered Dependent, all insurance for that person under this benefit will terminate.

**TIME EFFECTIVE:** The effective time for any dates used is 1201 A.M. at the address of the Group.

**INCONTESTABILITY:** Any statement made by the Group or an Insured Person in applying for insurance under the Group Certificate will be considered a representation and not a warranty. After the Group Certificate has been in force for 2 years, its validity cannot be contested except for nonpayment of premiums or fraudulent ...C statement. After an Insured Person's insurance has been in force for 2 years, its validity cannot be contested except for nonpayment of premiums or fraudulent ...C statement. Only statements that are in writing and signed by the Insured Person,

16. Confinement, treatment, services or supplies that are determined to be custodial, intermediate care, domiciliary care, respite care or rest cures.

17. Any operative procedure or any portion of a procedure primarily to improve physical appearance and/or treat a mental condition through a change in bodily form.

18. Acupuncture, biofeedback and hypnotherapy.

19. Confinement, treatment, services or supplies rendered for weight reduction or morbid obesity treatment, including surgical procedures such as gastric stapling.

20. Routine foot care such as trimming of corns and calluses, treatment of flat feet or partial dislocations in the feet.

21. Private duty nursing.

22. Sclerotherapy.

23. Routine dental treatment and dental x-rays.

24. Intraoral prosthetic devices for diagnostic or surgical procedures involving any bone or joint of the face, neck or head.

25. Dental care, except as related to adjunctive dental care services listed as covered.

26. Dental Implants.

27. Dental prostheses or other dental or orthotic devices such as, but not limited to, orthotic splints, partial and/or full dentures, bridges, crowns, inlays, orthodontic braces and/or cosmetic treatment except as related to treatment of cleft lip or cleft palate.

28. All procedures involving the teeth and/or areas surrounding the teeth for cosmetic or orthodontic purposes, including, but not limited to, extraction of the teeth, treatment of diseases of the teeth or gums, shortening or elongation of the mandible or maxilla, correction of malocclusion, surgical orthographics or orthodontics except as related to treatment of cleft lip or cleft palate.

29. Durable Medical Equipment, except as otherwise listed as covered. Carpal Tunnel splints.

30. Devices used specifically as safety items or to affect performance primarily in sports-related activities, and all expenses related to physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility, diversion or general motivation.

31. Furnishing, fitting or installation of eyeglasses, contact lenses or hearing aids. This exclusion does not apply to the fitting of hearing aids for Children with cleft lip or cleft palate.

32. Radial keratotomy.

# EXCLUSIONS

This Group Certificate does not cover the following expenses:

1. Services that are not Medically Necessary. This does not refer to any preventive services listed as covered.

2. Confinement, treatment, services or supplies not recommended, approved, and received while under the care of a Physician.

3. Confinement, treatment, services or supplies that are required: a) only by a court of law, or b) only for insurance, travel, employment, school or camp purposes.

4. Confinement, treatment, services or supplies that are payable by Workers' Compensation, Medicare or any other government program.

5. Confinement, treatment, services or supplies that are required as a result of injury or Sickness contracted while on duty with any military, naval, or air force of any country or international organization.

6. Confinement, treatment, services or supplies resulting from accidental bodily injuries arising out of a motor vehicle accident, to the extent such benefits are payable under any medical expense payment provision (by whatever terminology used–including such benefits mandated by law) of any automobile insurance policy, unless otherwise prohibited by applicable law.

7. Confinement, treatment, services or supplies rendered outside the scope of a provider's license or provided by the Member or his or her spouse, a Child, sibling or parent of the Member or a person who resides in the patient's home.

8. Confinement, treatment, services or supplies which are required for conditions for which state or local law require treatment in a public facility. However, reimbursement will be made to the Member for the costs of any covered benefits delivered at such public facility.

9. Immunizations related to foreign travel.

10. Confinement, treatment, services or supplies received before the Member's effective date.

11. Confinement, treatment, services or supplies received after the Member's termination date, except as provided in any extension of benefits provision.

12. Outpatient prescription drugs and medicines, except as provided in a supplemental pharmacy benefit rider.

13. Over the counter medical supplies and drugs.

14. Personal comfort items such as, but not limited to, telephone, radio, television or barber services.

15. Weekend Admission charges for non-emergency services. This applies only to Friday through Saturday inclusive.

with a copy of the statement given to the Insured Person, his or her beneficiary or personal representative, can be used in a contest.

**MISSTATEMENT OF AGE:** If the age of any person insured under the Contract has been misstated: 1) premiums shall be adjusted to correspond to his or her true age and 2) if benefits are affected by a change in age, benefits will be corrected accordingly (in which case the premium adjustment will take the correction into account).

**EXAM AND AUTOPSY:** When reasonably necessary, the Company, at its own expense, may require medical exams of the Member for whom claim is made, or perform an autopsy if not forbidden by law.

**MONEY PAYABLE:** All sums payable by or to the Company must be paid in the lawful currency of the United States.

ADMIN REC000000284

# CLAIM PROVISIONS

**ASSIGNMENT:** The Insured Person may authorize the Company to pay benefits under the Group Certificate directly to the Provider on whose charges a claim is based. If You receive care from a Preferred Provider, the Company will pay the Provider directly.

**FORMS:** Upon receipt of written notice of claim, the Company will furnish to the Insured Person the claim form it customarily furnishes for filing proofs of loss. If the Insured Person does not receive this claim form within 15 days after receipt by the Company of the notice of claim, the Insured Person, upon submitting written proof covering the occurrence, character, and extent of the loss for which claim is made, will be considered to have complied with the requirements of the Group Certificate for filing proof of loss.

**PROOFS OF LOSS:** Written proof of loss must be furnished to the Company within 90 days after the date of the loss for which the claim is made. Failure to furnish written proof of loss within that time will neither invalidate nor reduce any claim if it is shown that: 1) it was not reasonably possible to furnish written proof of loss within that time; and 2) such proof was furnished as soon as reasonably possible. In no event, except in the absence of legal capacity, may proof be furnished later than 365 days from the time proof is otherwise required. The Company accepts the following as proof of loss:

1) an itemized "HCFA 1500" completed by the Member and the Provider; or
2) a "UB 92" completed by the Member and the Provider.

**FACILITY OF PAYMENT:** If an Insured Person dies while benefits under the Group Certificate remain unpaid, the Company may, at its option, make direct payment to the Provider on whose charges the claim is based; or to the surviving spouse of the Insured Person; or if none, to his or her surviving Child or Children (including legally adopted Child or Children) share and share alike; or if none, to the executors or administrators of the Insured Person's estate.

**MINOR OR INCOMPETENCY:** The Company may, at its option, make direct payment to an individual or institution appearing to the Company to have assumed the custody or the principal support of the Member if: 1) the Member is a minor or, in the opinion of the Company, not competent to give a valid receipt for payment due him or her under the Group Certificate; and 2) no request for payment has been received by the Company from a duly appointed guardian or other legally appointed representative. The Company will provide the Non-Insuring Parent with membership cards, claims forms and any other information necessary to obtain benefits for the Dependent. Processing of claims forms and appropriate payment will be sent to the Non-Insuring Parent, the health care provider, or the Department of Health and Mental Hygiene when the Non-Insuring Parent has incurred expenses relating to the health care provided to the Child.

**TIME OF PAYMENT OF CLAIMS:** All benefits payable under the Group Certificate will be paid immediately upon receipt of written Proof of Loss.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

**H. Medical Equipment and Devices:**

1. Durable medical equipment such as oxygen, oxygen equipment, wheelchairs, and other Medically Necessary equipment for use in the Member's home is covered. The Company reserves the right to determine the rental, purchase or repair of such equipment by the Member. Requires Precertification. The Company uses the following guideline in determining the coverage of home oxygen:

When Received from a non-Preferred Provider, the lesser of 50% of Requested Charges or 50% of Maximum Allowable Charges.

Coverage for home oxygen must be: 1) certified by the prescribing provider that the results of recent arterial blood gas and/or oxygen saturation tests on the patient (on room air if possible) indicate hypoxemia, and 2) such test must be approved by the Company.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
50% of Requested Charges or 50% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
50% of Requested Charges or 50% of Usual, Customary, and Reasonable Charges.

2. Orthopedic devices, braces, prosthetic devices Medically Necessary to substitute for body organs, and artificial limbs and eyes are covered. Dental plates or other dental devices, including implants, orthotic devices and shoes, penile devices, medical and first aid supplies which can be directly purchased by the Member are not covered. Requires Precertification.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
50% of Requested Charges or 50% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
50% of Requested Charges or 50% of Usual, Customary, and Reasonable Charges.

G8720000828

patrologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.

Body Organ transplant services, provided by a Health Care Practitioner received at the Provider's office or Hospital, are covered when deemed Medically Necessary by the Company for:

1. Liver Transplants in Children under the age of eighteen (18) with biliary atresia;
2. Kidney transplants;
3. Cornea transplants; and,
4. All non-experimental bone marrow transplants.

All services related to covered transplants must be approved by the Company. If the Member does not meet the basic screening criteria for a facility (e.g., age, weight) or if the transplant service is not covered, the Company will not cover any charges related to the transplant evaluation. Organ transplants and related services, are not described in the Health Services, Limits, and Percentages Payable section, are not a covered benefit.

1. Physician and Hospital charges associated with covered organ transplants, and any related complications, will be covered only as follows:
   a. Services for, or related to, the transplantation of an organ into a Member of the Company including pre-transplantation and post-transplantation services approved by the Company are covered for the Member.
   b. Services for, or related to, the removal of an organ from a Member for the purposes of transplantation into another person are covered when the following conditions apply:
      i) transplant recipient is covered by the Company;
      ii) transplant recipient is undergoing a covered transplant; and
      iii) the services are not payable by another plan.
   c. Services for, or related to, the removal of an organ from a non-Member for the purposes of transplantation into a covered Member of the Company when such Member is undergoing a covered transplant, and the services are not payable by another plan.
   d. The cost of services related to the screening of organ donors will be covered for actual organ donor only.

2. The following services for, or related to, the transplantation of an organ are not covered for:
   a. Charges associated with complications resulting from the removal of an organ from a non-Member.
   b. Services for, or related to, the removal of an organ from a Member for the purposes of transplantation into a non-Member.
   c. Any services related to or associated with any non-covered transplant.
   d. Any services associated with complications resulting from a non-covered transplant.

All expenses in connection with a covered transplant require Preadmission Authorization and Precertification.

DISCHARGE: Any payment by the Company in accordance with these provisions will discharge the Company from all liability to the extent of the payment made.

LEGAL ACTIONS: No action at law or in equity may be brought to recover under the Group Certificate prior to the expiration of sixty (60) days after proof of loss has been filed as required by the Group Certificate. Also, no action may be brought after three (3) years from the expiration of the time within which proof of loss is required by the Group Certificate.

CLAIMS REVIEW PROCEDURES: If a claim is denied, in whole or in part, the claimant will be notified in writing and given an opportunity for review. The written denial will give the specific reason or reasons for the denial.

If a claim is denied, in whole or in part, or is not acted on within thirty (30) days of filing of Proof of Loss, the claimant, or a duly authorized representative: 1) may request a review upon written application to the Company; 2) may review pertinent documents at the Company's office; and 3) may submit issues and comments in writing. Any such requests for a review must be mailed to the Company: 1) within sixty (60) days a. the receipt by the claimant of a written notification of denial of a claim; or 2) within thirty (30) days from the date the claim was made and not acted on.

A decision on the claim will be made by the Company not later than thirty (30) days after receipt of a request for review from the claimant. However special circumstances (such as a decision by the Company that a hearing should be held on the matter) require an extension of time for processing. In this case a decision will be rendered as soon as possible but not later than thirty (30) days after receipt by the Company of the request for review. The decision on review will be in writing. It will include: 1) specific reasons for the decision; and 2) specific references to the pertinent Group Certificate provisions on which the decision is based.

TIME LIMITATIONS: If any time limitation provided in the Group Certificate for giving notice of claims, for furnishing proof of loss, or for bringing any action at law or in equity is less than that permitted by the applicable law, the time limitation provided in the Group Certificate is extended to agree with the minimum permitted by the applicable law.

ADMIN. RECORD 000280

# ELIGIBILITY, EFFECTIVE DATE, AND TERMINATION DATE

**ELIGIBILITY FOR EMPLOYEES:** The Company agrees to accept the eligibility determinations of the Group for coverage except as noted in the Group Hospital and Medical Insurance Contract as long as the rules for determining such changes are uniformly applied to all employees, Dependents and retirees of the Group.

**EFFECTIVE DATE OF AN ELIGIBLE EMPLOYEE'S INSURANCE:** The effective date of an Eligible Employee's insurance will be the earliest of the following dates, once any required Premium contribution is made:

1. the date he or she becomes eligible, if written application is made to MLH on or before that date.

2. the date of written application, if the application is made to the Company within thirty (30) days either the date he or she becomes eligible. If an employee does not request enrollment for himself or herself within thirty (30) days from the Employee's date of eligibility, he or she will be considered a Late Enrollee and will be required to wait until the next Open Enrollment Period to enroll.

on the effective date of the Certificateholder's contract if the Eligible Employee applies to the Company for coverage before such date.

If written application is made to MLH during the Group's Open Enrollment Period, the first day of the new Contract Year.

**SPECIAL ENROLLMENT PERIODS:**
If the Eligible Employee (or Eligible Dependent) fails to request to enroll with the Company within thirty (30) days of becoming eligible, the Employee (or Eligible Dependent, if Dependent coverage is already enrolled) may enroll during the Special Enrollment Period. The Special Enrollment Period is the thirty (30) day period following termination of Employee's (or Eligible Dependent's) other health coverage provided:

1. the employee or dependent was covered under a group health plan or had health insurance coverage at the time coverage was previously offered;

2. the Employee (or Eligible Dependent's) coverage described in 1, above was:
   (i) under a COBRA continuation and the coverage under such provision was exhausted; or
   (ii) not under such a provision and either the coverage was terminated as a result of loss of eligibility for the coverage (including as a result of legal separation, divorce, death, termination of employment, or reduction in the number of hours of employment) or employer contributions toward such coverage were terminated; and

3. the employee requests such enrollment for himself or herself (and the Eligible Dependent and the required Premium payment is made, not later than thirty (30) days either the date of exhaustion of coverage.

Subject to the receipt by MLH of applicable monthly Premiums and completed enrollment forms, the coverage effective date for an Employee or Dependent (enrolled during this Special Enrollment Period, and whose previous coverage terminated as noted in 1 and 2 above) shall be the date of written application.

If the Eligible Employee is not in Active Service on the date his or her insurance would otherwise become effective, and the Employee requested to be enrolled as noted in

---

**Limits:** The maximum payable by the Company is twenty-eight (28) days per
Member per Contract year.

**Percentage Payable:**
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 80% of Usual, Customary, and
Reasonable Charges.

b. Emergency care and detoxification services are provided for services which are designed to facilitate reduction of the physiological consequences of excessive intake of alcohol or drugs and may include triage, medical history, physical nourishment, continuous medical observation, administration of pharmaceuticals, motivational counseling and referral to aftercare. All emergency Admissions must be reported to the Company within 48 hours of the Admission.

**Limits:** No more than twelve (12) days for emergency care or detoxification in an acute care Hospital or licensed detoxification facility per member per Contract Year.

**Percentage Payable:**
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Usual, Customary, and
Reasonable Charges.

c. Outpatient substance abuse treatment services provided by a Physician, psychologist, or social worker or other licensed and qualified health care practitioner received at the Provider's office, a Hospital, or Treatment Facility provided the services are Medically Necessary. Subject to the Annual Deductible. Requires Precertification.

**Limits:** The maximum payable by the Company is thirty (30) visits per
Member per Contract Year.

When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges
less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and
Reasonable Charges.

G. **Organ Transplant Services:**
Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists,*

Limits: The maximum amount payable by the Company is forty-five (45) days per Member per Contract Year.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

b. Outpatient Treatment:
Treatment services including diagnostic evaluation, medical psychiatric and psychological care, and psychotherapy for mental, emotional or nervous disorders provided by a Physician or other licensed and qualified health care practitioner, rendered in a Hospital, alcohol or drug rehabilitation facility or Mental Health Treatment Center or Provider's office provided the services are Medically Necessary and, in the professional judgement of practitioners, acute mental health illness is subject to significant improvement through short-term therapy. Subject to the Annual Deductible.

Limits: Services are limited to one (1) visit per Member per day.

Percentage Payable for the first forty (40) visits in a Contract Year:
When received from a Preferred Provider, the lesser of:
75% of Requested Charges or 75% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
75% of Requested Charges or 75% of Usual, Customary, and Reasonable Charges.

Percentage Payable for any additional visits in a Contract Year:
When received from a Preferred Provider, the lesser of:
60% of Requested Charges or 60% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
60% of Requested Charges or 60% of Usual, Customary, and Reasonable Charges.

2. Treatment of Alcohol and Substance Abuse:
a. Inpatient substance abuse and rehabilitation treatment services and supplies provided by a Physician, psychologist, or social worker in a Hospital or Treatment Facility, provided the services are Medically Necessary, including semi-private room and board. Subject to the Annual Deductible. Requires Preadmission Authorization.

the Eligibility for Employees section above, or during the Special Enrollment Period, the Insurance will not become effective until the date of return to Active Service. The Insurance will become effective on a nonworking day, other than a sick day, if the Eligible Employee was in Active Service on his or her last scheduled working day before the nonworking day.

TERMINATION OF AN INSURED PERSON'S INSURANCE: Except as provided by the Continuation of Benefits provision, the Insured Person's Insurance will terminate effective on the earliest of the following dates:

1. the date ending the period for which contribution is made, if a required Premium contribution is not made when due.

2. the date of termination of Active Service. In the event the Insured Person is absent on account of Injury or Sickness, Active Service will terminate for purposes of this insurance on such later date as the Certificateholder may determine.

3. the date the Insured Person enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of: a) scheduled drills; or b) other training not exceeding one mo. in any calendar year.

4. the date the Insured Person ceases to be eligible for insurance (the Company will not require continued Insurability).

5. the date of termination of the Group Certificate.

6. if a Member knowingly furnished to MLH false, incorrect or incomplete information which is material to the acceptance of his or her application, MLH may void the Member's coverage as if it had never been in effect upon written notice.

A specific benefit under the Group Certificate terminates on the date that benefit is no longer provided under the Group Certificate.

GRACE PERIOD: The Certificateholder is entitled to a Grace Period of thirty-one (31) days for payment of any Premium due except the first Premium which must have been received by MLH in order for coverage under this Group Certificate to have become effective. During this Grace Period, the coverage shall continue in force unless the Certificateholder has given the Company written notice of discontinuance in accordance with the terms of this Group Certificate and in advance of the date of discontinuance. The Certificateholder shall be liable to the Company for the payment of a pro rata Premium for the time the Certificate was in force during the Grace Period. Notwithstanding the above, if payment is not received by the expiration of the grace period, then the coverage under this Group Certificate may be terminated by MLH. Coverage will terminate effective on the last day for which Premium payments were made and MLH shall have no liability for benefits as of the effective date of termination.

Under applicable state and federal law, a Member may have the right to elect to remain covered under the Group Certificate, provided such election is timely and an appropriate provision is made for the applicable Premium payment. See the Continuation provisions of the Group Certificate. In addition, Members have the right to convert to an individual accident and sickness insurance conversion policy. See the Conversion provisions of the Group Certificate.

ADMIN-REC 000698

## ELIGIBILITY FOR DEPENDENTS:

An employee will be eligible for Dependents coverage on the later of the following dates, provided the Company receives timely notification as determined by MLH:

1. the date he or she becomes an Eligible Employee; or
2. the date he or she first acquires his or her first Eligible Dependent.

If both spouses are Eligible Employees, either spouse, but not both, is eligible for Dependents' insurance. In the event insurance for the spouse carrying the Dependents' insurance terminates, the other spouse can become insured for Dependents' insurance without evidence of insurability by applying within thirty-one (31) days.

Persons eligible as Covered Dependents of an Insured Person include:

1. an Insured Person's lawful spouse; or
2. an Insured Person's Dependent Child who is:
   a) under nineteen (19) years of age, or a Full-Time Student under the age of twenty-three (23); and
   b) is primarily supported by the Insured Person with the exception of Children for whom the Insured Person has been court or administratively ordered to provide health care coverage.

a Dependent Child, including natural Children, step-Children, Children placed for adoption, or any Child for whom the Insured Person has been court or administratively ordered to provide health care coverage.

4. a Dependent age nineteen (19) years old or older, who is incapable of self-support by reason of mental or physical incapacity, either of which commenced while a covered Dependent of the Insured Person. Proof of incapacity and dependency must be furnished to the Company within thirty-one (31) days of the dependency's attainment of maximum age as noted in 2, a) above and each birthday thereafter.

## SPECIAL ENROLLMENT PERIOD FOR DEPENDENTS:

If an Employee acquires a Dependent through marriage, birth or adoption, or placement for adoption, (when the Employee is not enrolled and the Employee has met any waiting period applicable to becoming a participant under the health insurance benefit plan and is eligible to be enrolled under the health insurance benefit plan but failure to enroll during a previous enrollment period) the newly acquired dependent may be enrolled as a dependent of the Employee provided the Employee also becomes enrolled. In the case of the birth or adoption of a Child, the spouse of the Employee may also be enrolled as a dependent of the Employee if such spouse is otherwise eligible for coverage. Such enrollment shall be made during the Special Enrollment Period which shall be a period of thirty (30) days beginning on the later of (i) the date the dependent coverage is made available, or (ii) the date of the marriage, birth, adoption or placement for adoption.

5. Subject to notification of the Company within thirty (30) days, the receipt of applicable monthly Premiums and completed enrollment forms, the coverage effective date for Employee or Dependent enrolled during the Special Enrollment Period, shall be as follows:

6. In the case of marriage, on the first day of the first month beginning either the date written application is received by the Company.

---

## E. Home Health Care Services:

Medically Necessary intermittent home health care services which include services and supplies furnished in the home by a home health agency, including but not limited to, registered nurses, licensed practical nurses and home health aides provided immediately following an illness or injury; are covered in accordance with H.C.F.A. (Health Care Financing Administration) guidelines. Services must be Medically Necessary. Subject to the Annual Deductible. Requires Precertification.

Note:

a. Every four (4) consecutive hours or a portion thereof of home health services provided by a Provider during a home visit shall constitute one visit (up to four (4) hours = one (1) visit).

b. Intermittent is defined as up to thirty-five (35) hours of Medically Necessary home health services, which are provided over a period of one (1) seven (7) day week. Such intermittent services shall be provided on a temporary basis only, for a period not to exceed twenty-one (21) days. Any allowances for extensions shall be granted by the Company only under exceptional circumstances when the need for additional care in excess is finite and predictable as determined by the Company, and for a finite period of time.

c. Rehabilitative therapies (physical, occupational and speech therapy) provided in the home environment will be counted toward the limits for rehabilitation as provided under section B.2. Professional Services.

d. Custodial care, convenience items and non-medical services are not covered. Services must be Medically Necessary as determined by the Company.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

## F. Mental Illness, Emotional Disorders, Drug Abuse and Alcohol Abuse:

Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Treatment of Mental Illness:
   a. Semi-private room and other inpatient services and supplies provided in a licensed or certified Hospital or Treatment Facility for the treatment of Mental Illness and emotional disorder which is Medically Necessary and treatable. In the professional judgement of practitioners. Requires Preadmission Authorization. Subject to the Annual Deductible.

44

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. Pregnancy, prevention services provided by a Physician or Health Care Practitioner received in a Provider's office or institution are covered including family planning services including examinations, Norplant implants and, when Medically Necessary, genetic counseling. Also, abortions for Medical Necessity, which is defined as documented fetal abnormalities and/or endangerment of the life of the mother if the pregnancy were completed, are covered. Subject to the Annual Deductible.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 80% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Bilateral vasectomy and tubal ligation sterilization services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office, or institution are covered, in accordance with established medical practice. Subject to the Annual Deductible.

Percentage Payable for bilateral vasectomy services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for tubal ligation services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 80% of Maximum Allowable Charges

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

---

2. in the case of Dependents birth, the date of birth; or
3. in the case of adoption or placement for adoption, the date of adoption or placement.

FULL-TIME STUDENT means a person who is enrolled in and attending a recognized course of study or training on a full-time basis (not less than 12 credit hours a semester) at:

1. an accredited high school or vocational school;
2. an accredited college or university; or
3. a licensed technical school, beautician school, automotive school or other institution of similar training.

A person continues to be a Full-time Student during periods of vacation established by the institution. A person ceases to be a Full-time Student at the end of the month during which the person graduates, or otherwise ceases to be enrolled and in attendance at the institution on a full-time basis.

EFFECTIVE DATE OF DEPENDENTS' INSURANCE: The effective date of insurance for an Eligible Dependent will be one of the following dates, provided any required Premium contribution is made and all the eligibility conditions are met:

1. the date the Insured Person becomes eligible for insurance, if the Insured Person makes written application to Company for the Eligible Dependent within thirty days after that date; if the Insured Person does not request enrollment within thirty (30) days of eligibility, the Eligible Dependent will be considered a Late Enrollee and will be required to wait until the Open Enrollment Period to enroll.

2. the date the Eligible Dependent is acquired, provided at least one other Eligible Dependent of the Insured Person is insured under the Group Certificate on that date and the Company is provided timely notice.

3. For Insured Persons with "Employee and Spouse and Children" coverage, provided MLH is notified within thirty-one (31) days:
a. the moment of birth for a newborn;
b. the date of placement for grandchildren placed in the court-ordered custody of the Insured Person; or,
c. the date of adoption.

4. For Insured Persons without "Employee and Spouse and Children" coverage:
a. the moment of birth for a newborn provided written request for enrollment..s made to MLH and any required Premium contribution is made within thirty-one (31) days of the birth of the newborn;
b. the date of placement for a Dependent placed in the court-ordered custody of the Insured Person provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the placement; or,
c. the date of adoption, provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the adoption.

5. Where the Insured Person is covered by the Group Certificate but does not enroll the Dependent in the policy, the non-covered parent, the Child support enforcement agency, or the Department of Health and Mental Hygiene may apply

ADMIN REC0000029

18

for enrollment to the Company on behalf of the Child and the Child will be included under the Insured Person's coverage regardless of enrollment period restrictions provided any required Premium contribution is made to the Company.

The Company will provide the non-covered parent with membership cards, claims forms and any other information necessary to obtain benefits for the Dependent. The Dependent's coverage terminates on the thirty-second (32nd) day if written application and payment of any required Premium is not made during the thirty-one (31) day period.

6. The date of adoption for an adopted Child is the earlier of:
   a. the judicial decree of adoption; or
   b. the assumption of custody, pending adoption, of a prospective adoptive Child by a prospective adoptive parent.

If the Insured Person does not request enrollment for the Eligible Dependent during the time period as provided in 1, 2, 3, and 4, above, the Eligible Dependent will be considered a Late Enrollee and will be required to wait until the Open Enrollment Period to enroll. An Eligible Dependent may not be considered a Late Enrollee if a court has ordered coverage to be provided for a spouse or minor Child under the Insured Person's health benefit plan.

**TERMINATION OF AN INSURED DEPENDENT'S INSURANCE COVERAGE:** Except as provided in the Continuation of Benefits and Eligibility for Dependents provisions, a Covered Dependent's insurance coverage will terminate on the earliest of the following dates:

1. the date the Insured Person's insurance is terminated.
2. the end of the month the Covered Dependent Child ceases to be a full-time student (applies only to Dependent Children over the age of 19).
3. the end of the month the Covered Dependent Child attains the maximum age for coverage.
4. the date the Covered Dependent is no longer eligible because of a change in the Dependent's marital status.
5. the date the Covered Dependent becomes eligible as an Insured Person.
6. the date the Covered Dependent enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of a) scheduled drills; or b) other training not exceeding one month in any calendar year.

For a Dependent for whom the Insured Person has been court or administratively ordered to provide health care coverage, eligibility for enrollment will cease upon the occurrence of any of the following events:
a) the court or administrative order is no longer in effect;
b) the Dependent has been or will be enrolled under other health care coverage which will take effect no later than the effective date of the disenrollment;
c) the employer has eliminated family health care coverage for all of its employees; or
d) Dependent has not been enrolled for coverage, except to the extent that if the parent elects to exercise the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) then coverage must be provided for the

---

When Received from a non-Preferred Provider, the lesser of: 50% of Requested Charges or 50% of Usual, Customary, and Reasonable Charges.

**D. Preventive Services:**
*Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neuroradiologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Preventive medical services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office, including: Physical examinations, measurements, sensory screening, neuro-psychiatric evaluation, and developmental screening, which coverage shall include unlimited visits for Children up to the age 12 years and three (3) visits per year for minor Children ages 12 years up to 18 years of age; Preventive and primary care services shall also include, as recommended by the Physician, hereditary and metabolic screening at birth, immunizations, urinalysis, tuberculin tests, and hemocrit, hemoglobin, and other appropriate blood tests, including tests to screen for sickle cell anemia (All care must be provided in accordance with prevailing medical standards published by the American Academy of Pediatrics); Mammographic screening and exam for females in accordance with prevailing medical standards at the following intervals: a) one baseline Mammogram from ages 35 through 39; b) one Mammogram every 2 years from ages 40 through 49, or more frequently if recommended by a Physician; and c) one Mammogram every year after age 50; a) one annual cervical cytological screening for females in accordance with statutory and prevailing medical standards, b) cervical cytological screening for women upon certification by an attending Physician that the test is Medically Necessary; periodic health assessments, adult immunizations in accordance with established medical practice, eye refraction examinations, and hearing and vision screening examinations, Child wellness services, mammography and cytological screening are not subject to the Annual Deductible. All other services are subject to the Annual Deductible.

Percentage Payable for eye refraction examinations:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges less the Member's responsibility of $10.

39

Hospital, or Birth Center, arising from pregnancy or resulting Childbirth, miscarriage, or complications thereof, including; services of a midwife (covered only at accredited Birth Centers), and; ordinary nursing care of the newborn Covered Dependent and such other newborn care of the newborn Covered Dependent which is Medically Necessary are covered. Circumcision is a covered service. Pregnancy and maternity services are not covered for a Dependent Child. Requires Preadmission Authorization. Subject to the Annual Deductible.

Percentage Payable for Inpatient Hospitalization:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. The following infertility services are covered: In-vivo fertilization, and Infertility studies, including; testing, medical advice, instruction, and artificial insemination. Medication management and diagnostic tests will not be covered for non-covered infertility drugs. Artificial insemination is covered for a maximum of six (6) cycles per lifetime. The Company follows the American College of Obstetricians and Gynecologists' criteria of one (1) year of Infertility prior to covering Infertility services.

Infertility services will not be covered after reversal of a voluntary sterilization. Sex-selection services are not covered. All surgical procedures and non-Emergency diagnostic testing procedures require Precertification. Subject to the Annual Deductible. Requires Preadmission Authorization or Precertification.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
50% of Requested Charges or 50% of Maximum Allowable Charges.

---

Dependent consistent with the employer's plan relating to post-employment medical coverage for Dependents.

8. the date of termination of the Group Certificate.

INCREASES AND DECREASES: An increase in the benefits or the amount of Insurance for an Insured Person of his or her Covered Dependent will become effective on:
1. the date of such increase, if the Insured Person is on Active Service on that date, or the date of return to Active Service, if the Insured Person is not in Active Service on the date of the increase.
2. on the date of the increase.
3. the nonworking day, other than a work day, on which the increase would otherwise become effective, if the Insured Person was in Active Service on his or her last scheduled working day before the nonworking day.

A decrease in the amount of Insurance will become effective on the date of the decrease.

TERMINATION OF AN INSURED DEPENDENT'S INSURANCE: Except as provided in the Continuation of Benefits and Eligibility for Dependents provisions, a Covered Dependent's Insurance will terminate on the earliest of the following dates:
1. The date the Insured Person's Insurance is terminated.
2. At the end of the grace period for which Premium payments have not been made by the Group.
3. The end of the month the Covered Dependent Child ceases to be a Full-Time Student (applies only to Dependent Children over the age of nineteen (19)).
4. The end of the month in which the Covered Dependent Child attains the maximum age for coverage.
5. The date the Covered Dependent is no longer eligible because of a change in marital status.
6. The date the Covered Dependent is no longer eligible as an Insured Person.
7. The date the Covered Dependent enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of scheduled drills or other training not exceeding one (1) month in any calendar year.
8. For a newborn or a Child or grandchild placed for adoption who was born or placed after the effective date of the Insured Person's Insurance, the date after thirty-one (31) days of insurance unless:
a) all other Eligible Dependents of the Insured Person are insured under the Group Policy on that date, or
b) the Company receives application within thirty-one (31) days after the date of birth or placement.
9. For a Dependent for whom the Insured Person has been court or administratively ordered to provide health care coverage, eligibility for enrollment will cease upon receipt by the Company of written evidence that:
a) the court or administrative order is no longer in effect,
b) the Dependent has been or will be enrolled under other health care coverage which will take effect no later than the effective date of the disenrollment;

ADM01-R... 0000100292

ADMLJ-REC00000293

c) the employer has eliminated family health care coverage for all of its employees; or

d) the employer no longer employs the Employee under whose name the Dependent has been enrolled for coverage, except to the extent that if the Employee elects to exercise the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), then coverage must be provided for the Dependent consistent with the employer's plan relating to post-employment medical coverage for Dependents.

10. The date of termination of the Group Certificate.

Under applicable State and Federal laws, a Member may have the right to elect to remain covered under the Group Policy, provided such election is timely and an appropriate provision is made for the applicable Premium payment. See the Continuation provisions of the Group Policy.

may be granted to allow for treatment after review and approval of the Company provided the Member makes the request within sixty (60) days of the injury. Immediate emergency care directly related to the accidental dental injury is limited to:

1) emergency examination
2) periapical and panoral radiographs
3) root canal therapy
4) emergency, temporary splinting of the teeth
5) prefabricated post and core
6) simple minimal restorative procedures (fillings)
7) simple and/or surgical extractions
8) post-traumatic crowns when this procedure is the only available treatment

There are frequently two (2) or more alternate methods of treating a dental condition. Where alternate methods of treatment may be used, the Company will authorize only the less costly covered service, provided that the services and supplies are considered by the profession to be an appropriate method of treatment, and meet national standards of dental practice. The Member's overall oral health condition will be taken into consideration. The Member and provider may choose a more expensive level of care, but benefits will be payable according to the above guidelines. Subject to the Annual Deductible. Requires Precertification or Preadmission Authorization.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

C. Pregnancy and Maternity Services:
Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Prenatal, delivery, antepartum and postpartum services provided by a Physician or Health Care Practitioner received in a Provider's office or,

**3.** When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

**Percentage Payable** when received in an inpatient facility setting:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office or institution, which are Medically Necessary for treatment of adjunctive dental care, which means: 1) dental care that is Medically Necessary in the treatment of such medical condition, and condition, is an integral part of the treatment of such medical condition, and is essential to the control of the primary medical condition; 2) non-dental oral surgical procedures that are Medically Necessary (refer to section B.4., Professional Services for a list of procedures); or, 3) accidental dental injury, i.e., treatment of a traumatic injury which results from an external blow to Sound Natural Teeth or the mouth and its surrounding supportive structures as it relates to the accident. Accidental dental injury treatment is limited to those services necessary to provide immediate emergency care. Subject to the Annual Deductible. Requires Precertification or Predmission Authorization.

**Percentage Payable:**
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

**4.** Oral surgery is provided for surgical procedures by a Physician or other licensed and qualified health care practitioner received in a Provider's office or institution, which are Medically Necessary for treatment of fractures of the law, excision of tumors, and for medically diagnosed congenital defects such as cleft lip and cleft palate. Treatment and rehabilitation for cleft palate and cleft lip shall include covered services for orthodontics, oral surgery, otological, audiological and speech/language treatment. Services shall be covered and subject to the applicable percentages payable of section A, Hospital Services, and section B.2., Professional Services. Dental services when Medically Necessary to provide immediate emergency care to promptly repair injury to Sound Natural Teeth as a result of an accidental injury are covered when treatment is requested within seventy-two (72) hours after the accident occurs. If the injury cannot be reasonably treated within seventy-two (72) hours, an extension may be requested and an extension

## COORDINATION OF BENEFITS

The Plan will not pay for benefits or services required as the result of occupational disease or injury for which medical benefits are payable under Worker's Compensation or by a similar agency under another Federal or State law. This provision also applies when a third party injury settlement or other similar proceeding provides medical benefits in regard to a claim (or potential claim) under Worker's Compensation or similar laws. If medical benefits provided under such laws are exhausted, medical benefits may be provided for services or supplies covered by this Plan. The Plan is entitled to be reimbursed for benefits paid by the Plan that were later found to be payable under Workers' Compensation or by a similar agency under another Federal or State law.

This coordination of benefits (double coverage) provision applies when a person covered by this Plan also has, or is entitled to benefits from any other group health coverage or is entitled to the payment of medical and Hospital costs under no-fault or other automobile insurance that pays benefits without regard to fault. Information about other coverage must be disclosed to this Health Plan.

When there is double coverage, one plan normally pays its benefits in full as the primary payer, and the other plan pays a reduced benefit as the secondary payer. When this Plan is the secondary payer, it will pay the lessor of (1) its benefits in full, or (2) a reduced amount that, when added to the benefits payable by the other coverage, will not exceed this Plan's reasonable and customary charges.

The determination of which health coverage is primary (pays its benefits first) is made according to guidelines provided by the National Association of Insurance Commissioners (NAIC). When benefits are payable under automobile insurance, including no-fault, the automobile insurer is primary (pays its benefits first) if it is legally obligated to provide benefits for health care expenses without regard to other health benefits coverage the Enrollee may have.

This provision applies whether a claim is filed under the other coverage. When applicable, authorization must be given to the Company to obtain information about benefits or services available from the other coverage.

For the purpose of coordination of benefits, the Company may release, claim or ... any necessary information from any insurance company or other organization. In addition, any Member claiming benefits from the Company shall furnish the Company with information, as requested, necessary to administer this provision. If the Member refuses to cooperate with the Company to implement this provision, the Member must pay to the Company the Usual, Customary and Reasonable Fee for the services rendered.

A complete description of the Company's coordination of benefits (COB) rules are as follows:

a) Benefits Subject to COB
   All benefits provided under the Group Certificate are subject to this Section. Through this Group Certificate, the Group and Members agree to permit the

2

22

ADMIN-REC000000295

Company to coordinate its obligations under this Group Certificate with payments available from any other group health plan which covers the Member.

b) Definitions
(1) "Health Plan" means any plan providing benefits or services for or by reason of medical or dental care or treatment, which benefits or service are provided by:
i. group or blanket insurance coverage,
ii. service plan contracts, group practice, or other prepayment group coverage,
iii. any coverage under labor-management trusted plans, union welfare plans, employer organization plans, or employee benefit organization plans, and
iv. any coverage under governmental programs.

The term "Health" Plan shall be construed separately with respect to each policy, contract or other arrangement for benefits or services and separately with respect to that portion of any such policy or contract or other arrangement which reserves the right to take the benefits or services of other Health plans into consideration in determining its benefits and that portion which does.

(2) "This Coverage" means that portion of this Group Certificate which provides the benefits that are subject to this provision.

(3) "Allowable Expenses" means any necessary, reasonable, and customary item of expense all or part of which is covered under at least one of the Health Plans under which the person for whom the claim is made is enrolled.

When a Health Plan provides benefits in the form of services rather than cash payments, the reasonable cash value of each service rendered shall be deemed to be an Allowable Expense and a benefit paid.

(4) "Claim Determination Period" means the calendar year.

c) Effect on Benefits
1) This provision shall apply in determining the benefits as to a Member covered under this Group Certificate for any Claim Determination Period if, for the Allowable Expenses incurred as to such person during such period, the sum of:
i. the benefits that would be payable under this Group Certificate in the absence of this provision, and
ii. the benefits that would be payable under all other Health Plans in the absence therein of provisions of similar purpose to this provision would exceed such Allowable Expenses.

2) As to any Claim Determination Period with respect to which this provision is applicable, the benefits that would be payable under this coverage in the absence of this provision for the Allowable Expenses incurred as to such person during such Claim Determination Period shall be reduced to the extent necessary so that the sum of such reduced benefits and all the benefits payable for such Allowable Expenses under all other Health Plans,

2. Rehabilitation
Acute intensive physical rehabilitation services such as physical, occupational, speech or cognitive therapy are covered when Medically Necessary for coordinated interdisciplinary rehabilitative services provided by a free-standing Hospital, or a distinct unit of an acute Hospital or Skilled Nursing Facility, or outpatient setting. Therapy due to an Injury or Sickness will be covered only to the extent of restoration to the pre-trauma level. Speech therapy will be covered only to the extent of restoration to the pre-trauma, pre-Sickness, or pre-condition speech function. Preauthorization by the Company is required. Rehabilitative care is to be terminated when further progress toward the established rehabilitation goal is unlikely or it is appropriate to assure progress can be achieved in a less intensive setting. Specifically, if no further progress is observed, discharge is appropriate.

Short-term rehabilitation therapy services are covered including chiropractic, physical, occupational and speech therapy. In an inpatient rehabilitation facility, a distinct unit of an acute Hospital, Skilled Nursing Facility, outpatient facility or office and in a Member's home. Such services are covered to restore an individual's loss of function due to Injury or Sickness. Services are provided only for conditions which, in the judgment of the Company, are subject to significant improvement provided the Member continues to make progress. Short-term therapy will be terminated when further progress toward the established goal is unlikely or it is appropriate to assure that further treatments can be maintained or provided by the Member, family, or care aid, etc. If no further progress is observed, discharge is appropriate.

Short-term therapy is defined as inpatient and/or outpatient services which, in the opinion of the Company, can be expected to result in significant improvement of the Member's condition. If therapy is determined to be short-term, based upon diagnosis, services are covered as long as sustainable, measurable progress is demonstrated. Short-term speech therapy is covered when judged necessary to correct an impairment of organic origin due to an Injury or Sickness, or following surgery to correct a congenital defect. Therapy performed to correct impairment resulting from a functional nervous disorder (i.e., stuttering, stammering) is not covered.

Limits: The maximum amount payable for services received in an office or home setting or outpatient facility setting by the Company is for sixty (60) visits Per Condition of combined therapy types. The maximum amount payable for services received in an inpatient facility setting by the Company is for sixty (60) days Per Condition of combined therapy types.

Percentage Payable when received in an office or home setting or outpatient facility setting:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

**B. Professional Services:**

*Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Services provided by a Physician or Health Care Practitioner received in a Provider's office, at the home of a patient, or institution, which are Medically Necessary for treatment of an Injury or Sickness are covered, including: medical and surgical specialty services; diagnosis; treatment and X-ray services such as radiology, electrocardiography, electroencephalography, and radiation therapy, and chemotherapy; Medication Management office visits; allergy consultations (including testing); and, podiatric services. Second surgical opinions on the need for surgery are covered in full if requested or required by the Company and if given by a Company-selected certified specialist a) whose specialty is appropriate to the surgical procedure being evaluated; b) who has personally examined the Member; and, c) who does not perform the surgery. Second opinions must be given a) no later than six (6) months after the initial surgical opinion indicating the need for the surgery; b) within two (2) months before the surgery; and, c) in writing. Subject to the Annual Deductible.

Percentage Payable for services received at a Hospital:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

---

except as provided in paragraph (3) of this subsection (c) shall not exceed the total of such Allowable Expenses. Benefits payable under another Health Plan include the benefits that would have been payable had claim beanruly made therefore.

(3) If
(i) another Health Plan which is involved in paragraph (2) of the subsection (c) and which contains a provision coordinating its benefits with those of this Coverage would, according to its rules, determine its benefits after the benefits of this coverage have been determined, and
(ii) the rules set forth in paragraph (b) of this subsection (c) would require ...
Coverage to determine its benefits before such other Health Plan.

(4) If another Health Plan which is involved in paragraph (2) of this subse...
(c) does not contain a provision coordinating its benefits with those o...us coverage, then the benefits of such other Health Plan shall be determined before the benefits of this coverage.

(5)(a) Except when a Retirement Plan is involved, the benefits of a Health Plan which covers the person on whose Allowable Expenses claim is based other than as a dependent shall be determined before the benefits of a Health Plan which covered such person as a dependent

(b)(1) Except for cases of a person for whom claim is made as a Dependent Child whose parents are separated or divorced, the benefits of a Health Plan which covers the person on whose expenses claim is based as a Dependent of a person whose day of birth, excluding year of birth, occurs earlier in a calendar year, shall be determined before the benefits of a Health Plan which covers such person as a Dependent of a person whose day of birth, excluding year of birth, occurs later in a calendar year. If both parents have the same birthday, the Health Plan which covered the parent longer is primary. If the other Health plan does not have the provisions of this paragraph regarding Dependents, ...results either in each Health Plan determining its benefits before ...ie other or in each determining its benefits after the other, the provisions of the paragraph b.(1) shall not apply, and the rules set forth in the other Health Plan which does not have the provisions of this paragraph b.(1) shall determine the order of benefits.

(b)(2) In the case of a person for whom claim is made as a Dependent Child whose parents are separated or divorced and the parent with custody of the Child has not remarried, the benefits of the Health Plan which covers the Child as a Dependent of the parent with custody of the Child will be determined before the benefits of a Health Plan which covers the Child as a Dependent of the parent without custody.

ADMIN-REC 000000229

ADMIN-REC000000297

(b)(3) In the case of a person for whom claim is made as a Dependent Child whose parents are divorced and the parent with custody of the Child has not remarried, benefits are determined in this order: 1) the benefits that cover the Child as a Dependent of the parent with custody; 2) the benefits that cover the Child as a Dependent of the stepparent; and 3) the benefits that cover the Child as a Dependent of the parent without custody.

(b)(4) In the case of a person for whom claim is made as a Dependent Child whose parents are separated or divorced, where there is a court decree which would otherwise establish financial responsibility for the medical, dental or other health care expenses with respect to the Child, then, notwithstanding paragraphs (2) and (3) above, the benefits of a Health plan which covers the Child as a Dependent of the parent with such financial responsibility shall be determined before the benefits of any other Health Plan which covers the Child as a Dependent Child.

(c) When rules a. and b. do not establish an order of benefit determination, the benefits of a Health Plan which has covered the person on whose Allowable Expenses claim is based for the longer period of time shall be determined before the benefits of a Health Plan which has covered such person the shorter period of time.

If however, both Health Plans are effective on the same date, the two Health Plans shall coordinate on a 50%/50% allocation between Health Plans, the benefits of this coverage will be paid, and the dispute shall be resolved between Health Plans. When a Retirement plan is involved, rule (d) applies.

(d) When one Health Plan is a Retirement Plan and the other is an Active Plan, the Active Plan shall pay its benefits before the Retirement Plan. When successive Retirement Plans are involved, the one in effect for the longest period of time shall pay its benefits before the Health Plan in effect the shorter period of time. When the rules under this subsection d. do not establish an order of benefit determination, rules a. through c. will apply.

(e) When a patient, covered by this Group Certificate requires benefits for Allowable Expenses which are also covered by another Health Plan which qualifies as a Health Plan herein, the other Health Plan shall always pay its benefits first, if it does not include a Coordination of Benefits provision in its contract.

(1) If under these rules the other Health Plan pays first, the benefits allowable under this Agreement shall be reduced to the extent necessary so that the sum of such reduced benefits and all benefits payable for such Allowable Expenses under all other Health Plans shall not exceed the total of such Allowable Expenses. Benefits payable under another Health Plan include the benefits that would have been payable had claim been duly made therefore. When this provision is applied, no other Health Plan pays more than it would without the coordination provision.

4. Appropriate inpatient or home based hospice services for a Member with a Terminal Illness in lieu of active treatment, provided by or through a contractual arrangement with a licensed facility or service, under the direction of a Physician. The Physician must certify that the patient is in the terminal stages of illness with a life expectancy of approximately six (6) months or less, and with no reasonable prospect of cure. Supportive and palliative care services and services provided by the Hospice include inpatient and home based services for the Member. Counseling, during the terminally Ill Member's illness and during bereavement, is provided for persons in the terminally Ill Member's immediate family, including spouse, Children, parents, siblings of Member's Dependent Children, and any eligible Dependent who maintains the terminally Ill Dependent contact with the terminally Ill Member during the significant personal contact with the Hospice care program. Requires Preadmission Authorization. Subject to the Annual Deductible.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 80% of Maximum Allowable Charges

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 100% of Usual, Customary, and Reasonable Charges.

5. Emergency related services and supplies in a Hospital, including Emergency Room charges, and transportation by a professional licensed ambulance service when Medically Necessary. The care must be received within 48 hours of the onset of an Injury or Sickness. Subject to the Annual Deductible. Note: Emergency services must meet the Group Certificate definition of an Emergency as determined by the Company in order for this coverage to be payable at an Emergency Room.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $25.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

6. Urgent Care Situations. Emergency related services and supplies in an Urgent Care Center. Subject to the Annual Deductible. Note: Emergency services must meet the Group Certificate definition of an Emergency as determined by the Company in order for this coverage to be payable at an Urgent Care Center.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

Percentage Payable:
When Received from a Preferred Provider:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. Skilled nursing services and supplies and services related to skilled nursing, provided in a Skilled Nursing Facility, or Extended Care Facility, or Hospital, or other acute care setting, are covered provided such services are not Custodial Care, including: semi-private room and board, general nursing care; meals; special diets when Medically Necessary; and; miscellaneous services, supplies, medications, and dressings. Requires Preadmission Authorization. Subject to the Annual Deductible.

Limits: The maximum amount payable by the Company is sixty (60) days per Member per Contract Year. Skilled nursing services received in a Hospital or other acute care setting count toward the Limits.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Outpatient related services and supplies in a Hospital or Free-Standing Surgical Facility (excluding Emergency Room services) are covered, including: surgery; general nursing care; blood; blood products; blood derivatives; operating room charges, anesthesiologists; pathologists; x-ray and other diagnostic and treatment procedures, laboratory tests, medications and dressings. Subject to the Annual Deductible.

Percentage Payable for surgery and related services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

(2) When this provision operates to reduce the total amount of benefits otherwise payable as to a person covered under that Group Certificate during any Claim Determination Period, each benefit that would be payable in the absence of this provision shall be reduced proportionately, and such reduced amount shall be charged against any applicable benefit limit of this Group Certificate.

d) Right to Receive and Release Necessary Information
For the purposes of determining the applicability of implementing the terms of this provision of this Group Certificate or any provision of similar purpose of anyother Health Plan, the Company may, without the consent of or notice to any person release to or obtain from any other insurance company or other organization or person any information, with respect to any person which the Company deems to be necessary for such purposes. Any person claiming benefits under this Group Certificate shall furnish the Company such information as may be necessary to implement this provision.

e) Facility of Payment
Whenever payments which should have been made under this Group Certificate in accordance with this provision have been made under any other Health Plans, the Company shall have the right, exercisable alone and in its sole discretion, to pay over to any organizations making such other payments any amounts it shall determine to be warranted in order to satisfy the intent of this provision, and amounts so paid shall be deemed to be benefits paid under this Group Certificate and, to the extent of such payments, the Company shall be fully discharged from liability under this Group Certificate.

f) Right of Recovery
Whenever payments have been made by the Company with respect to Allowable Expenses in a total amount, at any time, in excess of the maximum amount of payment necessary at that time to satisfy the intent of this provision, the Company shall have the right to recover such payments, to the extent of such excess, from among one or more of the following, as the Company shall determine: any persons to or for with respect to whom such payments were made, any other insurance companies (except with respect to non-group policies), or any other organizations.

Coordinating Benefits with Medicare

The following information applies only to enrollees and covered family members entitled to benefits from both this Plan and Medicare Part A or Parts A and B. You must disclose information about Medicare coverage, including your enrollment in Medicare prepaid plan, to this Health Plan that applies whether or not you file a claim under Medicare. You must also give this Health Plan authorization to obtain information about benefits or services denied or paid by Medicare when they request it. It is also important that you inform the Health Plan about other coverage you may have as this coverage may affect the primary/secondary status of this Plan and Medicare.

The following rules apply to enrollees and their family members who are entitled to benefits from both this Plan and Medicare:

AC00000

- Plan is primary if:
- You are age 65 or over, have **Medicare Part A (or Parts A and B) and employed by the Federal Government;**
- Your covered spouse is age 65 or over and has **Medicare Part A and B) and either you or your spouse is employed;**
- The patient (you or a covered family member) is within the first 18 months of eligibility to receive Medicare Part A benefits due to End Stage Renal Disease (ESRD), except when Medicare was the patient's primary payer on the day before he or she became eligible for Medicare Part A due to ESRD; or
- The patient (you or a covered family member) is under age 65 and eligible for Medicare solely on the basis of disability, and you are employed.

Medicare is primary if:

1) You are an annuitant age 65 or over, covered by Medicare Part A (or Parts A and B) and are not actively employed;

2) Your covered spouse is age 65 or over and has Medicare Part A (or Parts A and B) and neither you nor your spouse is actively employed;

3) You and are an annuitant not actively employed and either you or a covered family member (who may or may not be employed by employer who does not meet the 100 or More Employees Threshold and covers you on his/her policy) is under age 65 and eligible for Medicare on the basis of disability;

4) You are enrolled in Part B only, regardless of your employment status;

5) The patient (you or a covered family member) has completed the 18-month ESRD coordination period and is still eligible for Medicare due to ESRD; or

6) The patient (you or a covered family member) becomes eligible for Medicare due to ESRD after Medicare assumed primary payer status for the patient under rule 3).

**Medicare's payment and this Plan**

If you are covered by Medicare Part B and it is primary, you should be aware that your out-of-pocket costs for services covered by both this Plan and Medicare Part B will depend on whether your doctor accepts Medicare assignment for the claim. Medicare-participating doctors accept assignment, that is, they have agreed not to bill you for more than the Medicare-approved amount for covered services. Some non-Medicare-participating doctors accept assignment on certain claims. If you use a doctor who accepts Medicare assignment on the claim, the doctor is permitted to bill you after the Plan has paid only in those instances where the Medicare and Plan payments combined do not total the Medicare-approved amount.

Non-Medicare-participating doctors do not need to accept assignment. When they do not accept assignment on a claim, they can bill you for more than the Medicare-approved amount - up to a limit set by the Medicare law (the Social Security Act, 4 U.S.C.), called the limiting charge. The limiting charge is 115 percent of the Medicare-approved amount. If you use a doctor who does not accept assignment for the claim, the doctor is permitted to bill you after the Plan has paid only if the Medicare and Plan payments combined do not total the limiting charge set by the Medicare law for non-Medicare-participating doctors. Neither you nor this Plan is liable for any amount in excess of the Medicare limiting charge for charges of a non-participating Medicare doctor. The Medicare Explanation of Benefits (EOB) form will have more information about this limit.

Filed 07/24/2006 Page 38 2:04-cv-02554 ... 450-SB

---

**HEALTH SERVICES?**

Subject to all other provisions of this Group Certificate, the Company will pay the applicable Percentage Payable of Requested Charges, Maximum Allowable Charges, or the Usual, Customary and Reasonable Charges, but not to exceed Lifetime Maximum Benefit or Limits, if any, for the following Health Services for Members, provided the expense is Medically Necessary, and the expense is incurred and the service is rendered while the Member is insured for this benefit.

NOTE: Certain services require Preadmission Authorization or Precertification. For a complete description of the Certificate's coverages, limitations, and procedures please read all sections of this Group Certificate, and any endorsements or riders.

If multiple procedures are performed during a surgery, a reduced percentage will be paid for the remaining surgical procedures after the primary procedure, in accordance with industry standards.

A. **Hospital Services:**
   *Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Inpatient Hospital related services and supplies are covered, including: expense of any Admissions charge; semi-private room and board; Intensive Care Unit or other special care unit, such as a coronary care unit, but not for the semi-private or private room and board for the same day; general nursing care; meals; special diets; operating room charges; miscellaneous services and supplies; blood; blood products; blood derivatives; x-ray and other diagnostic and treatment procedures; laboratory tests; medications and dressings. All Emergency Admissions must be reported to the Company within 48 hours of the Admission. Requires Preadmission Authorization for non-Emergency Admissions. Subject to the Annual Deductible.

   a. Coverage shall be provided for the cost of inpatient hospitalization services for a mother and newborn child for a minimum of forty-eight (48) hours of inpatient hospitalization care following an uncomplicated vaginal delivery and ninety-six (96) hours following a cesarean section. The mother and her newborn child may be discharged prior to the expiration of the minimum length of stay at the discretion of the attending physician. Coverage shall be provided for one (1) home health care visit by a licensed health care provider within forty-eight (48) hours after discharge when discharge occurs prior to the inpatient hospitalization length of stay as stated herein. Applicable Copayments and deductibles will apply to Inpatient hospitalization, but shall not apply to the home health care visit.

Requested Charge and the Usual, Customary, and Reasonable Charge authorized by the Company and amounts paid for services received for the treatment of artificial insemination services. See each rider, endorsement, or amendment for its applicability toward Maximum Out-of-Pocket Expense.

Once the Out-of-Pocket Expense has been satisfied, the Company will pay 100% of the Maximum Allowable Charge to Preferred Providers for the Health Services provided in this Group Policy. For non-Preferred Providers, the Company will pay 100% of the Usual, Customary, and Reasonable Charges authorized by the Company. The Member will still be responsible for paying the difference between the non-Preferred Provider's Requested Charge and the amount paid by the Company.

**LIFETIME MAXIMUM BENEFIT:** $1,000,000.00 per Member. See "LIFETIME MAXIMUM BENEFIT" under the "GENERAL PROVISIONS" section of this Group Policy.

In most cases, when services are covered by both Medicare and this Plan, Medicare is the primary payer if you are an annuitant and this Plan is the primary payer if you are an employee. When Medicare is the primary payer, your claims should be submitted to Medicare.

After Medicare has paid its benefits, the Health Plan will consider the balance of any covered expenses. To be sure your claims are processed by this Health Plan, you must submit the EOB form from Medicare and duplicates of all bills along with a completed claim form. The Health Plan will not process your claim without knowing whether you have Medicare and, if you do, without receiving the Medicare EOB.

ADMIN-R 00030

ADMIN-REC000000301

## SUBROGATION

e Company shall be subrogated to, and shall succeed to all rights of recovery of y Member from any third party, including his or her employer, for benefits paid der the Group Policy. The Company may require an assignment of rights of covery from the Member, to the extent of the benefits provided by the Company.

e Member shall cooperate with the Company in protecting the Company's legal hts under these subrogation provisions. The Member shall do nothing to prejudice e Company's rights under this provision, either before or after the need for benefits nder this Group Policy. The Company may, at its option, take necessary and propriate action to preserve its rights under these subrogation provisions, including e right to bring suit in the name of the Member. The Company may collect, at its scretion, amounts from the proceeds of any settlement or judgement that may be covered by the Member or his or her legal representative, regardless of whether or ot the Member has been fully compensated, net of reasonable attorney fees and costs pro-rated to reflect that portion of the total recovery which is due the ompany. Any proceeds of settlement or judgement shall be held in trust by the ember for the benefit of the Company under these subrogation provisions.

## SCHEDULE 7J

To receive medical care covered under this Group Policy, You may select a medical provider of Your choice. There are two classes of Providers under this Group Policy, Preferred Providers and non-Preferred Providers. The Providers listed in your Directory are Preferred Providers. (This list is subject to change.) If You choose to receive care from a Preferred Provider, You will be responsible for any applicable Deductible, Copayment and Coinsurance. The Preferred Providers have agreed to accept the Company's payment plus your Deductible, Copayment, or Coinsurance as full payment for the claim. If You choose a non-Preferred Provider, the Company is responsible for paying the lesser of the applicable percentage of the Requested Charge or the Usual, Customary, and Reasonable Charge 'authorized' by the Company. You will be responsible for any applicable Deductible and Copayment plus the balance, if any, of the non-Preferred Provider's charge. Generally, Your Out-of-Pocket expense will be lower if You use a Preferred Provider rather than a non-Preferred Provider.

Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.

MAMSI Life and Health Insurance Company (herein called the Company) provides benefits, as shown below in the Health Services, Limits, and Percentages Payable section, for a Member when he or she receives treatment or services as outlined above.

ANNUAL DEDUCTIBLES:
For Preferred Providers:
  $0 per Member but not more than
  $0 per family each Contract Year.

For non-Preferred Providers:
  $300 per Member but not more than
  $600 per family each Contract Year.

The Annual Deductible does not apply to Child wellness, mammography services and cytological screening services.

MAXIMUM OUT-OF-POCKET EXPENSE:
For Preferred and non-Preferred Providers:
  $1,300 per Member but not more than
  $2,600 per family each Contract Year.

Note: Expenses which count towards the Maximum Out-of-Pocket Expense are comprised of Annual Deductibles, if any, and amounts in excess of the Percentage Payable by the Company for covered Health Services, provided that such amounts are paid by the Member. Expenses which do not count toward the Maximum Out-of-Pocket Expense include the difference between the non-Preferred Provider's

# MAMSI LIFE AND HEALTH INSURANCE COMPANY
## 4 Taft Court
### Rockville, Maryland 20850

## ENDORSEMENT
## 38.922A

ch to Certificate issued under Policy No.0726157-0798DC.

**Amendment to the SCHEDULE OF INSURANCE section**

**Section 1.1**
The Annual Deductibles provision is amended by deleting the dollar amount references in their entirety and inserting in lieu thereof the following:

For Preferred Providers
$0 per Member
$0 per Family each Contract Year

For Non-Preferred Providers
$0 per Member
$0 per Family each Contract Year

**Section 1.2**
The Maximum-Out-of-Pocket Expense provision is amended by deleting the dollar amount references in their entirety and inserting in lieu thereof the following:

$1,000 per Member but not more than
$2,000 per Family each Contract Year

**General Provisions**
**Section 2.1**
The date upon which this Endorsement shall be effective is the date set forth below.

**Section 2.2**
This Endorsement shall terminate upon termination of the Group Certificate and under the same terms and conditions specified in the Group Certificate.

**Section 2.3**
Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the Group Certificate to which this Endorsement is attached, other than as above stated in this Endorsement.

**MAMSI LIFE AND HEALTH INSURANCE COMPANY**

By: _Thomas P Barberg_____

Title: ___President_____

Effective Date: ___10/98_____

0738922-1098DC