## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 1:05CV02450 (ESH)** |
| ) | |
| ) | |
| **MAMSI LIFE AND HEALTH** ) | |
| **INSURANCE COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER LIMITING DISCOVERY TO THE ADMINISTRATIVE RECORD

Defendant, MAMSI Life and Health Insurance Company ("MLH"), by and through counsel, King Pagano Harrison, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 26(b)(2) and (c)(1), to enter a Protective Order quashing the Interrogatories, Requests for Production, Notice of Deposition *Duces Tecum* of IPRO, Inc. Pursuant to Rule 30(b)(6) and Notices of Deposition propounded upon MLH in this matter. MLH respectfully submits that the Court should limit the scope of discovery to the Administrative Record only, which MLH filed with this Court and served upon the Plaintiff on July 24, 2006. In support of its Motion, MLH incorporates by reference the arguments set forth and the exhibits attached in its Memorandum of Law in Support of its Motion For Protective Order.

Date: July 24, 2006                    Respectfully submitted,


_____ /s/ Christopher Flynn _____
Christopher Flynn, Esq.
William C. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Ph: 202-371-6800
Fax: 202-371-6770
cflynn@kph.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 24th day of July 2006, a copy of

DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S MOTION FOR

PROTECTIVE ORDER LIMITING DISCOVERY TO THE ADMINISTRATIVE RECORD,

together with a form order, was sent via electronic filing to:

> J. Michael Hannon, Esq.
> THOMPSON, O'DONNELL, LLP
> 1212 New York Avenue NW, Suite 1000
> Washington, DC 20005
> ph: (202) 289-1133
> Fax: (202) 289-0275
> *Counsel for Plaintiff*

and all counsel of record, registered with the Court's ECF system.

Respectfully submitted,

_____/s/ William C. Silvis_____
William C. Silvis, Bar No. 485572
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

*Counsel for Defendant MAMSI Life and Health
Insurance Company*