## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,                            ) | |
| )                                    | |
| Plaintiff,                       )   | |
| )                                    | |
| v.                                   )    Case No.: 1:05CV02450 (ESH) |
| )                                    | |
| )                                    | |
| MAMSI LIFE AND HEALTH                )    | |
| INSURANCE COMPANY, et al.,           )    | |
| )                                    | |
| Defendants.                     )    | |
| )                                    | |

## ORDER FOR PROTECTIVE ORDER

Upon consideration of MAMSI Life and Health Insurance Company's Motion For Protective Order Limiting Discovery to the Administrative Record and its supporting Memorandum of Law, it is this _____ day of _____ 2006,

**ORDERED**, that this Court shall enter a Protective Order to quash the Interrogatories, Requests for Production and Deposition Notices that the Plaintiff propounded upon the Defendant, MAMSI Life and Health Insurance Company, in this matter and that the scope of discovery shall be limited to the Administrative Record only.

The Honorable Ellen Segal Huvelle
United States District Judge for the
District of Columbia