# EXHIBIT

# A

MAMSI Life and Health Insurance Company
A UnitedHealthcare Company

4 Taft Court
Rockville, Maryland 20850

CW 46 02 06 682 06/04

0726157-0798DC

# MAMSI Life and Health Insurance Company

## A UnitedHealthcare Company

**PPO**

**Group Certificate**
**Schedule 7J**

Rockville, Maryland

ADMIN-REC000000271

# INTRODUCTION

## MAMSI LIFE AND HEALTH INSURANCE PPO PLAN GROUP CERTIFICATE

Welcome to MAMSI Life and Health Insurance Company (MLH). We appreciate Your participation with MLH, and look forward to providing You with comprehensive, coordinated health care.

This Group Certificate was designed to provide You with a detailed explanation of the health care coverage provided through MLH for You and the members of Your family.

To understand exactly what Your participation entails, please read this Group Certificate carefully and jot down any points You may not understand or want to have verified.

Thomas Barbera
President

# GROUP HOSPITAL AND MEDICAL SERVICE INSURANCE POLICY
# MAMSI LIFE AND HEALTH INSURANCE COMPANY

## TABLE OF CONTENTS

The Sections of the Group Certificate appear in the order set forth below:


DEFINITIONS ........ 1

GENERAL PROVISIONS ........ 10

CLAIM PROVISIONS ........ 12

ELIGIBILITY, EFFECTIVE DATE, AND TERMINATION DATE ........ 14

COORDINATION OF BENEFITS ........ 21

SCHEDULE OF INSURANCE ........ 29

HEALTH SERVICES, LIMITS AND PERCENTAGE PAYABLE ........ 31

EXCLUSIONS ........ 46

CONTINUATION RIGHTS ........ 50

CONVERSION PRIVILEGE ........ 52

PREADMISSION AUTHORIZATION ........ 54

CASE MANAGEMENT ........ 55

INDEX ........ 56

Misstatement of Age ........ 11
Money Payable ........ 11
Semiprivate Room Rate ........ 10
Time Effective ........ 10

Health Services, Limits, and Percentages Payable ........ 31
Home Health Care Services ........ 41
Hospital Services ........ 31
Medical Equipment and Devices ........ 45
Mental Illness, Emotional Disorders, Drug Abuse and Alcohol Abuse ........ 41
Organ Transplant Services ........ 43
Pregnancy and Maternity Services ........ 37
Preventive Services ........ 39
Professional Services ........ 34

Preadmission Authorization ........ 54
Procedures for Preadmission Authorization ........ 54

Schedule of Insurance ........ 29


Case 1:05-cv-02450-ESH Document 27-4 Filed 07/25/2006 Page 4 of 15

ADMIN-REC0000273

# INDEX


Case Management ........ 55

Claim Provisions ........ 12
- Assignment ........ 12
- Claims Review Procedures ........ 13
- Discharge ........ 13
- Facility of Payment ........ 12
- Forms ........ 12
- Legal Actions ........ 13
- Minor or Incompetency ........ 12
- Proofs of Loss ........ 12
- Time Limitations ........ 13
- Time of Payment of Claims ........ 12

Continuation Rights ........ 50
- Federally Mandated ........ 50

Conversion Privilege ........ 52
- Conversion Coverage ........ 52
- Conversion Period ........ 52

Coordination of Benefits ........ 21
- Coordinating Benefits with Medicare ........ 25
- Definitions ........ 22
- Effect on Benefits ........ 22
- Facility of Payment ........ 25
- Medicare's Payment and this Plan ........ 26
- Right of Recovery ........ 25
- Right to Receive and Release Necessary Information ........ 25

Definitions ........ 1

Eligibility, Effective Date, and Termination Date ........ 14
- Effective Date of an Eligible Employee's Insurance ........ 14
- Effective Date of Dependent's Insurance ........ 17
- Eligibility for Dependents ........ 16
- Eligibility for Employees ........ 14
- Grace Period ........ 15
- Special Enrollment Period for Dependents ........ 16
- Special Enrollment Period for Employees ........ 14
- Termination of an Insured Dependent's Insurance ........ 19
- Termination of an Insured Person's Insurance ........ 15

Exclusions ........ 46

General Provisions ........ 10
- Deductible ........ 10
- Exam and Autopsy ........ 11
- Incontestability ........ 10
- Lifetime Maximum Benefit ........ 10


# DEFINITIONS

The following terms have special meaning throughout the Group Certificate. Other parts of the Group Certificate contain definitions specific to those provisions.

**ADULT:** A Member who is nineteen (19) years of age or older.

**ADMISSION:** The formal acceptance by a Hospital of a patient who is to be provided with room, board and nursing services in an area of the Hospital where patients generally stay at least overnight. In the event that a newborn remains in the Hospital longer than its mother, this will be considered a separate inpatient Admission.

**ALCOHOL ABUSE:** A disease that is characterized by a pattern of pathological use of alcohol with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

**ANNUAL DEDUCTIBLE(S):** The first given number of dollars of Covered Expense which are to be paid by the Member and which shall not be paid by the Company. The dollar amount of deductibles relates only to Covered Expenses.

**BIRTH CENTER:** An outpatient facility which: 1) complies with licensing and other legal requirements in the jurisdiction where it is located; 2) is engaged mainly in providing a comprehensive Birth Services program to pregnant individuals who are considered normal low risk patients; 3) has organized facilities for Birth Services on its premises; and 4) has 24-hour-a-day Registered Nurse services.

**BIRTH SERVICES:** Antepartum (before labor); Intrapartum (during labor); and postpartum (after birth) care. This care is given with respect to: 1) uncomplicated pregnancy and labor, and 2) spontaneous vaginal delivery.

**BODY ORGAN (TRANSPLANTS):** 1) Kidney; 2) liver (limited to Children with biliary atresia); 3) Medically Necessary non-Experimental bone marrow; or 4) cornea.

**CASE MANAGER:** A person who performs case management activities on behalf of the Company/Health Plan.

**CHILD OR ADOLESCENT:** Any Member who is under the age of nineteen (19) years.

**COINSURANCE:** The percentage of a Requested Charge, Maximum Allowable Charge, or Usual, Customary, and Reasonable Charge which the Company is required to pay in connection with receiving certain services. A summary of the applicable Coinsurance percentages is contained in the Health, Services, Limits and Percentages Payable Section and any adopted endorsements accompanying this Group Certificate.

**COMPANY:** MAMSI Life and Health Insurance Company.

**CONGENITAL ANOMALY:** A defective development, abnormality, or malformation of a part of the body which is determined by a Physician to have been present at the



ADMIN-REC000000274

time of birth, including cleft lip and cleft palate. Abnormality in this context refers to a medical condition which is contrary to the body's usual size, location, condition, or system and which prevents normal bodily function.

**CONTRACT:** The employer's group policy, the Group Specification Summary, any master application, any individual application, any riders, endorsements, and any amendments, including any Certificate, rider, endorsement, or amendment issued after the Group Policy Effective Date.

**CONTRACT YEAR:** A period of time: 1) beginning with the Contract effective date of any year, and 2) terminating on the same date of the succeeding year. If the effective date is February 29, such date will be considered to be February 28 in any year having no such date.

**COPAYMENT:** A sum of money which Members are required to pay in connection with receiving certain services. A summary of the services requiring Copayments is contained in the Health Services, and Percentages Payable Section and any adopted endorsements accompanying this Group Certificate. Copayments are generally collected by the Provider at the time of service.

**COSMETIC:** A condition or procedure which serves merely in bodily appearance and not in bodily function as determined by the Company.

**COVERED DEPENDENT:** An Eligible Dependent whom the Insured Person has properly enrolled for coverage under this Group Certificate, but applies only while coverage is in effect.

**COVERED EXPENSE:** The portion of a Provider's charge authorized by the Company for a service listed in the Health Services, Limits and Percentages Payable section.

**CUSTODIAL CARE:** Medical or non-medical services (such as assistance in the activities of daily living): a) which are furnished mainly to assist a person in the activities of daily living; b) for which professional skills or training is not required; and c) which are not likely to result in the improvement of the Member's condition in his or her recovery.

**DEPENDENT:** A person who is:

1. An Insured Person's lawful spouse; or
2. An Insured Person's Dependent Child who is:
   a) a member of the Insured Person's household, with the exception of Children for whom the Insured Person has been court or administratively ordered to provide health care coverage;
   b) under nineteen (19) years of age, or a Full-Time Student under the age of twenty-three (23); and
   c) is primarily supported by the Insured Person, with the exception of Children for whom the Insured Person has been court or administratively ordered to provide health care coverage.

ADMIN-REC000000275



## CASE MANAGEMENT

MLH has a Case Management Program that is a collaborative process which assesses, plans, implements, coordinates, monitors, and evaluates the medically appropriate options and Medically Necessary services required to meet selected Members' health needs, using communication and available resources to promote quality, cost-effective outcomes. The Case Manager helps identify appropriate providers and facilities throughout the continuum of services, while ensuring that available resources are being used in a timely and cost-effective manner in order to obtain optimum value for the Member.

If care and a course of treatment is Medically Necessary and expressly covered under this Group Policy, MLH may substitute a medically appropriate alternative course of treatment or care through the Case Management Program which is not otherwise covered if the alternative care is less costly or will avoid more costly care, and will continue to provide quality care with optimum outcomes for the Member. MLH may limit the scope and duration of the alternative care authorized.

Case Management may be implemented as part of a disease management program. The Physician remains in charge of all care, and no medically appropriate alternative course of treatment or care can be implemented without his or her cooperation.

## PREADMISSION AUTHORIZATION

NOTE: Preadmission Authorization will not result in payment of benefits which would not otherwise be payable.

All non-emergency Hospital or Institutional Confinements must receive Preadmission Authorization from the Company for appropriateness of setting and Admission approval. Unless the Member seeks and receives Preadmission Authorization for certain health services as noted in the Health Services, Limits, and Percentages Payable section, the Company will have no liability and will not pay for services regardless of whether the treatment or service is deemed Medically Necessary. If an Institutional Confinement or other care or service is extended without authorization beyond the number of days first authorized, benefits for the extra days or services will not be covered under this Group Certificate.

To obtain Preadmission Authorization, contact the Company or the agency as shown on the Group Specification Summary.

**PROCEDURES FOR PREADMISSION AUTHORIZATION:**

1. Before being admitted to a Hospital or other Institution for non-emergency services as noted in the Health Services, Limits, and Percentages Payable section, the Member, the Member's attending Physician on the Member's behalf or any other person acting on behalf of the Member, must contact the Company for Preadmission Authorization. Emergencies will be reviewed by the Company retroactively.

2. The Company in its sole judgment will make its determination and: a) advise the Member that the treatment or service and setting is appropriate and authorized for a specified number of days where applicable; or, b) deny authorization and advise the Member as to the alternative treatment, service, or setting that would be appropriate and authorized; or, c) deny authorization entirely. The Company's determination will be sent in writing to the Member, the attending Physician, and the Hospital within 5 days after the Company has received the necessary notification.

3. The Member or his or her attending Physician may at any time ask the Company to: 1) reevaluate its decision; or 2) extend the number of days of Hospital or Institutional Confinement deemed to be Medically Necessary for the treatment of the Member's condition.

3. A Dependent Child: Including natural Children, grandchildren who are in the court-ordered custody of the Insured Person (legal documentation will be required), step-Children, lawfully adopted Children or any Child whether a member of the Insured Person's household or not, for whom the Insured Person has been court or administratively ordered to provide health care coverage (legal documentation will be required).

4. A Dependent age nineteen (19) years old or older, who is incapable of self-support by reason of mental or physical incapacity, either of which commenced while a Covered Dependent of the Insured Person. For Children who have coverage with the Company due to the Insured Person having been court or administratively ordered to provide health care coverage, maintenance of legal residence with the Insured Person is not required. Proof of incapacity dependency must be furnished to the Company within thirty (30) days of the Dependent's attainment of his or her 19th birthday and each birthday thereafter.

**DIRECTORY:** The booklet which contains the list of Preferred Providers and Physicians. The Directory of Preferred Providers may be subject to change from time to time with respect to individual Health Care Practitioners or Institutions and accordingly, the Company neither warrants nor guarantees the length of service of any Preferred Provider.

**DURABLE MEDICAL EQUIPMENT:** The least costly appropriate type of medical apparatus which is: 1) prescribed by a Physician as essential in the treatment of the Injury or Sickness; and 2) able to withstand repeated use (other than consumable supplies); and 3) not useful generally to an individual in the absence of an Injury or Sickness; and 4) primarily designated for medical purposes (not personal comfort or convenience); and 5) appropriate for home use.

**DRUG ABUSE:** A disease that is characterized by a pattern of pathological use of a drug with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

**ELIGIBLE DEPENDENT:** An Insured Person's Dependent.

**ELIGIBLE EMPLOYEE:** An employee who meets the eligibility requirements of this Group Certificate.

**EMERGENCY SERVICES:** Services provided in a Hospital Emergency Room upon the onset of a Medical Emergency.

**EMERGENCY ROOM:** The area of a Hospital which routinely treats Medical Emergency conditions.

**MEDICAL EMERGENCY:** The sudden onset of a medical condition that manifests itself by symptoms of sufficient severity, including severe pain, that the absence of immediate medical attention could reasonably be expected by a prudent layperson, who possesses an average knowledge of health and medicine, to result in:

1. placing the patient's health in serious jeopardy;
2. serious impairment of bodily functions;

ADMIN-REC000000276

3. serious dysfunction of any bodily organ or part;
4. In the case of a pregnant woman, serious jeopardy to the health of the fetus.

**EXCLUSION:** An item or service which is not covered under this Certificate.

**EXPERIMENTAL:** A drug, device, treatment, or procedure is experimental or investigational if: 1) it is not recognized, in accordance with generally accepted medical standards as evidenced in authoritative medical and scientific publications, as being safe and effective for the condition for which it has been prescribed, whether it is permitted by law to be used in testing or other studies on human patients; or 2) it requires approval by a governmental authority (including the U.S. Food and Drug Administration) prior to use, but such approval has not been granted; or 3) it is the subject of a written protocol used by the treating facility for research, clinical trials, or other tests or studies to evaluate its safety, effectiveness, toxicity, or maximum tolerated dose, as evidenced in the protocol itself or in the written consent form used by the facility.

A drug will not be considered experimental if any of the following sources consider the drug appropriate for the particular indication: 1) the U.S. Food and Drug Administration; 2) the United States Pharmacopeia Drug Information; 3) the American Medical Association Drug Evaluations; 4) the American Hospital Association Formulary Service Drug Information; and 5) medical literature (scientific studies published in a peer-reviewed national professional medical journal).

**FREE-STANDING SURGICAL FACILITY:** A legally operated facility which: 1) has permanent operating rooms; 2) has at least one recovery room; 3) has all necessary equipment for use before, during and after surgery; 4) is supervised by an organized medical staff, including Registered Nurses available for care in an operating or recovery room; 5) has a contract with at least one nearby Hospital for acceptance of patients who require Hospital care following care in the Free-Standing Surgical Facility; 6) is other than: a) a private office or clinic of one or more Physicians; or b) part of a Hospital; and 7) requires that Admission and discharge take place on the same working day.

**GROUP:** The legal entity which has contracted with the Company, which offers this Group Certificate to the Group's employee's and their Dependents.

**GROUP CERTIFICATE:** This document, the group specification summary, and any riders, endorsements, and any amendments to this booklet.

**HEALTH CARE PRACTITIONER:** Any person that provides health care services and is licensed under the laws of the state in which the treatment is received.

**HEALTH SERVICES:** The services listed in the Health Services, Limits, and Percentages Payable section of this Group Certificate.

**HOSPICE:** A facility or program which is: a) engaged in providing palliative and supportive care of the terminally ill; and b) licensed, certified or otherwise authorized pursuant to the law of jurisdiction in which services are received. For purposes hereof,

AIN-DEC0000277



Certificate. **The conversion coverage will be provided under a separate individual policy.**

The conversion coverage:
1. must cover all dependents of an Insured Person who are covered when the insurance ends. The conversion coverage will not cover any dependents who are not covered when the insurance ends, except as provided in the conversion coverage; and
2. will become effective on the day following the date of termination of Member's insurance provided the Member requests enrollment to the Company for conversion coverage and makes the required Premium payment within the thirty one (31) day conversion period.

The required premium for the conversion coverage will be the Company's then customary rate applied to:

a. the type and amount of the conversion coverage; and
b. the age and class of risk of the Member.

The premium rates for the conversion coverage may later be increased or decreased in accordance with the terms of that contract.

# CONVERSION PRIVILEGE

A Member may convert his or her Group Coverage to an individual conversion contract if the Member's group coverage terminates, and subject to the conditions set forth below. The member must apply and pay the required premium for the conversion coverage within the thirty-one (31) day conversion period.

1. Conversion rights will be extended to the Insured Person and Insured Person's covered Dependents under the following conditions:
   a. for the Insured Person and Insured Person's covered Dependents, upon termination of the Insured Person's employment with the Group,
   b. for the Insured Person and Insured Person's covered Dependents, upon termination of the Contract,
   c. for the Insured Person's covered Dependent Children, upon attainment of maximum age,
   d. for the Insured Person's covered Dependent Children, upon marriage before attainment of maximum age,
   e. for the Insured Person's covered Dependent spouse, upon divorce,
   f. for the Insured Person's covered Dependents, upon the death of the Insured Person.

2. Conversion Coverage shall not be made available for Members whose Group coverage terminates for any of the following reasons:
   a. nonpayment of Copayments or Coinsurance, or
   b. fraud or material misrepresentation.

3. Conversion coverage shall not be made available for Members when:
   a. the Member is eligible for Medicare coverage, or
   b. the Member is eligible for or is covered under another group plan with benefits substantially equal to those of the conversion coverage, or
   c. the Member was not continuously enrolled in the Company during the three (3) month period immediately preceding the termination of the Member's Group coverage.

**Conversion Period**
The conversion period is the period of 31 days that follows the date the Group coverage terminates for a covered person.

If notice of the Conversion Privilege is not given on the date insurance terminates, or within 60 days before that date, an additional period will be given in which to apply. This additional period will be the period of 31 days that follows the date such notice was given, but will in no case expire more than 90 days after the termination of insurance. Notice in writing that is mailed to the Insured Person's last known address or given by the Group will constitute notice for the purposes of this conversion privilege.

**Conversion Coverage.**
As used here, "conversion coverage" means one of the insurance plans used by the Company for the purpose of this provision. The conversion coverage may not provide the same type or level of benefits as the insurance under this Group

a terminally ill patient is any patient whose life expectancy, as determined by a Physician, is not greater than six (6) months.

**HOSPITAL:** An acute care facility licensed, certified or otherwise authorized pursuant to the law of jurisdiction which: a) is primarily engaged in providing, for compensation from or on behalf of its patients, diagnostic, rehabilitation, and surgical services for the care and treatment of injured or sick persons on an inpatient basis by, or under the supervision of a staff of Physicians; b) has 24-hour nursing services; c) provides immediate Emergency and post stabilization care; d) is accredited by the Joint Commission on Accreditation of Healthcare Organizations. A Hospital is not primarily a place for rest, Custodial Care of the aged, and is not a nursing home, convalescent home or similar facility.

**HOSPITAL CONFINEMENT OR CONFINED:** Being registered as a bed patient in a Hospital upon the recommendation and under the care of a Physician.

**IMMEDIATE FAMILY:** The parents, spouse, Children or siblings of a Member, and any person residing with a Member.

**INJURY:** Accidental bodily injury, including all related conditions and recurrent symptoms.

**INSTITUTION:** A Hospital, Skilled Nursing Facility, Extended Care Facility, Free-Standing Surgical Facility, Rehabilitation Facility, Urgent Care Center, Birthing Center, or Treatment Facility.

**INSTITUTIONAL SERVICES:** Services performed in an Institution.

**INSURING PARENT:** A parent who is required under a court or administrative order to provide health insurance coverage or who otherwise provides health insurance coverage for a Child.

**INSURED PERSON:** An Eligible Employee who is properly enrolled under this Group Certificate as the Insured.

**INTENSIVE CARE UNIT:** A section, ward or wing within the Hospital which: 1) is separated from other Hospital facilities; 2) is operated exclusively for the purpose of providing professional care and treatment for critically ill patients; 3) has spec. supplies and equipment necessary for such care and treatment available on a standby basis for immediate use; 4) provides Room and Board; and 5) provides constant observation and care by Registered Nurses or other specially trained Hospital personnel.

**LATE ENROLLEE:** An Eligible Employee or Dependent who requests enrollment in MLH following the initial enrollment period provided under the terms of the Group Agreement. An Eligible Employee or Dependent may not be considered a Late Enrollee if:

1. the individual requests enrollment within thirty (30) days of becoming an Eligible Employee;

ADMIN-REC000000278

2. a court has ordered coverage to be provided for a spouse or minor Child under the Insured Person's health benefit plan;
3. a request for enrollment is made within thirty (30) days after the Insured Person's marriage thirty-one (31) days after the birth or adoption of a Child; or
4. the individual requests enrollment during the Special Enrollment Period for Employees or the Special Enrollment Period for Dependents.

**LICENSED PRACTICAL NURSE:** An individual who has received: 1) specialized nursing training; and 2) practical nursing experience. He or she is licensed to perform nursing service by the state in which he or she performs such service. This definition will include licensed vocational nurses with the above qualifications.

**MAMMOGRAM:** An X-ray examination of the breast using equipment dedicated specifically for mammography, including, but not limited to, the X-ray tube, filter, compression device, screens, film and cassettes, with an average radiation exposure of less than one rad mid-breast, two views of each breast.

**MAXIMUM ALLOWABLE CHARGES:** The maximum amount the Company would pay to its Preferred Providers for the service. For Physician and other services, the fee maximums are as established in the Service Agreement with Alliance PPO, Inc. If multiple procedures are performed during a surgery, the above described amount will be paid for the primary procedure. A reduced percentage will be paid for the remaining surgical procedures after the primary procedure, in accordance with industry standards.

**MAXIMUM OUT-OF-POCKET EXPENSE:** The maximum amount of Copayments, Deductibles, and Coinsurance that an individual or Family is obligated to pay for covered services per year. The Maximum Out-of-Pocket Expense is set forth in the Schedule of Insurance section.

**MEDICALLY NECESSARY:** Health Services which are reasonably necessary and in the exercise of good medical practice in accordance with professional standards accepted and commonly available in the United States for treatment of Sickness or Injury as determined by the Company. The service must 1) be appropriate and necessary for the symptom's diagnosis, or treatment of the medical condition; 2) be provided for the diagnosis or direct care or treatment of the condition; 3) not be provided for convenience; and 4) be performed or provided in the least costly setting or manner appropriate to diagnose or treat the Injury or Sickness. Cosmetic and Experimental services and procedures are not Medically Necessary. Note: The fact that a Physician may prescribe, recommend or approve a procedure or treatment does not, in itself, make that procedure or treatment Medically Necessary.

**MEDICARE:** Parts A and/or B of the United States Social Security Act, Title XVIII, including amendments.

**MEDICATION MANAGEMENT:** An office visit to a Physician or other health care provider solely for the purpose of prescribing and monitoring medication for the treatment of Mental Illness, emotional disorders or Drug Abuse or Alcohol Abuse.

Dependent whose qualifying event is commencement of the Group's bankruptcy proceeding, the maximum period of coverage shall continue for thirty-six (36) months after the death of the Insured Person if the Insured Person dies within the eighteen (18) months after the initial qualifying event. Coverage shall terminate prior to expiration of the maximum period upon the earliest of the following:

1. End of Plan - the date the Group ceases to provide any group health plan to any employee.

2. Failure to Pay Premium - The date on which coverage ceases under the Group Certificate by reason of a failure to make timely payment of any Premium required with respect to the Member. Payment, except for retroactive payment for coverage during the election period, shall be considered timely if made within thirty (30) days of the date due.

3. Group Health Plan Coverage or Medicare Eligibility - the date after the date of election on which the Member first becomes covered under any other group health plan, or entitled to benefits under Medicare (except for a member whose qualifying event is the Group's bankruptcy proceeding).

4. Other - Termination in accordance with the terms and conditions of the Group Certificate.

D. If the benefits or terms of coverage provided by MLH to the Group are modified for all Members, continuation coverage shall also be modified in the same manner.

E. Transfer of Continuation Coverage. Persons who were covered under a continuation provision of an employer's prior coverage plan, when the employer changes coverage of its active employees to MLH are eligible to receive continuation coverage with MLH. Members will be covered without the imposition of any waiting period, although they will be subject to the same coverage limitations as active employees who join MLH.

F. Any Member who exercises the right to continue coverage of benefits hereunder shall, at the end of such coverage, if otherwise eligible, be able to elect conversion rights pursuant to the Group Certificate.



MLH-N-BEC0000279

# CONTINUATION RIGHTS

**Federally Mandated**

A. If you are a member of an employer group with twenty (20) or more employees, you are entitled to elect continuation of coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). The Member, as an alternative to, and not as an extension of, any other continuation coverage described in or attached to the Group Certificate, shall be eligible for continuation of such coverage under the Group Certificate as is in effect on the date of the Member's "qualifying event" as defined in COBRA. Qualifying events include (if such event would ordinarily result in loss of coverage under the Group Certificate) termination of the covered employee's employment (other than by reason of employee's gross misconduct) or reduction of hours of the covered employee's employment, death of the covered employee, the divorce or legal separation of the covered employee from the employee's spouse, the covered employee becoming entitled to benefits under Title XVIII of the Social Security Act (Medicare), a Dependent Child ceasing to be a Dependent Child under the requirements of the Group Certificate or, where the Insured Person is an Eligible Retiree, commencement of a bankruptcy proceeding with respect to the Group. With respect to such Eligible Retiree Insured Persons of Groups in bankruptcy proceedings and their Dependents, the term "loss of coverage" above shall include a substantial elimination of coverage within one (1) year before or after commencement of the bankruptcy proceeding.

B. Such coverage shall be available to the Member only if election of coverage is made within the election period set by the Group. The "election period" established by the Group shall be of at least sixty (60) days duration, shall begin not later than the date on which coverage under the Group Certificate would ordinarily terminate after the occurrence of a qualifying event, and shall end not earlier than sixty (60) days after the later of: (1) the date the Insured Person notifies the plan administrator or receives notice from the plan administrator of a qualifying event; or (2) the date coverage under the Group Certificate would ordinarily terminate after a qualifying event. Such continuation coverage shall be made available at the Premium specified in the Group Agreement, which in no event shall exceed one hundred and two percent (102%) of the total Premium charged for such period of coverage for similarly situated Members to whom a qualifying event has not occurred. The Insured Person and/or Dependent(s) must pay to the Group, on a monthly basis, the amount of contribution required, in order that benefits may be continued.

C. The maximum period of continuation of coverage for Insured Persons and their Dependents whose qualifying events are termination of employment or reduction of hours or commencement of the Group's bankruptcy proceeding shall be eighteen (18) months. For all other members eligible for such coverage, the maximum period of coverage shall be thirty-six (36) months. Notwithstanding the foregoing, if a qualifying event (other than commencement of a bankruptcy proceeding) occurs within eighteen (18) months after an event warranting an eighteen (18) month maximum period, the applicable maximum period shall then be thirty-six (36) months from the initial qualifying event. Also, for an eligible

**MEMBER:** Either an Insured Person or Covered Dependent, but applies only while coverage of such person under this Group Certificate is in effect.

**MENTAL ILLNESS:** A condition which is classified as neurosis, psychoneurosis, psychopathy, psychosis of mental or emotional disorders.

**NON-INSURING PARENT:** A parent other than an Insuring Parent.

**NON-PREFERRED PHYSICIAN OR PROVIDER:** A Physician or Provider who is not a Preferred Physician or Provider.

**OPEN ENROLLMENT PERIOD:** An annual period of not less than thirty (30) days during which the employer gives Eligible Employees the opportunity to elect coverage.

**PARTIAL HOSPITALIZATION:** The provision of medically directed intensive or intermediate short-term treatment for Mental Illness, emotional disorders, Drug Abuse or Alcohol Abuse for a period of more than 4 hours but less than 24 hours in a day for a Member in a licensed or certified Treatment Facility or program.

**PER CONDITION:** Each injury and each sickness diagnosis. If the Member has been free of treatment for a condition for at least 6 months, any further treatment for the same condition shall be considered due to a new and separate condition.

**PHYSICIAN:** A practitioner of the healing arts who is duly licensed in the state in which the treatment is received. He or she must be practicing within the scope of that license. Note: For purposes of this Group Certificate, a duly licensed dentist, chiropractor, optometrist, optician, professional counselor, psychologist, clinical social worker, podiatrist, chiropodist, physical therapist, clinical nurse specialist who renders mental health services, audiologist, speech pathologist, certified nurse midwife or other practitioner acting within the scope of their licenses will be considered on the same basis as a Physician to the extent that services are covered under this Group Certificate.

**PREADMISSION AUTHORIZATION:** The prior approval a Member must seek and receive from the Company before Admission to a Hospital or Institution which is required for non-emergency health services as noted in the Health Services, Limits, and Percentages Payable section.

**PRECERTIFICATION:** The prior approval a Member must seek and receive from the Company before receiving certain non-Emergency outpatient Health Services as noted in the Health Service, Limits, and Percentages Payable section.

**PREFERRED PHYSICIAN OR PROVIDER:** A Physician or Provider who has directly or indirectly contracted with the Company to provide medical services to persons insured by the Company under the terms and for consideration specified in the contract between the Company and the Provider.

**PREMIUM:** The amount of money prepaid to the Company by a Group, including the Insured Person's contributions, if any, on behalf of Members enrolled through that Group.

ADMIN-REC000000280

**PRESCRIPTION DRUGS OR MEDICATION:** A drug which has been determined to be safe and effective by the Food and Drug Administration and which can, under federal or state law, only be dispensed when ordered by a Physician who is duly licensed to prescribe such medication. This definition includes insulin.

**PRIVATE DUTY NURSE:** A Registered Nurse or Licensed Practical Nurse engaged in private duty nursing.

**PROVIDER:** A Physician, Institution, pharmacy or other health care institution or practitioner, licensed, certified or otherwise authorized pursuant to the law of jurisdiction in which care or treatment is received.

**REGISTERED NURSE:** A professional nurse who has the right to use the title Registered Nurse (R.N.) in the state in which services are provided.

**REHABILITATION FACILITY:** A facility or program licensed, certified or otherwise authorized pursuant to the law of jurisdiction for treatment of speech, occupational, and physical therapy.

**REQUESTED CHARGES:** The charge the Provider requests for service.

**ROOM AND BOARD:** All charges commonly made by an Institution on its own behalf for room and meals essential to the care of registered bed patients.

**SICKNESS:** A physical or mental illness. It also means: 1) pregnancy or complications thereof; and 2) cleft lip and cleft palate.

**SKILLED NURSING FACILITY:** An Institution, or a distinct part of an Institution, licensed in the state in which the treatment is received, which is:

(a) Primarily engaged in providing:
   (i) Skilled nursing care, and related services, for residents who require medical or nursing care, or
   (ii) Rehabilitation services for the rehabilitation of injured, disabled, or sick persons; or,
(b) Certified by the Medicare Program as a Skilled Nursing Facility.

**SOUND NATURAL TEETH:** Teeth that are free of active clinical decay, have at least 50% bony support, are functional in the arch, and have not been excessively weakened by multiple dental procedures, are whole or properly restored, and not in immediate need of treatment except for the accidental injury.

**SPECIAL ENROLLMENT PERIOD:** A period of thirty (30) days during which the Eligible Employee and the Employee's Eligible Dependent may enroll in MLH following the loss of other coverage by the Employee or Eligible Dependent, or a period of thirty (30) days during which the Eligible Employee and the Employee's Eligible Dependent may enroll in MLH following the birth, placement for adoption, adoption of a Child, or marriage of the Eligible Employee.

**SPINAL TREATMENT:** Detection or correction (by manual or mechanical means) of subluxation(s) in the body to remove nerve interference or its effects. The interference





52. Treatment related to autism and treatment of pervasive development disorder. The assessment for these disorders is covered.

53. Treatment for sexual addiction, gambling and codependency.

54. Sexual therapy.

55. Treatment of sexual offenders.

56. Treatment focused primarily on marital, Child support or custody proceedings.

57. Marriage counseling.

58. Psychotherapy and any other consultations done by telephone.

59. Psychoanalysis.

60. Treatment directed towards a professional certification or whose primary purpose is personal growth and development.

61. During Inpatient Hospitalizations for mental health or substance abuse treatment, services beyond one individual and one group session per day.

62. Two or more levels of care that occur simultaneously, including, but not limited to, inpatient treatment and partial day Hospitalization or inpatient treatment and outpatient treatment are not covered due to duplication of services.

63. Psychiatric intermediate or residential care.

64. Court ordered examinations and care.

65. Non-Medically Necessary ancillary services such as half-way housing.

66. Reduction mammoplasty.

67. Therapy for the eyes and eye exercises.

68. Services not listed as covered or services that exceed any stated limitation.

69. Dietary supplements or replacements, vitamins or tube feedings.

70. Treatment for a circumstance or problem which may influence a Member's mental health status but is not a specific mental diagnosis or illness.

71. Elective Inpatient Admissions for which prior Preadmission Authorization was not obtained.

72. Confinement, treatment, services or supplies received outside the United States. This only applies if they are not the type and nature of medical confinement, treatment, services or supplies available in the United States.

73. Intoxicants and Narcotics: The Company shall not be liable for any loss sustained or contracted in the consequence of the Member's being intoxicated or under the influence of any narcotic unless administered on the advice of a Physician.

33. Incidental surgery performed through the course of a Medically Necessary surgery.

34. Duplicate testing or handling fee for laboratory tests.

35. All organ transplants, except as otherwise listed as covered.

36. Sex transformation; sterilization reversals; or surgery or treatment related to sexual dysfunction.

37. Private room and board charges.

38. Experimental Services.

39. Abortions which are not defined as documented fetal abnormalities and/or endangerment of the life of the mother if the pregnancy were completed.

40. Physical, chiropractic, occupational or speech therapy determined no longer to be Medically Necessary or appropriate.

41. Abdominoplasty.

42. Panniculexetomy.

43. Infertility services after reversal of voluntary sterilization.

44. Gamete Intrafallopian Transfer (GIFT), Zygote Intrafallopian Transfer (ZIFT), in vitro fertilization, genetic alteration, gene therapy, collection or storage of sperm, infertility services for a non-covered spouse, infertility services which the Company determines is not likely to result in conception, drugs whose primary purpose is the treatment of infertility, except for clomiphene or serophene, harvesting of ovum or ova, embryo transfers, costs associated with eggs and the storage of eggs, sex selection services, reversal of voluntary sterilizations, costs associated with donor sperm or the storage of sperm used for artificial insemination.

45. Medication management for non-covered infertility drugs.

46. Transportation other than local ambulance service listed as covered, and air ambulance not deemed Medically Necessary.

47. Special education, counseling, therapy or care for learning deficiencies or behavioral problems. This applies whether associated with manifest mental illness or other disturbances.

48. Confinement, treatment, services or supplies related to learning disabilities, mental retardation and/or mental deficiency.

49. Educational assessments and vocational training.

50. Inpatient or day treatment programs for pain management, unless deemed appropriate by the Company.

51. Treatment for organic mental disorder when the disorder is due to permanent brain dysfunction.

must be the result of or related to distortion, misalignment or subluxation of or in the vertebral column.

**TERMINAL ILLNESS:** A disease or condition for which the Member has a terminal prognosis of six (6) months or less to live as certified by a Physician.

**TOTAL DISABILITY:** The inability by reason of injury or sickness to perform each and every duty pertaining to the Insured Person's occupation during the first 52 weeks of the disability. After the first 52 weeks, it shall mean the inability to perform each and every duty of any business or occupation for which the Insured Person is reasonably fitted by education, training and experience. In the case of a Covered Dependent, it shall mean the inability to perform the normal duties and usual activities of a person of the same age and sex in reasonably good health.

**TREATMENT FACILITY:** A residential or non-residential facility or program licensed, certified or otherwise authorized pursuant to the law of jurisdiction for treatment of Mental Illness, emotional disorders, Drug Abuse or Alcohol Abuse.

**URGENT CARE CENTER:** A free-standing facility, center or other entity that operates primarily to provide specialty medical treatment of an unforeseen, unexpected illness or injury on an urgently needed or prompt basis.

**URGENT CARE SITUATION:** An unforeseen illness or Injury which requires timely medical care to prevent health deterioration as determined by the Company.

**USUAL, CUSTOMARY, AND REASONABLE (UCR):** The lesser of the Requested Charge of a provider or the usual charge made by a Provider or other supplier of services, medicines, or supplies. The charge cannot exceed the general level of charges made by other suppliers within an area in which the charge is incurred for Injury or Sickness comparable in severity and nature to the Injury or Sickness being treated, as determined by the Company. Area as it would apply to any particular service, medicine or supply means a city or such greater geographic area as is necessary to obtain a representative cross section of level of charges. For providers under contract with Alliance PPO Inc., the charge cannot exceed the fee maximums, discounts, or other terms established in the contract. Providers under contract with Alliance PPO Inc., have agreed to accept the Company's payment plus Your Deductible, Copayment, or Coinsurance as full payment for the claim.

**YOU or YOUR:** The Insured Person or Member.

ADMIN REC 0000000282

# GENERAL PROVISIONS

**THE CONTRACT:** The Policy, the Group Contract, any Group application of the policy owner, and any individual applications of the persons insured shall constitute the entire contract. Upon timely payment of premium, the Contract will remain in effect for twelve (12) consecutive months from the effective date of the application unless terminated pursuant to the terms of the Contract. A copy of the application of the policy owner shall be attached to the policy when issued.

Any statements made by the Policyholder or the Insured shall be deemed representations and not warranties, and no written statement made by any Insured shall be used in any contest unless a copy of the statement is furnished to the Insured, his or her beneficiary or to the Insured's authorized personal representative.

**CERTIFICATES:** MLH will issue to each Insured, an Individual Certificate. The Insured is the Certificateholder unless otherwise specified. The Individual Certificate will summarize the Insured's and Insured Dependent's insurance coverage.

**CLAIMS EXPERIENCE:** Upon request, MLH shall provide the Policyholder, within sixty days of any amendment of the contractual terms of the policy or premiums, with a complete record of the Group's claims experience incurred under the Policy for the lesser of the period of time since the Policy was issued, or last renewed, issued or extended (if already in existence).

**SEMIPRIVATE ROOM RATE:** In the case of a Hospital which does not have semiprivate accommodations: the standard daily semiprivate room rate will, for purposes of this benefit, be at the rate approved by the Health Services Cost Review Commission.

**DEDUCTIBLE:** All Deductibles applicable to the Covered Expenses incurred by the Member each Contract Year are shown in the Schedule of Insurance. Applicable Deductibles must be satisfied by the Member before benefits can be paid.

**LIFETIME MAXIMUM BENEFIT:** The Company will pay benefits limited to the Lifetime Maximum Benefit shown in the Schedule of Insurance. This applies individually to the Insured Person and each Covered Dependent. When benefits in such amount have been paid or are payable under this benefit for the Insured Person or Covered Dependent, all insurance for that person under this benefit will terminate.

**TIME EFFECTIVE:** The effective time for any dates used is 12:01 A.M. at the address of the Group.

**INCONTESTABILITY:** Any statement made by the Group or an Insured Person in applying for insurance under the Group Certificate will be considered a representation and not a warranty. After the Group Certificate has been in force for 2 years, its validity cannot be contested except for nonpayment of premiums or fraudulent misstatement. After an Insured Person's insurance has been in force for 2 years, its validity cannot be contested except for nonpayment of premiums or fraudulent misstatement. Only statements that are in writing and signed by the Insured Person,



16. Confinement, treatment, services or supplies that are determined to be custodial, intermediate care, domiciliary care, respite care or rest cures.
17. Any operative procedure or any portion of a procedure primarily to improve physical appearance and/or treat a mental condition through a change in bodily form.
18. Acupuncture, biofeedback and hypnotherapy.
19. Confinement, treatment, services or supplies rendered for weight reduction or morbid obesity treatment, including surgical procedures such as gastric stapling.
20. Routine foot care such as trimming of corns and calluses, treatment of flat feet or partial dislocations in the feet.
21. Private duty nursing.
22. Sclerotherapy.
23. Routine dental treatment and dental x-rays.
24. Intraoral prosthetic devices for diagnostic or surgical procedures involving any bone or joint of the face, neck or head.
25. Dental care, except as related to adjunctive dental care services listed as covered.
26. Dental implants.
27. Dental prostheses or other dental or orthotic devices such as, but not limited to, orthotic splints, partial and/or full dentures, bridges, crowns, inlays, orthodontic braces and/or cosmetic treatment except as related to treatment of cleft lip or cleft palate.
28. All procedures involving the teeth and/or areas surrounding the teeth for cosmetic or orthodontic purposes, including, but not limited to, extraction of the teeth, treatment of diseases of the teeth or gums, shortening or elongation of the mandible or maxilla, correction of malocclusion, surgical orthognathics or orthodontics except as related to treatment of cleft lip or cleft palate.
29. Durable Medical Equipment, except as otherwise listed as covered. Carpal Tunnel splints.
30. Devices used specifically as safety items or to affect performance primarily in sports-related activities, and all expenses related to physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility, diversion or general motivation.
31. Furnishing, fitting or installation of eyeglasses, contact lenses or hearing aids. This exclusion does not apply to the fitting of hearing aids for Children with cleft lip or cleft palate.
32. Radial keratotomy.

## EXCLUSIONS

This Group Certificate does not cover the following expenses:

1. Services that are not Medically Necessary. This does not refer to any preventive services listed as covered.
2. Confinement, treatment, services or supplies not recommended, approved, and received while under the care of a Physician.
3. Confinement, treatment, services or supplies that are required: a) only by a court of law, or b) only for insurance, travel, employment, school or camp purposes.
4. Confinement, treatment, services or supplies that are payable by Workers' Compensation, Medicare or any other government program.
5. Confinement, treatment, services or supplies that are required as a result of Injury or Sickness contracted while on duty with any military, naval, or air force of any country or international organization.
6. Confinement, treatment, services or supplies resulting from accidental bodily injuries arising out of a motor vehicle accident, to the extent such benefits are payable under any medical expense payment provision (by whatever terminology used-including such benefits mandated by law) of any automobile insurance policy, unless otherwise prohibited by applicable law.
7. Confinement, treatment, services or supplies rendered outside the scope of a provider's license or provided by the Member or his or her spouse, a Child, sibling or parent of the Member or a person who resides in the patient's home.
8. Confinement, treatment, services or supplies which are required for conditions for which state or local law require treatment in a public facility. However, reimbursement will be made to the Member for the costs of any covered benefits delivered at such public facility.
9. Immunizations related to foreign travel.
10. Confinement, treatment, services or supplies received before the Member's effective date.
11. Confinement, treatment, services or supplies received after the Member's termination date, except as provided in any extension of benefits provision.
12. Outpatient prescription drugs and medicines, except as provided in a supplemental pharmacy benefit rider.
13. Over the counter medical supplies and drugs.
14. Personal comfort items such as, but not limited to, telephone, radio, television or barber services.
15. Weekend Admission charges for non-emergency services. This applies only to Friday through Saturday inclusive.

with a copy of the statement given to the Insured Person, his or her beneficiary or personal representative, can be used in a contest.

**MISSTATEMENT OF AGE:** If the age of any person insured under the Contract has been misstated: 1) premiums shall be adjusted to correspond to his or her true age; and 2) if benefits are affected by a change in age, benefits will be corrected accordingly (in which case the premium adjustment will take the correction into account).

**EXAM AND AUTOPSY:** When reasonably necessary, the Company, at its own expense, may require medical exams of the Member for whom claim is made or perform an autopsy if not forbidden by law.

**MONEY PAYABLE:** All sums payable by or to the Company must be paid in the lawful currency of the United States.

ADMINREC000284