# EXHIBIT A

# CLAIM PROVISIONS

**ASSIGNMENT:** The Insured Person may authorize the Company to pay benefits under the Group Certificate directly to the Provider on whose charges a claim is based. If You receive care from a Preferred Provider, the Company will pay the Provider directly.

**FORMS:** Upon receipt of written notice of claim, the Company will furnish to the Insured Person the claim form it customarily furnishes for filing proofs of loss. If the Insured Person does not receive this claim form within 15 days after receipt by the Company of the notice of claim, the Insured Person, upon submitting written proof covering the occurrence, character, and extent of the loss for which claim is made, will be considered to have complied with the requirements of the Group Certificate for filing proof of loss.

**PROOFS OF LOSS:** Written proof of loss must be furnished to the Company within 90 days after the date of the loss for which the claim is made. Failure to furnish written proof of loss within that time will neither invalidate nor reduce any claim if it is shown that: 1) it was not reasonably possible to furnish written proof of loss within that time; and 2) such proof was furnished as soon as reasonably possible. In no event, except in the absence of legal capacity, may proof be furnished later than 365 days from the time proof is otherwise required. The Company accepts the following as Proof of Loss:

1) an itemized "HCFA 1500" completed by the Member and the Provider; or
2) a "UB 92" completed by the Member and the Provider

**FACILITY OF PAYMENT:** If an Insured Person dies while benefits under the Group Certificate remain unpaid, the Company may, at its option, make direct payment to the Provider on whose charges the claim is based; or to the surviving spouse of the Insured Person, or if none, to his or her surviving Child or Children (including legally adopted Child or Children) share and share alike; or if none, to the executors or administrators of the Insured Person's estate.

**MINOR OR INCOMPETENCY:** The Company may, at its option, make direct payment to an individual or institution appearing to the Company to have assumed the "custody or the principal support of the Member if: 1) the Member is a minor or, in the opinion of the Company, not competent to give a valid receipt for payment due him or her under the Group Certificate; and 2) no request for payment has been received by the Company from a duly appointed guardian or other legally appointed representative. The Company will provide the Non-Insuring Parent with membership cards, claims forms and any other information necessary to obtain benefits for the Dependent. Processing of claims forms and appropriate payment will be sent to the Non-Insuring Parent, the health care provider, or the Department of Health and Mental Hygiene when the Non-Insuring Parent has incurred expenses relating to the health care provided to the Child.

**TIME OF PAYMENT OF CLAIMS:** All benefits payable under the Group Certificate will be paid immediately upon receipt of written Proof of Loss.

---

H.
1. **Medical Equipment and Devices:** Durable medical equipment such as oxygen, oxygen equipment, wheelchairs, and other Medically Necessary equipment for use in the Member's home is covered. The Company reserves the right to determine the rental, purchase or repair of such equipment by the Member. Requires Precertification. The Company uses the following guideline in determining the coverage of home oxygen:

    Coverage for home oxygen must be: 1) certified by the prescribing provider that the results of recent arterial blood gas and/or oxygen saturation tests on the patient (on room air if possible) indicate hypoxemia, and 2) such test must be approved by the Company.

    Percentage Payable:
    When Received from a Preferred Provider, the lesser of:
    50% of Requested Charges or 50% of Maximum Allowable Charges.

    When Received from a non-Preferred Provider, the lesser of:
    50% of Requested Charges or 50% of Usual, Customary, and Reasonable Charges.

2. Orthopedic devices, braces, prosthetic devices Medically Necessary to substitute for body organs, and artificial limbs and eyes are covered. Dental plates or other dental devices, including implants, orthotic devices and shoes, penile devices, medical and first aid supplies which can be directly purchased by the Member are not covered. Requires Precertification.

    Percentage Payable:
    When Received from a Preferred Provider, the lesser of:
    50% of Requested Charges or 50% of Maximum Allowable Charges.

    When Received from a non-Preferred Provider, the lesser of:
    **50% of Requested Charges or 50% of Usual, Customary, and Reasonable Charges.**

    Percentage Payable:
    When Received from a Preferred Provider, the lesser of:
    100% of Requested Charges or 100% of Maximum Allowable Charges.

    When Received from a non-Preferred Provider, the lesser of:
    80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

G8700051

pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.

Body Organ transplant services, provided by a Health Care Practitioner received at the Provider's office or Hospital, are covered when deemed Medically Necessary by the Company for:

1. Liver transplants in Children under the age of eighteen (18) with biliary atresia;
2. Kidney transplants;
3. Cornea transplants; and,
4. All non-experimental bone marrow transplants.

All services related to covered transplants must be approved by the Company. If the Member does not meet the basic screening criteria for a facility (e.g., age, weight) or if the transplant service is not covered, the Company will not cover any charges related to the transplant evaluation. Organ transplants and related services not described in the Health Services, Limits, and Percentages Payable section, are not a covered benefit.

1. Physician and Hospital charges associated with covered organ transplants, and any related complications, will be covered only as follows:
   a. Services for, or related to, the transplantation of an organ into a Member of the Company including pre-transplantation and post-transplantation services approved by the Company are covered for the Member.
   b. Services for, or related to, the removal of an organ from a Member for the purposes of transplantation into another person are covered when the following conditions apply:
      i) transplant recipient is covered by the Company;
      ii) transplant recipient is undergoing a covered transplant and
      iii) the services are not payable by another plan.
   c. Services for, or related to, the removal of an organ from a non-Member for the purposes of transplantation into a covered Member of the Company when such Member is undergoing a covered transplant, and the services are not payable by another plan.
   d. The cost of services related to the screening of organ donors will be covered for the actual organ donor only.

2. The following services for, or related to, the transplantation of an organ are not covered for:
   a. Charges associated with complications resulting from the removal of an organ from a non-Member;
   b. Services for, or related to, the removal of an organ from a Member for the purposes of transplantation into a non-Member;
   c. Any services related to or associated with a non-covered transplant;
   d. Any services associated with complications resulting from a non-covered transplant.

All expenses in connection with a covered transplant require Preadmission Authorization and Precertification.

DISCHARGE: Any payment by the Company in accordance with these provisions will discharge the Company from all further liability to the extent of the payment made.

LEGAL ACTIONS: No action at law or in equity may be brought to recover under the Group Certificate prior to the expiration of sixty (60) days after proof of loss has been filed as required by the Group Certificate. Also, no action may be brought after three (3) years from the expiration of the time within which proof of loss is required by the Group Certificate.

CLAIMS REVIEW PROCEDURES: If a claim is denied, in whole or in part, the claimant will be notified in writing and given an opportunity for review. The written denial will give the specific reason or reasons for the denial.

If a claim is denied, in whole or in part, or is not acted on within thirty (30) days of filing of Proof of Loss, the claimant, or a duly authorized representative: 1) may request a review upon written application to the Company; 2) may review pertinent documents at the Company's office; and 3) may submit issues and comments in writing. Any such requests for a review must be mailed to the Company: 1) within sixty (60) days after the receipt by the claimant of a written notification of denial of a claim; or 2) within thirty (30) days from the date the claim was made and not acted on.

A decision on the claim will be made by the Company not later than thirty (30) days after receipt of a request for review from the claimant. However special circumstances (such as a decision by the Company that a hearing should be held on the matter) require an extension of time for processing. In this case a decision will be rendered as soon as possible but not later than thirty (30) days after receipt by the Company of the request for review. The decision on review will be in writing. It will include: 1) specific reasons for the decision; and 2) specific references to the pertinent Group Certificate provisions on which the decision is based.

TIME LIMITATIONS: If any time limitation provided in the Group Certificate for giving notice of claims, for furnishing proof of loss, or for bringing any action at law or in equity is less than that permitted by the applicable law, the time limitation provided in the Group Certificate is extended to agree with the minimum permitted by the applicable law.

ADMIN REC000280

13

# ELIGIBILITY, EFFECTIVE DATE, AND TERMINATION DATE

**ELIGIBILITY FOR EMPLOYEES:** The Company agrees to accept the eligibility determinations of the Group for coverage except as noted in the Group Hospital and Medical Insurance Contract as long as the rules for determining such changes are uniformly applied to all employees, Dependents and retirees of the Group.

**EFFECTIVE DATE OF AN ELIGIBLE EMPLOYEE'S INSURANCE:** The effective date of an Eligible Employee's insurance will be the earliest of the following dates, once any required Premium contribution is made:

1. the date he or she becomes eligible, if written application is made to MLH on or before that date.
2. the date of written application, if the application is made to the Company within thirty (30) days after the date he or she becomes eligible. If an employee does not request enrollment for himself or herself within thirty (30) days from the Employee's date of eligibility, he or she will be considered a Late Enrollee and will be required to wait until the next Open Enrollment Period to enroll.
3. on the effective date of the Certificateholder's contract if the Eligible Employee applies to the Company for coverage before such date.
4. if written application is made to MLH during the Group's Open Enrollment Period, the first day of the new Contract Year.

**SPECIAL ENROLLMENT PERIODS:**

If the Eligible Employee (or Eligible Dependent) fails to request to enroll with the Company within thirty (30) days of becoming eligible, the Employee (or Eligible Dependent, if Employee is already enrolled) may enroll during the Special Enrollment Period. The Special Enrollment Period is the thirty (30) day period following termination of Employee's (or Eligible Dependent's) other health coverage provided:

1. the employee or dependent was covered under a group health plan or had health insurance coverage at the time coverage was previously offered;
2. the Employee's (or Eligible Dependent's) coverage described in 1, above was:
   (i) under a COBRA continuation and the coverage under such provision was exhausted; or
   (ii) not under such a provision and either the coverage was terminated as a result of loss of eligibility for the coverage (including as a result of legal separation, divorce, death, termination of employment, or reduction in the number of hours of employment) or employer contributions toward such coverage were terminated; and
3. the employee requests such enrollment for himself or herself (and the Eligible Dependent) and the required Premium payment is made, not later than thirty (30) days after the date of exhaustion of coverage.

Subject to the receipt by MLH of applicable monthly Premiums and completed enrollment forms, the coverage effective date for an Employee or Dependent (enrolled during this Special Enrollment Period, and whose previous coverage terminated as noted in 1 and 2 above) shall be the date of written application.

The Eligible Employee is not in Active Service on the date his or her insurance would otherwise become effective, and the Employee requested to be enrolled as noted in

14

---

Limits: The maximum payable by the Company is twenty-eight (28) days per Member per Contract year.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.
When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

b. Emergency care and detoxification services are provided for services which are designed to facilitate reduction of the physiological consequences of excessive intake of alcohol or drugs and may include triage, medical history, physical nourishment, continuous medical observation, administration of pharmaceuticals, motivational counseling and referral to aftercare. All emergency Admissions must be reported to the Company within 48 hours of the Admission.

Limits: No more than twelve (12) days for emergency care or detoxification in an acute care Hospital or licensed detoxification facility per member per Contract Year.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.
When Received from a non-Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Usual, Customary, and Reasonable Charges.

c. Outpatient substance abuse treatment services provided by a Physician, psychologist, or social worker or other licensed and qualified health care practitioner received at the Provider's office, a Hospital, or Treatment Facility provided the services are Medically Necessary. Subject to the Annual Deductible. Requires Precertification.

Limits: The maximum payable by the Company is thirty (30) visits per Member per Contract Year.

When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

G. Organ Transplant Services:
Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists,*

43

Limits: The maximum amount payable by the Company is forty-five (45) days per Member per Contract Year.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

b. Outpatient Treatment.
Treatment services including diagnostic evaluation, medical psychiatric and psychological care, and psychotherapy for mental, emotional or nervous disorders provided by a Physician or other licensed and qualified health care practitioner, rendered in a Hospital, alcohol or drug rehabilitation facility or Mental Health Treatment Center or Provider's office provided the services are Medically Necessary and, in the professional judgement of practitioners, acute mental health illness is subject to significant improvement through short-term therapy. Subject to the Annual Deductible.

Limits: Services are limited to one (1) visit per Member per day.

Percentage Payable for the first forty (40) visits in a Contract Year.
When received from a Preferred Provider, the lesser of:
75% of Requested Charges or 75% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
75% of Requested Charges or 75% of Usual, Customary, and Reasonable Charges.

Percentage Payable for any additional visits in a Contract Year.
When received from a Preferred Provider, the lesser of:
60% of Requested Charges or 60% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
60% of Requested Charges or 60% of Usual, Customary, and Reasonable Charges.

2. Treatment of Alcohol and Substance Abuse:
a. Inpatient substance abuse and rehabilitation treatment services and supplies provided by a Physician, psychologist, or social worker in a Hospital or Treatment Facility, provided the services are Medically Necessary, including semi-private room and board. Subject to the Annual Deductible. Requires Preadmission Authorization.

---

the Eligibility for Employees section above, or during the Special Enrollment Period, the insurance will not become effective until the date of return to Active Service. The insurance will become effective on a nonworking day, other than a sick day, if the Eligible Employee was in Active Service on his or her last scheduled working day before the nonworking day.

TERMINATION OF AN INSURED PERSON'S INSURANCE: Except as provided in the Continuation of Benefits provision, the Insured Person's insurance will terminate effective on the earliest of the following dates:

1. the date ending the period for which contribution is made, if a required Premium contribution is not made when due;
2. the date of termination of Active Service. In the event the Insured Person is absent on account of injury or Sickness, Active Service will terminate for purposes of this insurance on such later date as the Certificateholder may determine;
3. the date the Insured Person enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of: a) scheduled drills; or b) other training not exceeding one month in any calendar year.
4. the date the Insured Person ceases to be eligible for insurance (the Company will not require continued insurability);
5. the date of termination of the Group Certificate.
6. if a Member knowingly furnished to MLH false, incorrect or incomplete information which is material to the acceptance of his or her application, MLH may void the Member's coverage as if it had never been in effect upon written notice.

A specific benefit under the Group Certificate terminates on the date that benefit is no longer provided under the Group Certificate.

GRACE PERIOD: The Certificateholder is entitled to a Grace Period of thirty-one (31) days for payment of any Premium due except the first Premium which must have been received by MLH in order for coverage under this Group Certificate to have become effective. During this Grace Period, the coverage shall continue in force unless the Certificateholder has given the Company written notice of discontinuance in accordance with the terms of this Group Certificate and in advance of the date of discontinuance. The Certificateholder shall be liable to the Company for the payment of a pro rata Premium for the time the Certificate was in force during the Grace Period. Notwithstanding the above, if payment is not received by the expiration of the grace period, then the coverage under this Group Certificate may be terminated by MLH. Coverage will terminate effective on the last day for which Premium payments were made and MLH shall have no liability for benefits as of the effective date of termination.

Under applicable state and federal laws, a Member may have the right to elect to remain covered under the Group Certificate, provided such election is timely and an appropriate provision is made for the applicable Premium payment. See the Continuation provisions of the Group Certificate. In addition, Members have the right to convert to an individual accident and sickness insurance conversion policy. See the Conversion provisions of the Group Certificate.

ADMIN-REC000035

15

**ELIGIBILITY FOR DEPENDENTS:** An employee will be eligible for Dependents' coverage on the later of the following dates, provided the Company receives timely notification as determined by MLH:

1. the date he or she becomes an Eligible Employee; or
2. the date he or she first acquires his or her first Eligible Dependent.

If both spouses are Eligible Employees, either spouse, but not both, is eligible for Dependents' Insurance. In the event Insurance for the spouse carrying the Dependents' insurance terminates, the other spouse can become insured for Dependents' Insurance without evidence of insurability by applying within thirty-one (31) days.

Persons eligible as Covered Dependents of an Insured Person include:

1. an Insured Person's lawful spouse; or
2. an Insured Person's Dependent Child who is:
   a) under nineteen (19) years of age, or a Full-Time Student under the age of twenty-three (23); and
   b) is primarily supported by the Insured Person, with the exception of Children for whom the Insured Person has been court or administratively ordered to provide health care coverage.

   a Dependent Child: including natural Children, step-Children, Children placed for adoption, or any Child for whom the Insured Person has been court or administratively ordered to provide health care coverage.

3. a Dependent age nineteen (19) years old or older, who is incapable of self-support by reason of mental or physical incapacity, either of which commenced while a covered Dependent of the Insured Person. Proof of incapacity dependency must be furnished to the Company within thirty-one (31) days of the Dependent's attainment of maximum age as noted in 2. a) above and each birthday thereafter.

**SPECIAL ENROLLMENT PERIOD FOR DEPENDENTS:**

If an Employee acquires a Dependent through marriage, birth or adoption, or placement for adoption, (when the Employee is not enrolled and the Employee has not met any waiting period applicable to becoming a participant under the health insurance benefit plan and is eligible to be enrolled under the health insurance benefit plan but failure to enroll during a previous enrollment period) the newly acquired dependent may be enrolled as a dependent of the Employee provided the Employee also becomes enrolled. In the case of the birth or adoption of a Child, the spouse of the Employee may also be enrolled as a dependent of the Employee if such spouse is otherwise eligible for coverage. Such enrollment shall be made during the Special Enrollment Period which shall be a period of thirty (30) days beginning on the later of the date the dependent coverage is made available, or (i) the date of the marriage, birth, adoption or placement for adoption.

Subject to notification of the Company within thirty (30) days, the receipt of applicable monthly Premiums and completed enrollment forms, the coverage effective date for an Employee or Dependent enrolled during the Special Enrollment Period, shall be as follows:

1. In the case of marriage, on the first day of the first month beginning after the date written application is received by the Company.

---

E. **Home Health Care Services:** Medically Necessary intermittent home health care services which include services and supplies furnished in the home by a home health agency, including but not limited to, registered nurses, licensed practical nurses and home health aides provided immediately following an illness or Injury, are covered in accordance with H.C.F.A. (Health Care Financing Administration) guidelines. Services must be Medically Necessary. Subject to the Annual Deductible. Requires Precertification.

Note:
a. Every four (4) consecutive hours or a portion thereof of home health services provided by a Provider during a home visit shall constitute one visit (up to four (4) hours = one (1) visit).

b. Intermittent is defined as up to thirty-five (35) hours of Medically Necessary home health services, which are provided over a period of one (1) seven (7) day week. Such intermittent services shall be provided on a temporary basis only, for a period not to exceed twenty-one (21) days. Any allowances for extensions shall be granted by the Company only under exceptional circumstances when the need for additional care in excess is finite and predictable as determined by the Company, and for a finite period of time.

c. Rehabilitative therapies (physical, occupational and speech therapy) provided in the home environment will be counted toward the limits for rehabilitation as provided under section B.2, **Professional Services**.

d. Custodial care, convenience items and non-medical services are not covered. Services must be Medically Necessary as determined by the Company.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

F. **Mental Illness, Emotional Disorders, Drug Abuse and Alcohol Abuse:**

Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Treatment of Mental Illness:
   a. Semi-private room and other inpatient services and supplies provided in a licensed or certified Hospital or Treatment Facility for the treatment of Mental Illness and emotional disorder which is Medically Necessary and treatable, in the professional judgement of practitioners. Requires Preadmission Authorization. Subject to the Annual Deductible.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of: 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. Pregnancy, prevention services provided by a Physician or Health Care Practitioner received in a Provider's office or institution are covered including: family planning services including examinations, Norplant implants and, when Medically Necessary, genetic counseling. Also, abortions for Medical Necessity, which is defined as documented fetal abnormalities and/or endangerment of the life of the mother if the pregnancy were completed, are covered. Subject to the Annual Deductible.

Percentage Payable:
When Received from a Preferred Provider, the lesser of: 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Bilateral vasectomy and tubal ligation sterilization services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office, or institution are covered, in accordance with established medical practice. Subject to the Annual Deductible.

Percentage Payable for bilateral vasectomy services:
When Received from a Preferred Provider, the lesser of: 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for tubal ligation services:
When Received from a Preferred Provider, the lesser of: 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

---

2. in the case of Dependents birth, the date of birth; or
3. in the case of adoption or placement for adoption, the date of adoption or placement.

**FULL-TIME STUDENT** means a person who is enrolled in and attending a recognized course of study or training on a full-time basis (not less than 12 credit hours a semester) at:

1. an accredited high school or vocational school;
2. an accredited college or university; or
3. a licensed technical school, beautician school, automotive school or other institution of similar training.

A person continues to be a Full-time Student during periods of vacation established by the institution. A person ceases to be a Full-time Student at the end of the month during which the person graduates or otherwise ceases to be enrolled and in attendance at the institution on a full-time basis.

**EFFECTIVE DATE OF DEPENDENTS' INSURANCE:** The effective date insurance for an Eligible Dependent will be one of the following dates, provided any required Premium contribution is made and all the eligibility conditions are met:

1. the date the Insured Person becomes eligible for insurance, if the Insured Person makes written application to Company for the Eligible Dependent within thirty days after that date; if the Insured Person does not request enrollment to the Company for the Eligible Dependent within thirty (30) days of eligibility, the Eligible Dependent will be considered a Late Enrollee and will be required to wait until the Open Enrollment Period to enroll.
2. the date the Eligible Dependent is acquired, provided at least one other Eligible Dependent of the Insured Person is insured under the Group Certificate on that date and the Company is provided timely notice.
3. For Insured Persons with "Employee and Spouse and Children" coverage, provided MLH is notified within thirty-one (31) days:
   a. the moment of birth for a newborn;
   b. the date of placement for grandchildren placed in the court-ordered custody of the Insured Person; or
   c. the date of adoption.
4. For Insured Persons without "Employee and Spouse and Children" coverage, the moment of birth for a newborn provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the birth of the newborn;
   a. the date of placement for a Dependent placed in the court-ordered custody of the Insured Person provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the placement; or
   b. the date of adoption, provided written request for enrollment is made to MLH and any required Premium contribution is made within thirty-one (31) days of the adoption.
5. Where the Insured Person is covered by this Group Certificate but does not enroll the Dependent in the policy, the non-covered parent, the Child support enforcement agency, or the Department of Health and Mental Hygiene may apply.

MIN REC000 0029

for enrollment to the Company on behalf of the Child and the Child will be included under the Insured Person's coverage regardless of enrollment period restrictions provided any required Premium contribution is made to the Company. The Company will provide the non-covered parent with membership cards, claims forms and any other information necessary to obtain benefits for the Dependent. The Dependent's coverage terminates on the thirty-second (32nd) day if written application and payment of any required Premium is not made during the thirty-one (31) day period.

a. The date of adoption for an adopted Child is the earlier of:
   the judicial decree of adoption; or

b. the assumption of custody, pending adoption, of a prospective adoptive Child by a prospective adoptive parent.

6. If the Insured Person does not request enrollment for the Eligible Dependent during the time period as provided in 1., 2., 3., and 4., above, the Eligible Dependent will be considered a Late Enrollee and will be required to wait until the Open Enrollment Period to enroll. An Eligible Dependent may not be considered a Late Enrollee if a court has ordered coverage to be provided for a spouse or minor Child under the Insured Person's health benefit plan.

**TERMINATION OF AN INSURED DEPENDENT'S INSURANCE COVERAGE:**
Except as provided in the Continuation of Benefits and Eligibility for Dependents provisions, a Covered Dependent's insurance coverage will terminate on the earliest of the following dates:

1. the date the Insured Person's Insurance is terminated.
2. the end of the month the Covered Dependent Child ceases to be a full-time student (applies only to Dependent Children over the age of 19).
3. the end of the month the Covered Dependent Child attains the maximum age for coverage.
4. the date the Covered Dependent is no longer eligible because of a change in the Dependent's marital status.
5. the date the Covered Dependent becomes eligible as an Insured Person.
6. the date the Covered Dependent enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of: a) scheduled drills, or b) other training not exceeding one month in any calendar year.
7. For a Dependent for whom the Insured Person has been court or administratively ordered to provide health care coverage, eligibility for enrollment will cease upon the occurrence of any of the following events:
   a) the court or administrative order is no longer in effect;
   b) the Dependent has been or will be enrolled under other health care coverage which will take effect no later than the effective date of the disenrollment;
   c) the employer has eliminated family health care coverage for all of its employees; or
   d) the employer no longer employs the parent under whose name the Dependent has been enrolled for coverage, except to the extent that if the parent elects to exercise the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) then coverage must be provided for the

BCBS000291

---

When Received from a non-Preferred Provider, the lesser of, 50% of Requested Charges or 50% of Usual, Customary, and Reasonable Charges.

D. **Preventive Services:**
   *Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility, such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Preventive medical services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office, including: Physical examinations, measurements, sensory screening, neuro-psychiatric evaluation, and developmental screening, which coverage shall include unlimited visits for Children up to the age 12 years and three (3) visits per year for minor Children ages 12 years up to 18 years of age; Preventive and primary care services shall also include, as recommended by the Physician, hereditary and metabolic screening at birth, immunizations, urinalysis, tuberculin tests, and hemocrit, hemoglobin, and other appropriate blood tests, including tests to screen for sickle cell anemia (All care must be provided in accordance with prevailing medical standards published by the American Academy of Pediatrics); Mammographic screening and exam for females in accordance with statutory and prevailing medical standards at the following intervals: a) one baseline Mammogram from ages 35 through 39; b) one Mammogram every 2 years from ages 40 through 49, or more frequently if Medically Necessary, periodic health assessments, adult immunizations in accordance with established medical practice, eye refraction examinations, and hearing and vision screening examinations. Child wellness services, mammography and cytological screening are not subject to the Annual Deductible. All other services are subject to the Annual Deductible.

Percentage Payable for eye refraction examinations:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

Hospital, or Birth Center, arising from pregnancy or resulting Childbirth, miscarriage, or complications thereof, including: services of a midwife (covered only at accredited Birth Centers); and; ordinary nursing care of the newborn Covered Dependent and such other newborn care of the newborn Covered Dependent which is Medically Necessary are covered. Circumcision is a covered service. Pregnancy and maternity services are not covered for a Dependent Child. Requires Preadmission Authorization. Subject to the Annual Deductible.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for Inpatient Hospitalizations:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. The following Infertility services are covered: In-vivo fertilization, and Infertility studies, including: testing, medical advice, instruction, and artificial insemination. Medication management and diagnostic tests will not be covered for non-covered Infertility drugs. Artificial insemination is covered for a maximum of six (6) cycles per lifetime. The Company follows the American College of Obstetricians and Gynecologists' criteria of one (1) year of Infertility prior to covering Infertility services.

Infertility services will not be covered after reversal of a voluntary sterilization. Sex-selection services are not covered. All surgical procedures and non-Emergency diagnostic testing procedures require Precertification. Subject to the Annual Deductible. Requires Preadmission Authorization or Precertification.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
50% of Requested Charges or 50% of Maximum Allowable Charges.

---

Dependent consistent with the employer's plan relating to post-employment medical coverage for Dependent's.

8. the date of termination of the Group Certificate.

INCREASES AND DECREASES: An increase in the benefits or the amount of insurance for an Insured Person or his or her Covered Dependent will become effective on:

1. the date of such increase, if the Insured Person is on Active Service on that date,
2. the date of return to Active Service, if the Insured Person is not in Active Service on the date of the increase,
3. the nonworking day, other than a sick day, on which the increase would otherwise become effective, if the Insured Person was in Active Service on his or her last scheduled working day before the nonworking day.

A decrease in the amount of insurance will become effective on the date of the decrease.

TERMINATION OF AN INSURED DEPENDENT'S INSURANCE: Except as provided in the Continuation of Benefits and Eligibility for Dependents provisions, a Covered Dependent's insurance will terminate on the earliest of the following dates:

1. The date the Insured Person's insurance is terminated.
2. At the end of the grace period for which Premium payments have not been made by the Group.
3. The end of the month the Covered Dependent Child ceases to be a Full-Time Student (applies only to Dependent Children over the age of nineteen (19).
4. The end of the month in which the Covered Dependent Child attains the maximum age for coverage.
5. The date the Covered Dependent is no longer eligible because of a change in marital status.
6. The date the Covered Dependent is no longer eligible as an Insured Person.
7. The date the Covered Dependent enters the military, naval or air force of any country or international organization on a full-time active duty basis. This does not apply in the case of scheduled drills or other training not exceeding one (1) month in any calendar year.
8. For a newborn or a Child or grandchild placed for adoption who was born or placed after the effective date of the Insured Person's Insurance, the date after thirty-one (31) days of insurance unless:
   a) all other Eligible Dependents of the Insured Person are Insured under the Group Policy on that date, or
   b) the Company receives application within thirty-one (31) days after the date of birth or placement
9. For a Dependent for whom the Insured Person has been court or administratively ordered to provide health care coverage, eligibility for enrollment will cease upon receipt by the Company of written evidence that
   a) the court or administrative order is no longer in effect,
   b) the Dependent has been or will be enrolled under other health care coverage which will take effect no later than the effective date of the disenrollment;

ADM-R-C0000292

19

ADMIN REC00000293

c) the employer has eliminated family health care coverage for all of its employees; or

d) the employer no longer employs the Employee under whose name the Dependent has been enrolled for coverage, except to the extent that if the Employee elects to exercise the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), then coverage must be provided for the Dependent consistent with the employer's plan relating to post-employment medical coverage for Dependents.

10. The date of termination of the Group Certificate.

Under applicable State and Federal laws, a Member may have the right to elect to retain covered under the Group Policy, provided such election is timely and an appropriate provision is made for the applicable Premium payment. See the Continuation provisions of the Group Policy.

---

may be granted to allow for treatment after review and approval by Company provided the Member makes the request within sixty (60) days of the injury. Immediate emergency care directly related to the accidental dental injury is limited to:

1) emergency examination
2) periapical and panoral radiographs
3) root canal therapy
4) emergency, temporary splinting of the teeth
5) prefabricated post and core
6) simple minimal restorative procedures (fillings)
7) simple and/or surgical extractions
8) post-traumatic crowns when this procedure is the only available treatment

There are frequently two (2) or more alternate methods of treating a dental condition. Where alternate methods of treatment may be used, the Company will authorize only the less costly covered service, provided that the services and supplies are considered by the profession to be an appropriate method of treatment, and meet national standards of dental practice. The Member's overall oral health condition will be taken into consideration. The Member and provider may choose a more expensive level of care, but benefits will be payable according to the above guidelines. Subject to the Annual Deductible. Requires Precertification or Preadmission Authorization.

Percentage Payable:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of:
100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of:
80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

C. Pregnancy and Maternity Services:
Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Prenatal, delivery, antepartum and postpartum services provided by a Physician or Health Care Practitioner received in a Provider's office or,

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable when received in an inpatient facility setting: When Received from a Preferred Provider, the lesser of: 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Services provided by a Physician or other licensed and qualified health care practitioner received in a Provider's office or institution, which are Medically Necessary for treatment of adjunctive dental care, which means: 1) dental care that is Medically Necessary in the treatment of a covered medical condition, is an integral part of the treatment of such medical condition, and is essential to the control of the primary medical condition; 2) non-dental oral surgical procedures that are Medically Necessary (refer to section B.4., Professional Services for a list of procedures); or, 3) accidental dental injury, i.e., treatment of a traumatic injury which results from an external blow to Sound Natural Teeth, or the mouth and its surrounding supportive structures as it relates to the accident. Accidental dental injury treatment is limited to those services necessary to provide immediate emergency care. Subject to the Annual Deductible. Requires Precertification or Preadmission Authorization.

Percentage Payable: When Received from a Preferred Provider, the lesser of: 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of: 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

4. Oral surgery is provided for surgical procedures by a Physician or other licensed and qualified health care practitioner received in a Provider's office or institution, which are Medically Necessary for treatment of fractures of the jaw, excision of tumors, and for medically diagnosed congenital defects such as cleft lip and cleft palate. Treatment and rehabilitation for cleft palate and cleft lip shall include covered services for orthodontics, oral surgery, otological, audiological and speech/language treatment. Services shall be covered and subject to the applicable percentages payable of section A. Hospital Services, and section B.2., Professional Services. Dental Services when Medically Necessary to Sound Natural Teeth as a result of an accidental injury are covered when treatment is requested within seventy-two (72) hours after the accident occurs. If the injury cannot be reasonably treated within seventy-two (72) hours, an extension may be requested and an extension

## COORDINATION OF BENEFITS

The Plan will not pay for benefits or services required as the result of occupational disease or injury for which medical benefits are payable under Worker's Compensation or by a similar agency under another Federal or State law. This provision also applies when a third party injury settlement or other similar proceeding provides medical benefits in regard to a claim (or potential claim) under Worker's Compensation or similar laws. If medical benefits provided under such laws are exhausted, medical benefits may be provided for services or supplies covered by this Plan. The Plan is entitled to be reimbursed for benefits paid by the Plan that were later found to be payable under Worker's Compensation or by a similar agency under another Federal or State law.

This coordination of benefits (double coverage) provision applies when a person covered by this Plan also has, or is entitled to benefits from any other group health coverage or is entitled to the payment of medical and Hospital costs under no-fault or other automobile insurance that pays benefits without regard to fault. Information about other coverage must be disclosed to this Health Plan.

When there is double coverage, one plan normally pays its benefits in full as the primary payer, and the other plan pays a reduced benefit as the secondary payer. When this Plan is the secondary payer, it will pay the lessor of (1) its benefits in full, or (2) a reduced amount that, when added to the benefits payable by the other coverage, will not exceed this Plan's reasonable and customary charges.

The determination of which health coverage is primary (pays its benefits first) is made according to guidelines provided by the National Association of Insurance Commissioners (NAIC). When benefits are payable under automobile insurance, including no-fault, the automobile insurer is primary (pays its benefits first) if it is legally obligated to provide benefits for health care expenses without regard to other health benefits coverage the Enrollee may have.

This provision applies whether a claim is filed under the other coverage. When applicable, authorization must be given to the Company to obtain information about benefits or services available from the other coverage, or to recover overpayments from other coverages.

For the purpose of coordination of benefits, the Company may release, claim or t.. any necessary information from any insurance company or other organization. In addition, any Member claiming benefits from the Company shall furnish the Company with information, as requested, necessary to administer this provision. If the Member refuses to cooperate with the Company to implement this provision, the Member must pay to the Company the Usual, Customary and Reasonable Fee for the services rendered.

A complete description of the Company's coordination of benefits (COB) rules are as follows:

a) Benefits Subject to COB
All benefits provided under this Group Certificate are subject to this Section. Through this Group Certificate, the Group and Members agree to permit th

MIN 00060

2

b) Definitions
(1) "Health Plan" means any plan providing benefits or services for or by reason of medical or dental care or treatment, which benefits or service are provided by:
   i. group or blanket insurance coverage,
   ii. service plan contracts, group practice, or other prepayment group coverage,
   iii. any coverage under labor-management trusted plans, union welfare plans, employer organization plans, or employee benefit organization plans, and
   iv. any coverage under governmental programs.

The term "Health" Plan shall be construed separately with respect to each policy, contract or other arrangement for benefits or services and separately with respect to that portion of any such policy or contract or other arrangement which reserves the right to take the benefits or services of other Health plans into consideration in determining its benefits and that portion which does.

(2) "This Coverage" means that portion of this Group Certificate which provides the benefits that are subject to this provision.

(3) "Allowable Expenses" means any necessary, reasonable, and customary item of expense all or part of which is covered under at least one of the Health Plans under which the person for whom the claim is made is enrolled.

When a Health Plan provides benefits in the form of services rather than cash payments, the reasonable cash value of each service rendered shall be deemed to be an Allowable Expense and a benefit paid.

(4) "Claim Determination Period" means the calendar year.

c) Effect on Benefits
1) This provision shall apply in determining the benefits as to a Member covered under this Group Certificate for any Claim Determination Period if, for the Allowable Expenses incurred as to such person during such period, the sum of:
   (i) the benefits that would be payable under this Group Certificate in the absence of this provision, and
   (ii) the benefits that would be payable under all other Health Plans in the absence therein of provisions of similar purpose to this provision would exceed such Allowable Expenses.

2) As to any Claim Determination Period with respect to which this provision is applicable, the benefits that would be payable under this coverage in the absence of this provision for the Allowable Expenses incurred as to such person during such Claim Determination Period shall be reduced to the extent necessary so that the sum of such reduced benefits and all the benefits payable for such Allowable Expenses under all other Health Plans,

2. Rehabilitation
Acute Intensive physical rehabilitation services such as physical, occupational, speech or cognitive therapy are covered when Medically Necessary for coordinated interdisciplinary rehabilitative services provided by a free-standing Hospital, or a distinct unit of an acute Hospital or Skilled Nursing Facility, or outpatient setting. Therapy due to an Injury or Sickness will be covered only to the extent of restoration to the pre-trauma level. Speech therapy will be covered only to the extent of restoration to the level of the pre-trauma, pre-Sickness, or pre-condition speech function. Preauthorization by the Company is required. Rehabilitative care is to be terminated when further progress toward the established rehabilitation goal is unlikely or it is appropriate to assume progress can be achieved in a less intensive setting. Specifically, if no further progress is observed, discharge is appropriate.

Short-term rehabilitation therapy services are covered including chiropractic, physical, occupational and speech therapy in an inpatient rehabilitation facility, a distinct unit of an acute Hospital, Skilled Nursing Facility, outpatient facility or office and in a Member's home. Such services are covered to restore an individual's loss of function due to Injury or Sickness. Services are provided only for conditions which, in the judgment of the Company, are subject to significant improvement provided the Member continues to make progress. Short-term therapy will be terminated when further progress toward the established goal is unlikely or it is appropriate to assure that therapy treatments can be maintained or provided by the Member, family, or care aid, etc. If no further progress is observed, discharge is appropriate.

Short-term therapy is defined as inpatient and/or outpatient services which, in the opinion of the Company, can be expected to result in significant improvement of the Member's condition. If therapy is determined to be short-term, based upon diagnosis, services are covered as long as sustainable, measurable progress is demonstrated. Short-term speech therapy is covered when judged necessary to correct an impairment of organic origin due to an Injury or Sickness, or following surgery to correct a congenital defect. Therapy performed to correct impairment resulting from a functional nervous disorder (i.e., stuttering, stammering) is not covered.

Limits: The maximum amount payable for services received in an office or home setting or outpatient facility setting by the Company is for sixty (60) visits Per Condition of combined therapy types. The maximum amount payable for services received in an inpatient facility setting by the Company is for sixty (60) days Per Condition of combined therapy types.

Percentage Payable when received in an office or home setting or outpatient facility setting:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

ADMIN REC00000295

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

**B. Professional Services:**

**Note:** *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

1. Services provided by a Physician or Health Care Practitioner received in a Provider's office, at the home of a patient, or Institution, which are Medically Necessary for treatment of an Injury or Sickness are covered, including: medical and surgical specialty services; diagnostic, treatment and X-ray services such as radiology, electrocardiography, electroencephalography, radiation therapy, and chemotherapy; Medication Management office visits; allergy consultations (including testing); and, podiatric services. Second surgical opinions on the need for surgery are covered in full if requested or required by the Company and if given by a Company-selected certified specialist a) whose specialty is appropriate to the surgical procedure being evaluated; b) who has personally examined the Member, and, c) who does not perform the surgery. Second opinions must be given: a) no later than six (6) months after the initial surgical opinion indicating the need for the same surgery; b) within two (2) months before the surgery; and, c) in writing. Subject to the Annual Deductible.

Percentage Payable for services received at a Hospital:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges.
When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.
When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for services received from a Certified Nurse Midwife:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges.
When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

---

except as provided in paragraph (3) of this subsection (c) shall not exceed the total of such Allowable Expenses. Benefits payable under another Health Plan include the benefits that would have been payable had claim been duly made therefore.

(3) If

(i) another Health Plan which is involved in paragraph (2) of the subsection (c) and which contains a provision coordinating its benefits with those of this Coverage would, according to its rules, determine its benefits after the benefits of this coverage have been determined, and

(ii) the rules set forth in paragraph (5) of this subsection (c) would require this Coverage to determine its benefits before such other Health Plan,

then the benefits of such other Health Plan shall be ignored for the purposes of determining the benefits under this coverage.

(4) If another Health Plan which is involved in paragraph (2) of this subsection (c) does not contain a provision coordinating its benefits with those of this coverage, then the benefits of such other Health Plan shall be determined before the benefits of this coverage.

(5)(a) Except when a Retirement Plan is involved, the benefits of a Health Plan which covers the person on whose Allowable Expenses claim is based other than as a dependent shall be determined before the benefits of a Health Plan which covered such person as a dependent.

(b)(1) Except for cases of a person for whom claim is made as a Dependent Child whose parents are separated or divorced, the benefits of a Health Plan which covers the person on whose expenses claim is based as a Dependent of a person whose day of birth, excluding year of birth, occurs earlier in a calendar year, shall be determined before the benefits of a Health Plan which covers such person as a Dependent of a person whose day of birth, excluding year of birth, occurs later in a calendar year. If both parents have the same birthday, the Health Plan which covered the parent longer is primary. If the other Health plan does not have the provisions of this paragraph regarding Dependents, but results either in each Health Plan determining its benefits before the other or in each determining its benefits after the other, the provisions of the paragraph b.(1) shall not apply, and the rules set forth in the other Health Plan which does not have the provisions of this paragraph b.(1) shall determine the order of benefits.

(b)(2) In the case of a person for whom claim is made as a Dependent Child whose parents are separated or divorced and the parent with custody of the Child has not remarried, the benefits of the Health Plan which covers the Child as a Dependent of the parent with custody of the Child will be determined before the benefits of a Health Plan which covers the Child as a Dependent of the parent without custody.

ADMIN-REC-000029

ADMIN REC000000297

(b)(3) In the case of a person for whom claim is made as a Dependent Child whose parents are divorced and the parent with custody of the Child has remarried, benefits are determined in this order: 1) the benefits that cover the Child as a Dependent of the parent with custody; 2) the benefits that cover the Child as a Dependent of the stepparent; and 3) the benefits that cover the Child as a Dependent of the parent without custody.

(b)(4) In the case of a person for whom claim is made as a Dependent Child whose parents are separated or divorced, where there is a court decree which would otherwise establish financial responsibility for the medical, dental or other health care expenses with respect to the Child, then, notwithstanding paragraphs (2) and (3) above, the benefits of a Health plan which covers the Child as a Dependent of the parent with such financial responsibility shall be determined before the benefits of any other Health Plan which covers the Child as a Dependent Child.

(c) When rules a. and b. do not establish an order of benefit determination, the benefits of a Health Plan which has covered the person on whose Allowable Expenses claim is based for the longer period of time shall be determined before the benefits of a Health Plan which has covered such person the shorter period of time.

If however, both Health Plans are effective on the same date, the two Health Plans shall coordinate on a 50%/50% allocation between Health Plans, the benefits of this coverage will be paid, and the dispute shall be resolved between Health Plans. When a Retirement plan is involved, rule (d) applies.

(d) When one Health Plan is a Retirement Plan and the other is an Active Plan, the Active Plan shall pay its benefits before the Retirement Plan. When successive Retirement Plans are involved, the one in effect for the longest period of time shall pay its benefits before the Health Plan in effect for the shorter period time. When the rules under this subsection d. do not establish an order of benefit determination, rules a. through c. will apply.

(e) When a patient, covered by this Group Certificate requires benefits for Allowable Expenses which are also covered by another Health Plan, which qualifies as a Health Plan herein, the other Health Plan shall always pay its benefits first, if it does not include a Coordination of Benefits provision in its contract.

(1) If under these rules the other Health Plan pays first, the benefits allowable under this Agreement shall be reduced to the extent necessary so that the sum of such reduced benefits and all benefits payable for such Allowable Expenses under all other Health Plans shall not exceed the total of such Allowable Expenses. Benefits payable under another Health Plan include the benefits that would have been payable had claim been duly made therefore. When this provision is applied, no other Health Plan pays more than it would without the coordination provision.

4. Appropriate inpatient or home based hospice services for a Member with a Terminal Illness in lieu of active treatment, provided by or through a contractual arrangement with a licensed facility or service, under the direction of a Physician. The Physician must certify that the patient is in the terminal stages of illness with a life expectancy of approximately six (6) months or less, and with no reasonable prospect of cure. Supportive and palliative care and services provided by the Hospice include inpatient and home based services for the Member. Counseling, during the terminally ill Member's illness and during bereavement, is provided for persons in the terminally ill Member's immediate family, including spouse, Children, parents, siblings of terminally ill Dependent Children, and any eligible Dependent Member who maintains significant personal contact with the terminally ill Member during the Member's participation in the Hospice care program. Requires Preadmission Authorization. Subject to the Annual Deductible.

Percentage Payable:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

5. Emergency related services and supplies in a Hospital, including Emergency Room charges, and transportation by a professional licensed ambulance service when Medically Necessary. The care must be received within 48 hours of the onset of an injury or Sickness. Subject to the Annual Deductible. Note: Emergency services must meet the Group Certificate definition of an Emergency as determined by the Company in order for this coverage to be payable at an Emergency Room.

Percentage Payable:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $25.

When Received from a non-Preferred Provider, the lesser of, 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

6. Urgent Care Situations, Emergency related services and supplies in an Urgent Care Center, Subject to the Annual Deductible. Note: Emergency services must meet the Group Certificate definition of an Emergency as determined by the Company in order for this coverage to be payable at an Urgent Care Center.

Percentage Payable:
When Received from a Preferred Provider, the lesser of, 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

Percentage Payable:
When Received from a Preferred Provider, the lesser of 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

2. Skilled nursing services and supplies and services related to skilled nursing, provided in a Skilled Nursing Facility, or Extended Care Facility, or Hospital, or other acute care setting, are covered provided such services are not Custodial Care, including: semi-private room and board; general nursing care; meals; special diets when Medically Necessary; and; miscellaneous services, supplies, medications, and dressings. Requires Preadmission Authorization. Subject to the Annual Deductible.

Limits: The maximum amount payable by the Company is sixty (60) days per Member per Contract Year. Skilled nursing services received in a Hospital or other acute-care setting count toward the Limits.

Percentage Payable:
When Received from a Preferred Provider, the lesser of 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

3. Outpatient related services and supplies in a Hospital or Free-Standing Surgical Facility (excluding Emergency Room services) are covered, including: surgery; general nursing care; blood; blood products; blood derivatives; operating room charges, anesthesiologists; pathologists; x-ray and other diagnostic and treatment procedures, laboratory tests, medications and dressings. Subject to the Annual Deductible.

Percentage Payable for surgery and related services:
When Received from a Preferred Provider, the lesser of 100% of Requested Charges or 100% of Maximum Allowable Charges less the Member's responsibility of $10.

When Received from a non-Preferred Provider, the lesser of 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

Percentage Payable for all other services:
When Received from a Preferred Provider, the lesser of 100% of Requested Charges or 100% of Maximum Allowable Charges.

When Received from a non-Preferred Provider, the lesser of 80% of Requested Charges or 80% of Usual, Customary, and Reasonable Charges.

(2) When this provision operates to reduce the total amount of benefits otherwise payable as to a person covered under this Group Certificate during any Claim Determination Period, each benefit that would be payable in the absence of this provision shall be reduced proportionately, and such reduced amount shall be charged against any applicable benefit limit of this Group Certificate.

d) Right to Receive and Release Necessary Information
For the purposes of determining the applicability of implementing the terms of this provision of this Group Certificate or any provision of similar purpose of any other Health Plan, the Company may, without the consent of or notice to any person release to or obtain from any other insurance company or other organization or person any information, with respect to any person which the Company deems to be necessary for such purposes. Any person claiming benefits under this Group Certificate shall furnish the Company such information as may be necessary to implement this provision.

e) Facility of Payment
Whenever payments which should have been made by the Company with respect to Allowable Expenses in a total amount, at any time, in excess of the maximum amount of payment necessary at that time to satisfy the intent of this provision, the Company shall have the right to recover such payments, to the extent of such excess, from among one or more of the following, as the Company shall determine: any persons to or for or with respect to whom such payments were made, any other insurance companies (except with respect to non-group policies), or any other organizations.

f) Right of Recovery
Whenever payments have been made by the Company with respect to Allowable Expenses in a total amount, at any time, in excess of the maximum amount of payment necessary at that time to satisfy the intent of this provision, the Company shall have the right, exercisable alone and in its sole discretion, to pay over to any organizations making such other payments any amounts it shall determine to be warranted in order to satisfy the intent of this provision, and, to the extent of such payments, the Company shall be fully discharged from liability under this Group Certificate.

Coordination of Benefits with Medicare

The following information applies only to enrollees and covered family members entitled to benefits from both this Plan and Medicare Part A, or Parts A and B. You must disclose information about Medicare coverage, including your enrollment in a Medicare prepaid plan, to this Health Plan; this applies whether or not you file a claim under Medicare. You must also give this Health Plan authorization to obtain information about benefits or services denied or paid by Medicare when they require it. It is also important that you inform the Health Plan about other coverage you may have as this coverage may affect the primary/secondary status of this Plan and Medicare.

The following rules apply to enrollees and their family members who are entitled to benefits from both this Plan and Medicare:

ADEC00000[...]

® Plan is primary if:
) You are age 65 or over, have Medicare Part A (or Parts A and B) and employed by the Federal Government;
) Your covered spouse is age 65 or over and has Medicare Part A (or Parts A and B) and either you or your covered facility member) is within the first 18 months of eligibility to receive Medicare Part A benefits due to End Stage Renal Disease (ESRD), except when Medicare was the patient's primary payer on the day before he or she became eligible for Medicare Part A due to ESRD; or
) The patient (you or a covered family member) is under age 65 and eligible for Medicare solely on the basis of disability, and you are employed.

ledicare is primary if:
) You are an annuitant age 65 or over, covered by Medicare Part A (or Parts A and B) and are not actively employed;
1) your covered spouse is age 65 or over and has Medicare Part A (or Parts A and B) and neither you nor your spouse is actively employed;
3) you are an annuitant not actively employed and either you or a covered family member (who may or may not be employed by employer who does not meet the "100 or More Employees Threshold" and covers you on his/her policy) is under age 65 and eligible for Medicare on the basis of disability;
4) you are enrolled in Part B only, regardless of your employment status;
5) the patient (you or a covered family member) has completed the 18-month ESRD coordination period and is still eligible for Medicare due to ESRD; or
3) The patient (you or a covered family member) becomes eligible for Medicare due to ESRD after Medicare assumed primary payer status for the patient under rule 4).

Medicare's payment and this Plan

f you are covered by Medicare Part B and it is primary, you should be aware that your out-of-pocket costs for services covered by both this Plan and Medicare Part B will tend on whether your doctor accepts Medicare assignment for the claim. Medicare-participating doctors accept assignment, that is, they have agreed not to bill you for nore than the Medicare-approved amount for covered services. Some non-Medicare-participating doctors accept assignment on certain claims. If you use a doctor who accepts Medicare assignment for the claim, the doctor is permitted to bill you after H Plan has paid only in those instances where the Medicare and Plan payments 2 mbined do not total the Medicare-approved amount.

Non-Medicare-participating doctors do not need to accept assignment. When they do not accept assignment on a claim, they can bill you for more than the Medicare-approved amount - up to a limit set by the Medicare law (the Social Security Act, 4 USC.) called the limiting charge. The limiting charge is 115 percent of the Medicare approved amount. If you use a doctor who does not accept assignment for the claim, the doctor is permitted to bill you after the Plan has paid only if the Medicare and Plan payments combined do not total the limiting charge set by the Medicare law for non-Medicare-participating doctors. Neither you nor this Plan is liable for any amount in excess of the Medicare limiting charge for charges of a non-participating Medicare doctor. The Medicare Explanation of Benefits (EOB) form will have more information about this limit.

HEALTH BENEFITS ---

Subject to all other provisions of this Group Certificate, the Company will pay the applicable Percentage Payable of Requested Charges, Maximum Allowable Charges, or the Usual, Customary and Reasonable Charges, but not to exceed Lifetime Maximum Benefit or Limits, if any, for the following Health Services for Members, provided: the expense is Medically Necessary; and the expense is incurred and the service is rendered while the Member is insured for this benefit.

NOTE: Certain services require Preadmission Authorization or Precertification. For a complete description of the Certificate's coverages, limitations, and procedures please read all sections of this Group Certificate, and any endorsements or riders.

If multiple procedures are performed during a surgery, a reduced percentage will be paid for the remaining surgical procedures after the primary procedure, in accordance with industry standards.

A. Hospital Services:
   Note: *If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.*

   1. Inpatient Hospital related services and supplies are covered, including: expense of any Admissions charge; semi-private room and board; Intensive Care Unit or other special care unit, such as a coronary care unit, but not for the semi-private or private room and board for the same day; general nursing care; meals; special diets, when Medically Necessary; miscellaneous services and supplies; operating room charges; anesthesiologists; pathologists; blood; blood products; blood derivatives; x-ray and other diagnostic and treatment procedures; laboratory tests; medications and dressings. Requires Preadmission Authorization for non-Emergency Admissions. All Emergency Admissions must be reported to the Company within 48 hours of the Admission. Subject to the Annual Deductible.

      a. Coverage shall be provided for the cost of inpatient hospitalization services for a mother and newborn child for a minimum of forty-eight (48) hours of inpatient hospitalization care following an uncomplicated vaginal delivery and ninety-six (96) hours following a cesarean section. The mother and her newborn child may be discharged prior to the expiration of the minimum length of stay at the discretion of the attending physician. Coverage shall be provided for one (1) home health care visit by a licensed health care provider within forty-eight (48) hours after discharge when discharge occurs prior to the inpatient hospitalization length of stay as stated herein. Applicable Copayments and deductibles will apply to inpatient hospitalization, but shall not apply to the home health care visit.

Requested Charge and the Usual, Customary, and Reasonable Charge authorized by the Company and amounts paid for services received for the treatment of artificial insemination services. See each rider, endorsement, or amendment for its applicability toward Maximum Out-of-Pocket Expense.

Once the Out-of-Pocket Expense has been satisfied, the Company will pay 100% of the Maximum Allowable Charge to Preferred Providers for the Health Services provided in this Group Policy. For non-Preferred Providers, the Company will pay 100% of the Usual, Customary, and Reasonable Charges authorized by the Company. The Member will still be responsible for paying the difference between the non-Preferred Provider's Requested Charge and the amount paid by the Company.

**LIFETIME MAXIMUM BENEFIT:** $1,000,000.00 per Member. See "LIFETIME MAXIMUM BENEFIT" under the "GENERAL PROVISIONS" section of this Group Policy.

In most cases, when services are covered by both Medicare and this Plan, Medicare is the primary payer if you are an annuitant and this Plan is the primary payer if you are an employee. When Medicare is the primary payer, your claims should first be submitted to Medicare.

After Medicare has paid its benefits, the Health Plan will consider the balance of any covered expenses. To be sure your claims are processed by this Health Plan you must submit the EOB form from Medicare and duplicates of all bills along with a completed claim form. The Health Plan will not process your claim without knowing whether you have Medicare and, if you do, without receiving the Medicare EOB.

ADMIN-R00030

## SUBROGATION

e Company shall be subrogated to, and shall succeed to all rights of recovery of any Member from any third party, including his or her employer, for benefits paid under this Group Policy. The Company may require an assignment of rights of recovery from the Member, to the extent of the benefits provided by the Company.

The Member shall cooperate with the Company in protecting the Company's legal rights under these subrogation provisions. The Member shall do nothing to prejudice the Company's rights under this provision, either before or after the need for benefits under this Group Policy. The Company may, at its option, take necessary and appropriate action to preserve its rights under these subrogation provisions, including the right to bring suit in the name of the Member. The Company may collect, at its option, amounts from the proceeds of any settlement or judgement that may be recovered by the Member or his or her legal representative, regardless of whether or not the Member has been fully compensated, net of reasonable attorney fees and costs pro-rated to reflect that portion of the total recovery which is due the Company. Any proceeds of settlement or judgement shall be held in trust by the Member for the benefit of the Company under these subrogation provisions.

---

## SCHEDULE OF INSURANCE
## SCHEDULE 7J

To receive medical care covered under this Group Policy, You may select a medical provider of Your choice. There are two classes of Providers under this Group Policy, Preferred Providers and non-Preferred Providers. The Providers listed in your Directory are Preferred Providers. (This list is subject to change.) If You choose to receive care from a Preferred Provider, You will be responsible for any applicable Deductible, Copayment and Coinsurance. The Preferred Providers have agreed to accept the Company's payment plus your Deductible, Copayment, or Coinsurance as full payment for the claim. If You choose a non-Preferred Provider, the Company is responsible for paying the lesser of the applicable percentage of the Requested Charge or the Usual, Customary, and Reasonable Charge authorized by the Company. You will be responsible for any applicable Deductible and Copayment plus the balance, if any, of the non-Preferred Provider's charge. Generally, Your Out-of-Pocket expense will be lower if You use a Preferred Provider rather than a non-Preferred Provider.

Note: If you use a preferred facility, keep in mind that the professionals who provide services to you in the facility such as radiologists, anesthesiologists, pathologists, neonatologists and the like, may not be Preferred Providers. If they are not, they will be paid as Non-Preferred Providers.

MAMSI Life and Health Insurance Company (herein called the Company) provides benefits, as shown below in the Health Services, Limits, and Percentages Payable section, for a Member when he or she receives treatment or services as outlined above.

**ANNUAL DEDUCTIBLES:**
For Preferred Providers:
   $0 per Member but not more than
   $0 per family each Contract Year.

For non-Preferred Providers:
   $300 per Member but not more than
   $600 per family each Contract Year.

The Annual Deductible does not apply to Child wellness, mammography services and cytological screening services.

**MAXIMUM OUT-OF-POCKET EXPENSE:**
For Preferred and non-Preferred Providers:
   $1,300 per Member but not more than
   $2,600 per family each Contract Year.

Note: Expenses which count towards the Maximum Out-of-Pocket Expense are comprised of Annual Deductibles, if any, and amounts in excess of the Percentage Payable by the Company for covered Health Services, provided that such amounts are paid by the Member. Expenses which do not count toward the Maximum Out-of-Pocket Expense include the difference between the non-Preferred Provider's

ADMIN-REC00000301

**MAMSI LIFE AND HEALTH INSURANCE COMPANY**
4 Taft Court
Rockville, Maryland 20850

**ENDORSEMENT**
**38.922A**

:h to Certificate issued under Policy No.0726157-0798DC.

Amendment to the SCHEDULE OF INSURANCE section
Section 1.1
The Annual Deductibles provision is amended by deleting the dollar amount references in their entirety and inserting in lieu thereof the following:

>    For Preferred Providers
>    $0 per Member
>    $0 per Family each Contract Year
>
>    For Non-Preferred Providers
>    $0 per Member
>    $0 per Family each Contract Year

Section 1.2
The Maximum-Out-of-Pocket Expense provision is amended by deleting the dollar amount references in their entirety and inserting in lieu thereof the following:

>    $1,000 per Member but not more than
>    $2,000 per Family each Contract Year

General Provisions
Section 2.1
The date upon which this Endorsement shall be effective is the date set forth below.

Section 2.2
This Endorsement shall terminate upon termination of the Group Certificate and under the same terms and conditions specified in the Group Certificate.

Section 2.3
Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, provisions, agreements or limitations of the Group Certificate to which this Endorsement is attached, other than as above stated in this Endorsement.

MAMSI LIFE AND HEALTH INSURANCE COMPANY

By: _Thomas P Barberg_

Title: __President__

Effective Date: __10/98__

0738922-1098DC

46 02 09 598 10/98
ADMIN-REC000000302