# EXHIBIT

# D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, :

    Plaintiff, :

v. : CASE NO. 1:05cv02450 (ESH)

MAMSI LIFE AND HEALTH :
INSURANCE COMPANY, et al.,
 :

    Defendants.

## NOTICE OF DEPOSITION DUCES TECUM OF IPRO, INC., PURSUANT TO RULE 30(B)(6)

Plaintiff Jane Doe, by counsel, pursuant to the Federal Rules of Civil Procedure, will take the deposition upon oral examination of **IPRO, INC, on August 29 at 10:00 a.m.**, in the offices of HANNON LAW GROUP, LLP, located at **1901 18th Street, NW, Washington, D.C. 20009**, for the purpose of discovery for use as evidence and/or for use at trial, before a court reporting service, or some other Notary Public.

In addition, the deposition will be recorded by stenographic means.

**You are advised that, pursuant to Fed. R. Civ P. 30(b)(6), you must designate one or more officers, directors, managing agents, or other persons who consent to testify on your behalf regarding the following matters:**

1. The identity of the doctors who reviewed patient's claims.

2. The frequency that each doctor reviews patient's claims and the total number of claims reviewed by each doctor.

3. The amount of money that each doctor makes to review the claims.

4. The number of opinions by each doctor that have been favorable to the insurance company.

**You are requested to produce for inspection and copying at the deposition all documents or tangible things within your possession, custody and control related to or evidencing the following matters:**

1. All documents showing payment of services to each of the doctors.

2. All documents showing the number of claims reviewed and whether the claim was accepted or denied.

3. All documents identifying the doctors involved in the review of claims.

Respectfully submitted,

HANNON LAW GROUP, LLP

_____
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Counsel for Plaintiff Jane Doe*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing, was sent via facsimile and first class mail this 10th day of July, 2006, to:

Christopher Flynn, Esq.
William Silvis, Esq.
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

J. Michael Hannon / TAV
J. Michael Hannon

3