# EXHIBIT

# E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,                                   :

    Plaintiff,                           :

v.                                          :        CASE NO. 1:05cv02450 (ESH)

MAMSI LIFE AND HEALTH                       :
INSURANCE COMPANY, et al.,
                                            :
    Defendants.

## NOTICE OF DEPOSITION

Please take notice that at the dates, times and locations set out below, or such other time as counsel may agree, counsel for Jane Doe will take the deposition of the individuals listed below for the purpose of discovery or use as evidence or both, before a court reporting service, or some other Notary Public.

In addition, the deposition will be recorded by stenographic means.

| | |
|---|---|
| **PERSON TO BE DEPOSED:** | Anonymous Doctor #1 for IPRO |
| **DATE AND TIME:** | August 23, 2006<br>10:00 a.m. |
| **LOCATION:** | 1901 18th Street, NW<br>Washington, DC 20009 |
| **PERSON TO BE DEPOSED:** | Anonymous Doctor #2 for IPRO |
| **DATE AND TIME:** | August 23, 2006<br>2:00 p.m. |
| **LOCATION:** | 1901 18th Street, NW<br>Washington, DC 20009 |

| | |
|---|---|
| PERSON TO BE DEPOSED: | Vera C. Dvorak |
| DATE AND TIME: | August 24, 2006<br>10:00 a.m. |
| LOCATION: | 1901 18th Street, NW<br>Washington, DC 20009 |
| | |
| PERSON TO BE DEPOSED: | Morton B. Albert |
| DATE AND TIME: | August 24, 2006<br>2:00 p.m. |
| LOCATION: | 1901 18th Street, NW<br>Washington, DC 20009 |
| | |
| PERSON TO BE DEPOSED: | Dawn Chattin |
| DATE AND TIME: | August 25, 2006<br>10:00 a.m. |
| LOCATION: | 1901 18th Street, NW<br>Washington, DC 20009 |
| | |
| PERSON TO BE DEPOSED: | Dr. Glass |
| DATE AND TIME: | August 25, 2006<br>2:00 p.m. |
| LOCATION: | 1901 18th Street, NW<br>Washington, DC 20009 |

Respectfully submitted,

HANNON LAW GROUP, LLP

*J. Michael Hannon /TAV*
J. Michael Hannon, #352526
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

*Counsel for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing, was sent via facsimile and first class mail, postage prepaid this 10th day of July, 2006, to:

Christopher Flynn, Esq.
William Silvis, Esq.
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

*J. Michael Hannon /TAV*
J. Michael Hannon

3