# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JANE DOE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05CV02450 (ESH) |
| **MAMSI LIFE AND HEALTH** | ) | |
| **INSURANCE COMPANY, et al.,** | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF AMENDED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that Defendant MAMSI Life and Health Insurance Company ("MLH") filed an Amended Certificate of Service to the Motion to File Under Seal on the 25th day of July, 2006, with the Clerk of the Court of the United States District Court for the District of Columbia. On July 24, 2006, the Motion to File Under Seal was mistakenly hand-delivered to Plaintiff's Counsel's former law firm. The Amended Certificate of Service and the Motion to File Under Seal were served via hand-delivery to Plaintiff's Counsel's address of record on July 25, 2006.

Date: July 25, 2006                    Respectfully submitted,

                    /s/ William C. Silvis
                    Christopher Flynn, Esq.
                    William C. Silvis, Esq.
                    KING PAGANO HARRISON
                    1730 Pennsylvania Avenue, NW, Suite 900
                    Washington, DC 20006
                    Ph: 202-371-6800
                    Fax: 202-371-6770
                    cflynn@kph.com
                    wsilvis@kph.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 25th day of July 2006, NOTICE OF FILING OF AMENDED CERTIFICATE OF SERVICE was served on the following via the Court's ECF system:

>J. Michael Hannon, Esq.
>Hannon Law Group, LLP
>1901 18th Street, NW
>Washington, DC 20009
>*Counsel for Plaintiff*

>/s/ William C. Silvis
>William C. Silvis, Bar No. 485572
>KING PAGANO HARRISON
>1730 Pennsylvania Ave, N.W., Suite 900
>Washington, DC 20006
>(202) 371-6800
>(202) 371-6770 (fax)
>
>*Counsel for Defendant MAMSI Life and Health Insurance Company*