# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
| | : |
| Plaintiff, | : |
| | : CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| | : |
| MAMSI LIFE AND HEALTH | : |
| INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | : |

## ORDER

On consideration of Defendant Mamsi Life and Health Insurance Company's Motion for Protective Order Limiting Discovery to the Administrative Record and of Plaintiff's Opposition thereto, and the Court being duly advised in the premises, it is, by the Court, this _____ day of _____, 2006,

**ORDERED**, that the Defendant MAMSI Life and Health Insurance Company's Motion for a Protective Order, is hereby, **DENIED**.

_____
THE HONORABLE ELLEN SEGAL HUVELLE
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

Christopher Flynn, Esq.
William S. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006