**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                )
**JANE DOE,**                                          )
                                                                )
      **Plaintiff,**                         )
                                                                )
      v.                                       )    Case No.:  1:05CV02450 (ESH)
                                                                )
                                                                )
**MAMSI LIFE AND HEALTH**               )
**INSURANCE COMPANY, ET AL.,**      )
                                                                )
      **Defendants.**                      )
_____)

**DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Defendant, MAMSI Life and Health Insurance Company ("MLH"), by and through counsel, King Pagano Harrison, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 56(b), to enter summary judgment in favor of MLH in this matter.

MLH respectfully submits that the Administrative Record demonstrates that, as a matter of law, MLH did not act arbitrarily when it adjudicated the health benefit claims at issue in this case.  Indeed, seven separate clinical reviews in the record concluded that MLH acted appropriately in determining that Plaintiff did not require inpatient care to treat bulimia nervosa. Under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001 et seq., which governs the Court's review of the claims at issue, Plaintiff cannot demonstrate that MLH abused its discretion in denying a claim for inpatient treatment when there was no clinical basis for hospitalization.

Plaintiffs' separate claim for coverage of an outpatient partial hospitalization program is also fatally defective because Plaintiff did not exhaust her administrative remedies prior to filing the claim in this Court.

For each of the foregoing reasons, as well as those set forth in its accompanying *Memorandum of Law in Support of its Motion for Summary Judgment,* MLH respectfully requests that the Court grant its Motion for Summary Judgment.


Date:  October 16, 2006                             Respectfully submitted,



                                                        /s/ Christopher Flynn_____
                                                       Christopher Flynn, Esq.
                                                       William C. Silvis, Esq.
                                                       KING PAGANO HARRISON
                                                       1730 Pennsylvania Avenue, NW
                                                       Suite 900
                                                       Washington, DC 20006
                                                       Ph: 202-371-6800
                                                       Fax: 202-371-6770
                                                       cflynn@kph.com
                                                       wsilvis@kph.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 16th day of October 2006, a copy of DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, STATEMENT OF UNDISPUTED MATERIAL FACTS, AND ITS MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT, together with a form order, were sent via electronic filing to:

> J. Michael Hannon, Esq.
> HANNON LAW GROUP, LLP
> 1901 18th Street, NW
> Washington, DC  20009
> ph: (202) 232-1907
> Fax: (202) 232-3704
> *Counsel for Plaintiff*

and all counsel of record, registered with the Court's ECF system.

Respectfully submitted,

/s/ William C. Silvis
William C. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

*Counsel for Defendant MAMSI Life and Health Insurance Company*