UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**JANE DOE,**                         )
                                      )
    **Plaintiff,**       )
                                      )
  v.                            )     Case No.:  1:05CV02450 (ESH)
                                      )
                                      )
**MAMSI LIFE AND HEALTH**             )
**INSURANCE COMPANY, et al.,**        )
                                      )
    **Defendants.**      )
_____)

## ORDER

Upon consideration of <u>MAMSI Life and Health Insurance Company's Motion For Summary Judgment</u>, it is this _____ day of _____ 2006,

**ORDERED**, that this Court shall enter summary judgment in favor of defendant, MAMSI Life and Health Insurance Company, and against Plaintiff, Jane Doe, on all claims plaintiff has filed against defendant in the above-captioned case.

 

_____
The Honorable Ellen Segal Huvelle
United States District Judge for the
District of Columbia