**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | : |
|     Plaintiff, | : |
| |   CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
|     Defendants. | |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Jane Doe, by and through her attorneys HANNON LAW GROUP, LLP, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in favor of Plaintiff in this matter.

In support of this motion, Plaintiff refers the Court to her Statement of Material Facts not in Dispute and Counterstatement of Material Facts not in Dispute, the Memorandum of Points and Authorities in Support of Plaintiff's Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, and form of order filed herewith.

WHEREFORE, Plaintiff respectfully requests that the Court grant her summary judgment on her Complaint against Defendant MAMSI.

        Respectfully submitted,

        HANNON LAW GROUP, LLP

        ___//s// J. Michael Hannon //s//_____
        J. Michael Hannon, #352526
        1901 18th Street, NW
        Washington, DC 20009
        (202) 232-1907
        Fax: (202) 232-3704
        *Counsel for Plaintiff Jane Doe*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Cross-Motion for Summary Judgment, Statement of Material Facts Not in Dispute, Memorandum of Points and Authorities in Support of Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment and form of Order were sent via electronic filing this 6th day of November, 2006, to:

Christopher Flynn, Esq.
William Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

                                                                          *//s// J. Michael Hannon //s//*
                                                                          J. Michael Hannon