**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
**JANE DOE,**                             )
                                          )
      **Plaintiff,**              )
                                          )
  v.                                    )   Case No.: 1:05CV02450 (ESH)
                                          )
                                          )
**MAMSI LIFE AND HEALTH**                 )
**INSURANCE COMPANY**                     )
                                          )
      **Defendant.**             )
_____)

**DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S**
**CONSENT MOTION FOR AN ENLARGMENT OF TIME**

Defendant, MAMSI Life and Health Insurance Company ("MLH"), by and through counsel, Crowell & Moring LLP, respectfully moves this Court for an enlargement of time to respond to Plaintiff's Cross-Motion for Summary Judgment and Opposition to MLH's Summary Judgment Motion. Counsel for MLH has recently merged with the law firm of Crowell & Moring LLP and will be physically relocating its offices beginning November 10, 2006. This relocation will limit counsel's access to its files and computers. MLH's responsive briefs are currently due November 16, 2006. MLH respectfully requests an enlargement of time to November 27, 2006 to file its brief.

Counsel for MLH has conferred with Counsel for Plaintiff and has received his consent to the relief requested in this Motion. In addition, Plaintiff respectfully requests an enlargement of time to December 22, 2006, to file Plaintiff's Reply in Support of Summary Judgment due to the fact that counsel for Plaintiff will be in trial from November 27, 2006 through December 19, 2006. MLH consents to the relief requested by Plaintiff.

WHEREFORE, MLH respectfully requests that the Court enlarge its time for response to Plaintiff's Cross-Motion for Summary Judgment until November 27, 2006 and Plaintiff's Reply in Support of Summary Judgment until December 22, 2006.

Date: November 10, 2006

Respectfully submitted,

/s/ Christopher Flynn_____
Christopher Flynn, Esq.
William C. Silvis, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Ph: 202-624-2500
Fax: 202-628-5116
cflynn@crowell.com
wsilvis@crowell.com

Counsel for Defendant MAMSI Life and Health Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 10th day of November 2006, a copy of DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME was sent via electronic filing to:

> J. Michael Hannon, Esq.
> HANNON LAW GROUP, LLP
> 1901 18th Street, NW
> Washington, DC  20009
> ph: (202) 232-1907
> Fax: (202) 232-3704
>
> Counsel for Plaintiff

and all counsel of record registered with the Court's ECF system.

> Respectfully submitted,
>
>
> /s/ William C. Silvis
> William C. Silvis, Esq.
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004-2595
> Ph: 202-624-2500
> Fax: 202-628-5116
> wsilvis@crowell.com