UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,                              :

    Plaintiff,                         :

                          CASE NO. 1:05cv02450 (ESH)

v.                                     :

MAMSI LIFE AND HEALTH                  :
INSURANCE COMPANY, et al.,

                                        :

    Defendants.

## NOTICE OF FILING

The Clerk of the Court shall please accept for filing the attached original executed Declaration of Mary Stock, a copy of which was filed as Exhibit A in PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT.

                                                Respectfully submitted,

                                                HANNON LAW GROUP, LLP

                                                /s/ J. Michael Hannon
                                                J. Michael Hannon, #352526
                                                1901 18th Street, NW
                                                Washington, DC 20009
                                                (202) 232-1907
                                                Fax: (202) 232-3704
                                                *Counsel for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF FILING** was sent via electronic filing this 14th day of November, 2006 to:

Christopher Flynn, Esq.
William Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

_____
J. Michael Hannon