UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>      **Plaintiff,**<br><br>      v.<br><br>MAMSI LIFE AND HEALTH<br>INSURANCE COMPANY, et al.,<br><br>      **Defendant.** | Case No.: 1:05CV02450 (ESH) |

## PRAECIPE

The Clerk of the Court shall please note the change of address and firm name for Christopher Flynn and William C. Silvis, who shall continue as counsel for Defendant MAMSI LIFE and HEALTH INSURANCE COMPANY.

Date: November 27, 2006                      Respectfully submitted,


                                                      /s/ Christopher Flynn
                                                      Christopher Flynn, Esq.
                                                      William C. Silvis, Esq.
                                                      CROWELL & MORING
                                                      1001 Pennsylvania Avenue, NW
                                                      Washington, DC 20001
                                                      Ph: 202-624-2864
                                                      Fax: 202-628-5116
                                                      cflynn@crowell.com
                                                      wsilvis@crowell.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of November 2006, a copy of **DEFENDANT MAMSI LIFE AND HEALTH INSURANCE COMPANY'S PRAECIPE** was sent via electronic filing to:

> J. Michael Hannon, Esq.
> HANNON LAW GROUP, LLP
> 1901 18th Street, NW
> Washington, DC 20009
> ph: (202) 232-1907
> Fax: (202) 232-3704
> *Counsel for Plaintiff*

and all counsel of record, registered with the Court's ECF system.

> Respectfully submitted,
>
> /s/ William C. Silvis
> William C. Silvis, Esq.
> CROWELL & MORING
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20001
> Ph: 202-624-2516
> Fax: 202-628-5116
> wsilvis@crowell.com
>
> *Counsel for Defendant MAMSI Life and Health Insurance Company*