**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | : |
| Plaintiff, | : |
| | CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | |

**PLAINTIFF'S REQUEST FOR ORAL**
**HEARING ON CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jane Doe, by and through her attorneys HANNON LAW GROUP, LLP, respectfully requests that the Court schedule an Oral Hearing on her Cross-Motion for Summary Judgment pursuant to Local Rule 7.1(f).

                                                              Respectfully submitted,

                                                              HANNON LAW GROUP, LLP

Dated December 21, 2006                                  *//s// J. Michael Hannon //s//*
                                                                     J. Michael Hannon, #352526
                                                                     1901 18th Street, NW
                                                                     Washington, DC 20009
                                                                     (202) 232-1907
                                                                     Fax: (202) 232-3704
                                                                     *Counsel for Plaintiff Jane Doe*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing **P LAINTIFF'S REQUEST FOR ORAL HEARING ON CROSS-MOTION FOR SUMMARY JUDGMENT** was sent via electronic filing this 21st day of December, 2006 to:

Christopher Flynn, Esq.
William Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

                                            *//s// J. Michael Hannon //s//*
                                            J. Michael Hannon