## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2450 (ESH)** |
| ) | |
| **MAMSI LIFE AND HEALTH** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Cross Motion for Summary Judgment [Dkt. #34] is **GRANTED IN**

**PART** insofar as the Court remands the case to MAMSI for reconsideration of its decision

regarding plaintiff's claim for coverage of her inpatient treatment during the period from October

13, 2004 to November 8, 2004.  Plaintiff's Cross Motion for Summary Judgment is otherwise

**DENIED**.  It is

**FURTHER ORDERED** that defendant's Motion for Summary Judgment [Dkt. #33] is

**GRANTED IN PART** and **DENIED IN PART**, and defendant's denial of plaintiff's claim for

coverage of her partial hospitalization treatment is upheld.  It is

**FURTHER ORDERED** that this case is **REMANDED** to defendant MAMSI Life and

Health Insurance Company for reconsideration of plaintiff's claim for inpatient treatment

benefits consistent with the accompanying Memorandum Opinion.  It is

**FURTHER ORDERED** that defendant's Motion to Strike the Affidavit of Mary Stock

[Dkt. #40] is **GRANTED**, and it is

**FURTHER ORDERED** that plaintiff's Motion for Oral Hearing on Cross-Motion for Summary Judgment  [Dkt. #43] is **DENIED AS MOOT.**

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 25, 2007