IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV02450 |
| ) | (ESH) |
| ) | |
| MAMSI LIFE AND HEALTH ) | |
| INSURANCE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING
## SUPPLEMENT TO THE ADMINISTRATIVE RECORD

**PLEASE TAKE NOTICE** that on April 19, 2007, the Defendant, MAMSI Life and Health Insurance Company ("MLH"), filed with the Clerk of the Court of the United States District Court for the District of Columbia ("Clerk of the Court") a supplement to the Administrative Record.

To preserve the confidentiality of Plaintiff's identity and medical records and comply with this Court's September 7, 2006 Minute Order Granting the Motion to File Under Seal, and December 20, 2005 Order of Anonymity, MLH hereby files the *Supplement to the Administrative Record* under seal with the Clerk of the Court.

Date: April 19, 2007                              Respectfully submitted,


                                                  _____
                                                  Christopher Flynn, Esq.
                                                  William C. Silvis, Esq.
                                                  CROWELL & MORING LLP
                                                  1001 Pennsylvania Ave, N.W.
                                                  Washington, DC  20004
                                                  (202) 624-2500
                                                  (202) 628-5116 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of April 2007, NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD was served via hand delivery on the following:

>J. Michael Hannon, Esq.
>THOMPSON, O'DONNELL, LLP
>1212 New York Avenue NW, Suite 1000
>Washington, DC 20005
>ph: (202) 289-1133
>Fax: (202) 289-0275
>*Counsel for Plaintiff*

All counsel of record, registered with the Court's ECF system, were served with NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD via electronic transmission.

William C. Silvis, Bar No. 485572
CROWELL & MORING LLP
1001 Pennsylvania Ave, N.W.
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (facsimile)

*Counsel for Defendant MAMSI Life and Health Insurance Company*