# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
| Plaintiff, | : |
| | CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | |

## MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiff Jane Doe, through her attorneys, HANNON LAW GROUP, LLP, respectfully submits this Motion for Attorney's Fees and Costs. In support of this Motion, Plaintiffs present the Memorandum of Points and Authorities filed herewith.

WHEREFORE, Plaintiff respectfully request that the Court grant Plaintiff's Motion for Attorney's Fees and Costs.

Respectfully submitted,

HANNON LAW GROUP, LLP

_/s/ J. Michael Hannon_
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

*Attorney for Plaintiff Jane Doe*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Motion for Attorney's Fees and Costs, Memorandum of Points and Authorities in Support of Motion for Attorney's Fees and Costs, Affidavit of Counsel and form of Order were sent via electronic filing, this 4th day of June, 2007, to:

Christopher Flynn, Esq.
William S. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

                                                  */s/ J. Michael Hannon*
                                                 J. Michael Hannon