**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO. 1:05cv02450 (ESH) |
| v. : | |
| : | |
| MAMSI LIFE AND HEALTH : | |
| INSURANCE COMPANY, et al., : | |
| : | |
| Defendants. : | |

**AFFIDAVIT OF COUNSEL**

I HEREBY CERTIFY UNDER PENALTIES OF PERJURY that the following is true:

I am counsel to Plaintiff Jane Doe.  In the course of representing her in the pursuit of benefits from the Defendants, I and my firm incurred the following fees:

| | |
|---|---|
| 108.1 Partner Hours x Hourly Rate of $275 = | $29,727.50 |
| 123.3 Associate Hours x Hourly Rate of $200 = | $24,660.00 |
| 174.3 Law Clerk Hours x Hourly Rate of $100 = | $17,430.00 |
| 7.5 Paralegal Hours x Hourly Rate of $35 = | $262.50 |
| 12.1 Paralegal Hours x Hourly Rate of $45 = | $544.50 |
| TOTAL FEES: | $72,624.50 |

In the course of our representation, we incurred the total costs of $1,182.60, as reflected in the attached itemization of costs.

TOTAL FEES & COSTS    $73,807.10.

I am of the professional opinion that the hourly rates, the total fees, and the costs incurred were reasonable and necessary to the representation of Jane Doe.

FURTHER I SAYETH NOT.

          */s/ J. Michael Hannon*
J. Michael Hannon, #352526
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

*Attorney for Plaintiff Jane Doe*

<u>Itemization of Costs</u>

| | |
|---|---|
| Copying | $445.80 |
| Telephone | $4.17 |
| Medical Records | $47.98 |
| Legal Research | $374.02 |
| Court Fees | $250.00 |
| Local Travel | $15.00 |
| Delivery Service | $45.63 |
| **Total Costs:** | **$1,182.60** |