### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
| | : |
|     Plaintiff, | : |
| | :   CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| | : |
| MAMSI LIFE AND HEALTH | : |
| INSURANCE COMPANY, et al., | : |
| | : |
|     Defendants. | : |

### ORDER

On consideration of Plaintiff's Motion for Attorney's Fees and Costs, and the Court being duly advised in the premises, it is, by the Court, this \_\_\_\_ day of June 2007,

**ORDERED**, that the Plaintiff's Motion for Attorney's Fees and Costs is hereby, **GRANTED,** and it is

**FURTHER ORDERED**, that Defendant MAMSI LIFE AND HEALTH INSURANCE COMPANY shall make payment to the order of HANNON LAW GROUP, LLP in the amount of $73,807.10 within 10 days of this order.

---

THE HONORABLE ELLEN SEGAL HUVELLE
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009

Christopher Flynn, Esq.
William S. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006