**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | : |
|    Plaintiff, | : |
| v. | :   CASE NO. 1:05cv02450 (ESH) |
| MAMSI LIFE AND HEALTH INSURANCE COMPANY, et al., | : |
| | : |
|    Defendants. | |

**PLAINTIFFS' MOTION FOR**
**ENFORCEMENT OF SETTLEMENT AGREEMENT**

Plaintiff Jane Doe, through her attorneys, HANNON LAW GROUP, LLP, respectfully present this Motion for Enforcement of a Settlement Agreement. In support of this Motion, Plaintiff presents the Memorandum of Points and Authorities filed herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiff's Motion for Enforcement of the Settlement Agreement.

        Respectfully submitted,

        HANNON LAW GROUP, LLP

        */s/ J. Michael Hannon*
        J. Michael Hannon, #352526
        1901 18th Street, N.W.
        Washington, DC 20009
        (202) 232-1907
        (202) 232-3704 (facsimile)
        jhannon@hannonlawgroup.com
        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Motion for Enforcement of the Settlement Agreement, Memorandum of Points and Authorities in Support of Motion for Enforcement of the Settlement Agreement and form of Order were sent via electronic filing, this 13th day of June, 2007, to:

Christopher Flynn, Esq.
William S. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006

                                                */s/ J. Michael Hannon*
                                                J. Michael Hannon