### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | : |
| | : |
| Plaintiff, | : |
| | : CASE NO. 1:05cv02450 (ESH) |
| v. | : |
| | : |
| MAMSI LIFE AND HEALTH | : |
| INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | : |

### ORDER

On consideration of Plaintiff's Motion for Enforcement of the Settlement Agreement, and the Court being duly advised in the premises, it is, by the Court, this ____ day of June 2007,

**ORDERED**, that the Plaintiff's Motion for Enforcement of the Settlement Agreement is hereby, **GRANTED,** and it is

**FURTHER ORDERED**, that Defendant MAMSI LIFE AND HEALTH INSURANCE COMPANY shall make payment to Plaintiff in the amount of $39,000 within 10 days of this order.

_____
THE HONORABLE ELLEN SEGAL HUVELLE
District Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009


Christopher Flynn, Esq.
William S. Silvis, Esq.
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006