**Flynn, Christopher**

| | |
|---|---|
| **From:** | J. Michael Hannon [jhannon@hannonlawgroup.com] |
| **Sent:** | Monday, March 26, 2007 4:27 PM |
| **To:** | Flynn, Christopher |
| **Cc:** | Alison Barto |
| **Subject:** | MAMSI |

Chris,

| | | |
|---|---:|---:|
| InPatient Payments by C | | 39,130.57 |
| Total Fees to 1/29/07 | 65,018.40 | |
| Total Fees 1/29 to Present | 1,429.50 | |
| TOTAL FEES TO DATE | 66,447.90 | |
| Less IPRO Motion Fees | 6,681.00 | |
| FEES NET OF IPRO | | 59,766.90 |
| TOTAL DEMAND | | 98,897.47 |

Mike

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 745-6880, Direct
(202) 232-1907, Alison
jhannon@hannonlawgroup.com
www.hannonlawgroup.com

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.