**Flynn, Christopher**

---

**From:** Flynn, Christopher
**Sent:** Tuesday, April 17, 2007 1:11 PM
**To:** 'J. Michael Hannon'
**Cc:** Carolyn Manning
**Subject:** RE: Follow-up Review

FOR SETTLEMENT PURPOSES ONLY--NOT TO BE USED FOR ANY OTHER PURPOSE

We have been talking about settlement. You raised the prospect of filing a motion to show cause, not me. Given that comment and the Court's Order, Dr. Albert did what the Court asked our client to do. By the way, you may disagree w/ Dr. Albert's conclusion but, setting aside any posturing, his explanation of the manner in which the criteria are to be applied is the correct one.

On the settlement front, the best our client is going to do is compensate your client for the outstanding paid medicals of       in their entirety. Your client should seriously consider the offer.

Had the services been medically necessary under the criteria (they were not), the total benefit for inpatient treatment of bulimia would have been approximately       since the care was provided at a UnitedHealthcare participating hospital. This offer is nearly three times that amount. Given the facts, as they now stand, paying your client       of their paid medicals is a very generous offer.

Chris


Chris Flynn
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2864
Fax: (202) 628-5116
cflynn@crowell.com