## Flynn, Christopher

**From:** Flynn, Christopher
**Sent:** Monday, June 04, 2007 11:17 PM
**To:** J. Michael Hannon
**Cc:** Carolyn Manning; Alison Barto
**Subject:** RE: Doe v. MAMSI

Mike:

The best and final offer to your client was to settle all open claims (inpatient, outpatient and attorney's fees) for the value of the         in medical costs and subject to the execution of a settlement agreement. Your client has not accepted those terms and we reject your counteroffer. Moreover, your attempt to shoehorn attorney's fees in a separate Motion is one of the most underhanded and duplicitous actions I have seen in my 15 years of practice.

I'll address the substance of your Motion separately.

Chris Flynn