UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, )<br><br>  Plaintiff, )<br><br>  v. )<br><br>MAMSI LIFE AND HEALTH INSURANCE )<br>COMPANY, *et al.*, )<br><br>  Defendant. ) | Case No.: 1:05CV02450 (ESH) |

### DECLARATION OF SANDRA H. LECOMPTE

I, Sandra H. LeCompte, residing at 320 Gunbys Mill Drive, Salisbury, Maryland, make the following declaration in support of MAMSI Life and Health Insurance Company's Opposition to Plaintiff's Motion for Attorney's Fees and Costs.

1. I am a citizen of the United States and I am over the age of eighteen.

2. I am employed by UnitedHealthcare, Inc. as Director of Medical Affairs Operations Compliance. I have been employed by UnitedHealthcare and its predecessor entities since 1997, with a one year lapse in employment. One of the responsibilities of my position is to maintain the clinical criteria utilized by the health plans in reviewing requests for health benefits that are filed with various regulatory agencies.

3. I am aware that the MAMSI Health Plans (which included the Defendant in this case, MAMSI Life and Health Insurance Company ["MLH"]), formerly maintained their own behavioral healthcare clinical review criteria, which included criteria for the treatment of eating disorders.

4. In late 2005, following UnitedHealthcare's acquisition of the MAMSI Health Plans, MLH, among other plans, began utilizing the United Behavioral Healthcare, Inc. criteria exclusively for the review of all behavioral healthcare claims. MLH continues to utilize those criteria and no longer uses the legacy MAMSI Health Plans criteria.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2007

*Sandra H. LeCompte*
Sandra H. LeCompte